**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pac Anchor Transportation, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1278812 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **425 Quay Avenue** **Wilmington, CA 90744** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Pac Anchor Transportation, Inc.**
_____    Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor   **Pac Anchor Transportation, Inc.**                                    Case number (if known) _____
         Name

---

**11.  Why is the case filed in      *Check all that apply:***
       *this district?*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or    ☑ No**
       **have possession of any   ☐ Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**
                                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                 ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                    What is the hazard? _____

                                 ☐  It needs to be physically secured or protected from the weather.

                                 ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                 ☐  Other _____

                                 **Where is the property?** _____
                                                            Number, Street, City, State & ZIP Code

                                 **Is the property insured?**

                                 ☐ No

                                 ☐ Yes.   Insurance agency _____
                                          Contact name    _____
                                          Phone           _____

---

◼  **Statistical and administrative information**

**13.  Debtor's estimation of    .    *Check one:***
       **available funds**
                                 ☑  Funds will be available for distribution to unsecured creditors.

                                 ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
       **creditors**            ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                ◼ 200-999

---

**15.  Estimated Assets**       ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ◼ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ◼ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Pac Anchor Transportation, Inc.**    Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  6, 2017**
                MM / DD / YYYY

**X** **/s/ Alfredo Barajas**                    **Alfredo Barajas**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**    **X** **/s/ Vanessa M. Haberbush**    Date    **July  6, 2017**
                Signature of attorney for debtor            MM / DD / YYYY

**Vanessa M. Haberbush**
Printed name

**Haberbush & Associates, LLP**
Firm name

**444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone    **(562) 435-3456**    Email address _____

**287044**
Bar number and State

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On June 23, 2017, a meeting of the directors of Pac Anchor Transportation, Inc. (the "Corporation") was convened at 10:00 a.m. All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation, it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that any and all of the following director: Alfredo Barajas, be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ HABERBUSH & ASSOCIATES, LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

Dated: June 29, 2017                    By: _____

Alfredo Barajas, General Manager, President, and
C.E.O. of Pac Anchor Transportation, Inc.

**Fill in this information to identify the case:**

Debtor name    **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July  6, 2017__    X /s/ Alfredo Barajas
                                     Signature of individual signing on behalf of debtor

                                     **Alfredo Barajas**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pac Anchor Transportation, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank 300 E. John Carpenter Freeway Irving, TX 75062** | **johnt.carter@bmoff .com** | **Truck Loan** | | $510,166.26 | $350,000.00 | $160,166.26 |
| **Brockman Properties 3720 E. Anaheim Street, Suite 201 Long Beach, CA 90804** | | **Vendor** | | | | $14,700.00 |
| **Carlos Mosquera C/O Brian S. Kabaleck 644 S. Figueroa Street Los Angeles, CA 90017** | **bak@bklawyers.co m (213) 897-4482** | **Class Action Litigation on behalf of drivers for alleged misclassification of drivers as independent contractors. Carlos Mosquera et al., v. Pac Ancho** | **Unliquidated Disputed** | | | $1,000,000.00 |
| **Direct Chassis Link 3525 Whitehall Park Charlotte, NC 28273** | **704-594-6760** | **Vendor** | | | | $30,469.90 |
| **Emodal (SSAT Pool) 700 Pier A Plaza Long Beach, CA 90813** | **562-491-4088** | **Vendor** | | | | $10,117.50 |
| **Flexi Van Leasing P.O. Box 3228 Boston, MA 02241** | **800 6886267** | **Vendor** | | | | $14,277.00 |
| **Inland Kenworth (US) Inc. 1600 Washington Blvd Montebello, CA 90640** | **Tiffaniflores@inlan d-group.com  323-278-4100 Ext. 32175** | **Truck Loan** | | $109,010.05 | $76,000.00 | $33,010.05 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Juan Francisco Rodriguez** C/O Brian S. Kabaleck 644 S. Figueroa Street Los Angeles, CA 90017 | bak@bklawyers.com (213) 897-4482 | **Class Action Litigation on behalf of drivers for alleged misclassification of drivers as independent contractors. Carlos Mosquera et al., v. Pac Ancho** | **Unliquidated Disputed** | | | **$1,000,000.00** |
| **Kaiser Foundation Health Plan** P.O. Box 23250 San Diego, CA 92193-3250 | | **Vendor** | | | | **$12,597.62** |
| **Mack Financial Services** 7025 Albert Pick Road, Suite 105 Greensboro, NC 27402 | dcoffey@tecequipment.com 714-521-9806 | **Equipment Loan** | | **$584,684.65** | **$120,000.00** | **$464,684.65** |
| **Maersk** 9300 Aeeowpoint Blvd. Charlotte, NC 28273-8136 | | **Vendor** | | | | **$62,645.00** |
| **NYK** 1138 N. Germantown Pkwy. Suite 101-311 Cordova, TN 38016 | | **Vendor** | | | | **$43,720.00** |
| **People of the State of California** Attn: Timothy J. Kolesnikow 300 South Spring Street, Suite 1702 Los Angeles, CA 90013 | timothy.kolenskiow@doj.ca.gov (213) 897-4482 | **Litigation on behalf of drivers for violation of Bus. & Prof. Code 17200 et seq. People of the State Of California et al., v. Pac Anchor Transportatio** | **Unliquidated Disputed** | | | **$4,160,000.00** |
| **Prologis** 11099 S. La Cienega Blvd. Ste. 210 Los Angeles, CA 90045 | | **Vendor** | | | | **$100,632.46** |
| **SC Fuels** P.O. Box 14237 Orange, CA 92863-1237 | | **Vendor** | | | | **$9,103.29** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Pac Anchor Transportation, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tec Equipment, Inc. P.O. Box 11272 Portland, OR 97211** | **503 2857667** | **Vendor** | | | | **$9,215.35** |
| **Trapac International 750 College Road East Princeton, NJ 08540** | **609 452-8900** | **Vendor** | | | | **$22,740.95** |
| **Wardini H A Company 2620 N Tustin Ave Santa Ana, CA 92705** | | **Vendor** | | | | **$21,000.00** |
| **Wardini H A Company 2620 N Tustin Ave Santa Ana, CA 92705** | | **Vendor** | | | | **$15,790.00** |
| **Westran Idealease (Westrux) 15555 Valley View Ave Santa Fe Springs, CA 90670** | **johnt.carter@bmoff .com** | **Capital Lease** | | **$1,337,130.00** | **$1,105,000.00** | **$232,130.00** |

# United States Bankruptcy Court
## Central District of California

In re   **Pac Anchor Transportation, Inc.**

_____   Case No. _____

Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alfredo Barajas**<br>**10812 Casanes Avenue**<br>**Downey, CA 90241** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  6, 2017**
_____

Signature   **/s/ Alfredo Barajas**
_____
**Alfredo Barajas**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:     **July  6, 2017** _____

**/s/ Alfredo Barajas** _____
**Alfredo Barajas**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name  **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                        12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................  $  0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................  $  12,085,745.83

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................  $  12,085,745.83

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $  4,359,588.01

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................  $  279,321.75

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$  6,603,782.39

4.  Total liabilities ....................................................................................
    Lines 2 + 3a + 3b                                                                                      $  11,242,692.15

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | | **7367** | **$55,600.68** |
| 3.2. | **Wells Fargo** | | **2075** | **$2,016.53** |
| 3.3. | **JP Morgan Chase** | | **9966** | **$946,517.32** |
| 3.4. | **JP Morgan Chase** | | **8228** | **$10.71** |
| 3.5. | **Union Bank** | | **4876** | **$120,096.41** |
| 3.6. | **California United Bank** | | **5359** | **$128,248.93** |
| 3.7. | **California United Bank** | | **2435** | **$300,679.45** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Pac Anchor Transportation, Inc.**                              Case number *(If known)*  _____
<u>Name</u>

4.      Other cash equivalents *(Identify all)*

5.      **Total of Part 1.**                                                              | **$1,553,170.03** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.   **Security Deposit for 100 Oceangate, Suite 1450, Long Beach, CA 90802.**                    **$4,804.50**

        7.2.   **Security Deposit for 2340 W. 17th Street**                                                 **$13,700.00**

        7.3.   **Security Deposit for 425 Quay Avenue**                                                    **$150,000.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                              | **$168,504.50** |
        Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **2,035,083.52**   -        **0.00**   = ....     **$2,035,083.52**
                                        <u>face amount</u>          <u>doubtful or uncollectible accounts</u>

        11b. Over 90 days old:             **24,187.78**   -        **0.00**   = ....        **$24,187.78**
                                        <u>face amount</u>          <u>doubtful or uncollectible accounts</u>

12.     **Total of Part 3.**                                                             | **$2,059,271.30** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Miscellaneous Office Furniture** | Unknown | Liquidation | $3,000.00 |
| | **35 Office Chairs/rolling chairs** | Unknown | Liquidation | $1,750.00 |
| | **4 Desks** | Unknown | Liquidation | $1,600.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **27 Computers** | Unknown | Liquidation | $6,750.00 |
| | **30 Computer Monitors** | Unknown | Liquidation | $3,000.00 |
| | **2 Copy Machines and 5 Printers** | Unknown | Liquidation | $1,700.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| $17,800.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Pac Anchor Transportation, Inc.** _____    Case number *(If known)* _____
Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **See Attachment A** | Unknown | Liquidation | $5,389,000.00 |
| 47.2.  **Truck Chassis, See Attachment B** | Unknown | Liquidation | $2,898,000.00 |

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.**  **Total of Part 8.**                                                                                | $8,287,000.00 |
Add lines 47 through 50. Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office suite located<br>at 100 Oceangate,<br>Suite 1450, Long<br>Beach, CA 90802** | Leasehold | $0.00 | | $0.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | 55.2. | **Commercial lot located at 2340 W. 17th Street, Long Beach, CA 90813** | Leasehold | $0.00 | | $0.00 |
|---|---|---|---|---|---|---|
| | 55.3. | **Commerical lot located at 425 Quay Avenue, Wilmington, CA 90744** | Leasehold | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pac Anchor Transportation, Inc.**                              Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,553,170.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $168,504.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,059,271.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,287,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,085,745.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,085,745.83 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Year | Make | VIN# | Truck Type | Value |
|------|------|------|------------|-------|
| | | | | |
| 2012 | FRGHT | 1FUJGLBG8CSBC0611 | Day Cab/2 tank | **$40,000.00** |
| 2012 | FRGHT | 1FUJGLBG6CSBC0364 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG5CSBC0694 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG4CSBC0671 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG4CSBC0301 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG3CSBC0516 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG7CSBC0681 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG1CSBC0532 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG0CSBC0425 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG8CSBC0639 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG2CSBC0684 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG3CSBC0564 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRGHT | 1FUJGLBG2CSBC0670 | Sleeper/2 tank | **$45,000.00** |
| 2012 | FRHT | 1FUJGLBGXCSBC0447 | Sleeper/2 tank | **$45,000.00** |
| 2009 | INTL | 1HSHXSHR49J148843 | Sleeper/1 tank | $11,000.00 |
| 2016 | INTL | 1HSHXSNR5FH665737 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR0GN379754 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR4GN003266 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR6GN003267 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR7GN003262 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR5GN179713 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR0GN003264 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR2GN003265 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR8GN003268 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNRGN003269 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR5GN021548 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR3GN021550 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR5GN021551 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 3HSHXSNR7GN021552 | Day Cab/1 Tank | $85,000.00 |
| 2016 | INTL | 1HSHXSNR5GH742172 | Day Cab/1 Tank | $85,000.00 |
| 2015 | KENW | 1XKYD49X5FJ460373 | Sleeper/2 tank | $76,000.00 |
| 2009 | MACK | 1M1AW02Y8AN010575 | Day Cab/1 tank | $29,000.00 |
| 2010 | MACK | 1M1AW02Y1AN010580 | Day Cap/1 tank | $40,000.00 |
| 2010 | MACK | 1M1AW02Y3AN010581 | Day Cap/1 tank | $40,000.00 |
| 2010 | MACK | 1M1AW02Y5AN010582 | Day Cap/1 tank | $40,000.00 |
| 2010 | MACK | 1M1AW02Y7AN010583 | Day Cab/1 tank | $40,000.00 |
| 2016 | MACK | 1M1AW09Y3GM077752 | Sleeper/2 tank | $120,000.00 |
| 2016 | MACK | 1M1AW09Y5GM077753 | Sleeper/2 tank | $120,000.00 |
| 2016 | MACK | 1M1AW09Y1GM077751 | Sleeper/2 tank | $120,000.00 |
| 2016 | MACK | 1M1AW09Y7GM077754 | Sleeper/2 tank | $120,000.00 |

Attachment A

| 2016 | MACK | 1M1AW09Y0GM077756 | Sleeper/2 tank | $120,000.00 |
|------|------|-------------------|----------------|-------------|
| 2016 | MACK | 1M1SE09Y1GM077068 | Sleeper/2 tank | $120,000.00 |
| 2010 | Mack | 1M1AW07Y0AM012027 | Sleeper/2 tank | $45,000.00 |
| 2013 | Mack | 1M1AW07Y1AM012019 | Sleeper/2 tank | $55,000.00 |
| 2013 | Mack | 1M1AW07Y5AM012010 | Sleeper/2 tank | $55,000.00 |
| 2013 | Mack | 1M1AW07Y9AM012026 | Sleeper/2 tank | $55,000.00 |
| 2014 | Mack | 1M1AW07YXAM012018 | Sleeper/2 tank | $65,000.00 |
| 2016 | MACK | 1M1AW09Y2GM051207 | Sleeper/2 tank | $120,000.00 |
| 2016 | MACK | 1M2AW09Y0GM075758 | DayCab/2 Tank | $120,000.00 |
| 2010 | PTRB | 1XPVD09X8AD104383 | Sleeper/2 tanks | $35,000.00 |
| 2010 | PTRB | 1XPVD09X6AD104382 | Sleeper/2 tanks | $35,000.00 |
| 2010 | PTRB | 1XPVD09X1AD108243 | Sleeper/2 tanks | $35,000.00 |
| 2010 | PTRB | 1XPVD09X3AD108244 | Sleeper/2 tanks | $35,000.00 |
| 2010 | PTRB | 1XP4D49X7CD131886 | Sleeper/2 tank | $35,000.00 |
| 2010 | PTRB | 1XP4D49X9CD132196 | Sleeper/2 tank | $35,000.00 |
| 2010 | PTRB | 1XP4D49X2CD132086 | sleeper/2 tanl | $35,000.00 |
| 2010 | PTRB | 1XP4D49X5CD131871 | sleeper/2 tank | $35,000.00 |
| 2010 | PTRB | 1XPVD09X4AD104381 | Sleeper/2 tank | $35,000.00 |
| 2010 | PTRB | 1XPVD09X7AD104388 | Sleeper/2 tank | $35,000.00 |
| 2010 | PTRB | 1XPVD09X9AD104392 | Sleeper/1 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X5CD131935 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X6CD131975 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X0CD132006 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X8CD132089 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X3CD132128 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X3CD132131 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X4CD132316 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X9CD132568 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X1CD132600 | Sleeper / 2 tank | $35,000.00 |
| 2012 | PTRB | 1XP4D49X2CD132735 | Sleeper / 2 tank | $35,000.00 |
| 2009 | VOLVO | 4V4NC9EG99N287169 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG59N285869 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG19N285870 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG09N287156 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG79N287168 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG59N287170 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG59N285872 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG79N285887 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG19N287151 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG09N285276 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG99N285888 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG29N285277 | Sleeper/1 tank | $30,000.00 |

Attachment A

| 2009 | VOLVO | 4V4NC9EG99N285275 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG39N287152 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG39N285868 | Sleeper/2 tank | $37,000.00 |
| 2009 | VOLVO | 4V4NC9EG19N285867 | Sleeper/1 tank | $30,000.00 |
| 2010 | VOLVO | 4V4NC9EG5AN287416 | Sleeper/2 tanks | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG7AN287417 | Sleeper/2 tanks | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG3AN287415 | Sleeper/2 tanks | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG8AN287412 | Sleeper/2 tanks | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG1AN287414 | Sleeper/2 tanks | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EGXAN287413 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG6AN287490 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EGXAN287489 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG4AN287410 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG6AN287411 | Sleeper/2 tank | $40,000.00 |
| 2009 | VOLVO | 4V4NC9EG5AN289134 | Sleeper/1 tank | $30,000.00 |
| 2009 | VOLVO | 4V4NC9EG49N287158 | Sleeper/2 tank | $37,000.00 |
| 2009 | VOLVO | 4V4NC9EG69N285881 | Sleeper/2 tank | $37,000.00 |
| 2009 | VOLVO | 4V4NC9EG89N285882 | Sleeper/2 tank | $37,000.00 |
| 2009 | VOLVO | 4V4NC9EGX9N285883 | Sleeper/1 tank | $30,000.00 |
| 2010 | VOLVO | 4V4NC9EG3AN287530 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG6AN287537 | Sleeper/2 tank | $40,000.00 |
| 2010 | VOLVO | 4V4NC9EG8AN287538 | Sleeper/2 tank | $40,000.00 |
| 2009 | VOLVO | 4V4NC9EG7AN287529 | Sleeper/1 tank | $30,000.00 |
| 2010 | VOLVO | 4V4NC9EG5AN287531 | Day Cap/2 tank | $35,000.00 |

| Total | | | | $5,389,000.00 |

Attachment A

## Fifty (50) 2016 CIMC 40' GN Light Weight Tandem

| VIN | Value |
|---|---|
| LJRC46262H1029178 | $14,000.00 |
| LJRC46265H1029160 | $14,000.00 |
| LJRC46267H1029161 | $14,000.00 |
| LCRC46262H1029200 | $14,000.00 |
| LJRC46260H1029177 | $14,000.00 |
| LJRC46261H1029172 | $14,000.00 |
| LJRC4626XH1029204 | $14,000.00 |
| LJRC46268H1029167 | $14,000.00 |
| LJRC46269H1029159 | $14,000.00 |
| LJRC46264H1029179 | $14,000.00 |
| LJRC46261H1029169 | $14,000.00 |
| LJRC46267H1029158 | $14,000.00 |
| LJRC46266H1029197 | $14,000.00 |
| LJRC4626XH1029171 | $14,000.00 |
| LJRC46261H1029205 | $14,000.00 |
| LJRC46267H1029175 | $14,000.00 |
| LJRC46264H1029196 | $14,000.00 |
| LJRC46262H1029181 | $14,000.00 |
| LJRC46269H1029193 | $14,000.00 |
| LJRC46261H1029186 | $14,000.00 |
| LJRC46256H1029174 | $14,000.00 |
| LJRC46264H1029201 | $14,000.00 |
| LJRC46268H1029203 | $14,000.00 |
| LJRC46263H1029173 | $14,000.00 |
| LJRC4626XH1029168 | $14,000.00 |
| LJRC46267H1029208 | $14,000.00 |
| LJRC46262H1029195 | $14,000.00 |
| LJRC4626XH1029185 | $14,000.00 |
| LJRC46266H1029202 | $14,000.00 |
| LJRC46263H1029187 | $14,000.00 |
| LJRC46265H1029188 | $14,000.00 |
| LJRC46269H1029162 | $14,000.00 |
| LJRC46264H1029182 | $14,000.00 |
| LJRC46268H1029184 | $14,000.00 |
| LJRC46266H1029183 | $14,000.00 |
| LJRC46263H1029206 | $14,000.00 |
| LJRC46269H1029176 | $14,000.00 |
| LJRC46262H1029164 | $14,000.00 |

| | |
|---|---|
| LJRC46264H1029165 | $14,000.00 |
| LJRC46268H1029198 | $14,000.00 |
| LJRC4626XH1029199 | $14,000.00 |
| LJRC46260H1029163 | $14,000.00 |
| LJRC46263H1029190 | $14,000.00 |
| LJRC46266H1029166 | $14,000.00 |
| LJRC46260H1029194 | $14,000.00 |
| LJRC46260H1029180 | $14,000.00 |
| LJRC46267H1029189 | $14,000.00 |
| LJRC46268H1029170 | $14,000.00 |
| LJRC46267H1029192 | $14,000.00 |
| LJRC46265H1029207 | $14,000.00 |

Total    $    700,000.00

# Chassis

| Description (Size and Type) | GPS # | UNIT | LICENSE PLATE | VIN | YR MODEL | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| 53' | | FLATBED | 4JE5180 | 13N148308Y1588203 | 2000 | 12,000.00 |
| 53' | | FLATBED | 4HP1143 | 13N148308Y1588203 | 2000 | 12,000.00 |
| 20' | | #05 | 4MK3275 | 145C242S0GL002237 | 1986 | 10,000.00 |
| 20' | | #011 | 4MK3277 | 145C242S0GL002240 | 1986 | 10,000.00 |
| 20' | | #012 | 4MK3289 | 145C242S0GL002335 | 1986 | 10,000.00 |
| TRIAXLE | | #00035 | 4MA7902 | 145C242S0GL002626 | 1986 | 15,000.00 |
| 20' | | #04 | 4MK3256 | 145C242S1GL002456 | 1986 | 10,000.00 |
| TRIAXLE | | #00044 | 4MK3271 | 145C242S2GL002692 | 1986 | 15,000.00 |
| TRIAXLE | | #00048 | 4MU3026 | 145C242S3GL002281 | 1986 | 15,000.00 |
| 20' | | #010 | 4MK3290 | 145C242S4GL002368 | 1986 | 10,000.00 |
| 20' | | #02 | 4MA7771 | 145C242S5GL002105 | 1986 | 10,000.00 |
| 20' | | #013 | 4MK3241 | 145C242S5GL002220 | 1986 | 10,000.00 |
| 20' | | #09 | 4MK3292 | 145C242S5GL002394 | 1986 | 10,000.00 |
| 20' | | #03 | 4MK3255 | 145C242S6GL002226 | 1986 | 10,000.00 |
| 20' | | #08 | 4MK3291 | 145C242S6GL002355 | 1986 | 10,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **20'** | | #01 | 4MD9660 | 145C242S7GL002218 | 1986 | 10,000.00 |
| **20'** | | #07 | 4MK3288 | 145C242S7GL002221 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00036 | 4MK3257 | 145C242S7GL002445 | 1986 | 15,000.00 |
| **20'** | | #014 | 4MK3239 | 145C242S7GL002459 | 1986 | 10,000.00 |
| **20'** | | #015 | 4MK3240 | 145C242S8GL002177 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00047 | 4MU3027 | 145C242S8GL002244 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00011 | 4MA7817 | 145C242S8GL002437 | 1986 | 15,000.00 |
| **20'** | | #016 | 4MA8014 | 145C242S8GL002700 | 1986 | 10,000.00 |
| **20'** | | #06 | 4MK3274 | 145C242S9GL002270 | 1986 | 10,000.00 |
| **40'** | | #0040 | 4MA7626 | 145C242S9GL002396 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00058 | 4PF3065 | 145C242S9GL002415 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00012 | 4MA7816 | 145C242SXGL002522 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00041 | 4MK3481 | 145C412S0GL006345 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00043 | 4MK3584 | 145C412S1GL006550 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00019 | 4LR3999 | 145C412S1JL011674 | 1988 | 15,000.00 |
| **40'** | | #0037 | 4MA7772 | 145C412S2GL005990 | 1986 | 10,000.00 |
| **40'** | | #0051 | 4PG9693 | 145C412S2GL006279 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00046 | 4MK3272 | 145C412S2GL006721 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00016 | 4LY5950 | 145C412S2JL012364 | 1988 | 15,000.00 |
| **TRIAXLE** | | #00040 | 4MA8119 | 145C412S3GL006212 | 1986 | 15,000.00 |
| **40'** | | #0024 | 4MA7773 | 145C412S4GL005909 | 1986 | 10,000.00 |
| **40'** | | #0038 | 4MA7770 | 145C412S4GL006039 | 1986 | 10,000.00 |
| **40'** | | #0036 | 4MD9657 | 145C412S4GL006087 | 1986 | 10,000.00 |
| **40'** | | #0035 | 4MA7818 | 145C412S5GL005966 | 1986 | 10,000.00 |
| **40'** | | #0023 | 4MD9661 | 145C412S5GL006129 | 1986 | 10,000.00 |
| **40'** | | #0025 | 4MD9659 | 145C412S5GL006163 | 1986 | 10,000.00 |
| **40'** | | #0052 | 4PG9692 | 145C412S5GL006325 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00042 | 4MK3585 | 145C412S5GL006518 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00014 | 4MA7628 | 145C412S5JL011581 | 1988 | 15,000.00 |
| **TRIAXLE** | | #00013 | 4MA7627 | 145C412S6GL005880 | 1986 | 15,000.00 |
| **40'** | | #0034 | 4MD9658 | 145C412S7GL006083 | 1986 | 10,000.00 |
| **TRIAXLE** | | #00037 | 4MA8015 | 145C412S8GL006593 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00051 | 4MZ4120 | 145C412S9GL005999 | 1986 | 15,000.00 |

Attachment B

| | | | | | | |
|---|---|---|---|---|---|---|
| **TRIAXLE** | | #00039 | 4MA8120 | 145C412S9GL006327 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00018 | 4MA7774 | 145C412SXGL006076 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00021 | 4MA7625 | 145C412SXGL006143 | 1986 | 15,000.00 |
| **TRIAXLE** | | #00038 | 4MA8038 | 145C412SXGL006188 | 1986 | 15,000.00 |
| **40'** | | #009 | 4MF7440 | 145X412S7HL106204 | 1987 | 10,000.00 |
| **40'** | | #004 | 4MF7441 | 145X412S9HL106348 | 1987 | 10,000.00 |
| **TRIAXLE** | | #00020 | 4GZ1041 | 1C9CK40316A681145 | 2006 | 15,000.00 |
| **TRIAXLE** | | #00010 | 4GZ1040 | 1C9CK40386A681143 | 2006 | 15,000.00 |
| **TRIAXLE** | | #00015 | 4GZ1039 | 1C9CK403X6A681144 | 2006 | 15,000.00 |
| **40'** | | #0018 | 4MA5415 | 1LDE40203JB810008 | 1988 | 10,000.00 |
| **40'** | | #0042 | 4GT9654 | 1S12GC400FC654790 | 1985 | 10,000.00 |
| **40'** | | #0039 | 4MF7877 | 1S12GC401HB656671 | 1987 | 10,000.00 |
| **40'** | | #0011 | 4MA5420 | 1S12GC401HB658422 | 1987 | 10,000.00 |
| **40'** | | #0020 | 4MA5413 | 1S12GC401HB659036 | 1987 | 10,000.00 |
| **40'** | | #0041 | 4MA5416 | 1S12GC402HB658817 | 1987 | 10,000.00 |
| **40'** | | #008 | 4MA5412 | 1S12GC403HB658826 | 1987 | 10,000.00 |
| **40'** | | #0043 | 4MA5419 | 1S12GC403HB659099 | 1987 | 10,000.00 |
| **40'** | | #0016 | 4MA5411 | 1S12GC405HB658486 | 1987 | 10,000.00 |
| **40'** | | #0022 | 4MA5417 | 1S12GC405HB659153 | 1987 | 10,000.00 |
| **40'** | | #0013 | 4MF7879 | 1S12GC405HB659279 | 1987 | 10,000.00 |
| **40'** | | #0015 | 4MF7880 | 1S12GC405HB659346 | 1987 | 10,000.00 |
| **40'** | | #0017 | 4MA5414 | 1S12GC405HB660660 | 1987 | 10,000.00 |
| **40'** | | #0014 | 4MA5423 | 1S12GC405MB670812 | 1973 | 10,000.00 |
| **40'** | | #0044 | 4MA5418 | 1S12GC407HB658103 | 1987 | 10,000.00 |
| **40'** | | #0012 | 4MF7878 | 1S12GC407HB658988 | 1987 | 10,000.00 |
| **40'** | | #0019 | 4MF7876 | 1S12GC408HB658983 | 1987 | 10,000.00 |
| **40'** | | #0027 | 1VA2413 | 1S12GC409HB653937 | 1987 | 10,000.00 |
| **40'** | | #0021 | 1UY6082 | 1S12GC409HB654067 | 1987 | 10,000.00 |
| **40'** | | #0046 | 4MF7881 | 1S12GC40XHB659116 | 1987 | 10,000.00 |
| **TRIAXLE** | | #00025 | 4KY7042 | 1S13SC321NB675626 | 1992 | 15,000.00 |
| **TRIAXLE** | | #00028 | 4LP7970 | 1S13SC327NB675663 | 1992 | 15,000.00 |
| **TRIAXLE** | | #00032 | 4MA5637 | 1S13SC328NB675638 | 1992 | 15,000.00 |
| **TRIAXLE** | | #00031 | 4KH5017 | 1S13SC330VB721049 | 1997 | 15,000.00 |

Attachment B

| | | | | | |
|---|---|---|---|---|---|
| **TRIAXLE** | #00027 | 4MD1856 | 1S13SC332SB699115 | 1995 | 15,000.00 |
| **TRIAXLE** | #00029 | 4KH4978 | 1S13SC333SB699091 | 1995 | 15,000.00 |
| **TRIAXLE** | #00033 | 4KH4977 | 1S13SC334SB699066 | 1995 | 15,000.00 |
| **TRIAXLE** | #00026 | 4JS3875 | 1S13SC334TB707135 | 1996 | 15,000.00 |
| **TRIAXLE** | N/A | 4KH5018 | 1S13SC337SB699112 | 1995 | 15,000.00 |
| **TRIAXLE** | #00024 | 4KE8679 | 1S13SC337TB707131 | 1996 | 15,000.00 |
| **TRIAXLE** | #00023 | 4KH4981 | 1S13SC338SB699149 | 1995 | 15,000.00 |
| **TRIAXLE** | #00017 | 4LY6039 | 1S13SC339SB698978 | 1995 | 15,000.00 |
| **TRIAXLE** | #00030 | 4KH4980 | 1S13SC339SB699144 | 1995 | 15,000.00 |
| **TRIAXLE** | #00053 | 4NP9890 | 1S13SC33XXB730540 | 1999 | 15,000.00 |
| **40'** | #0054 | 4PB1853 | 1TA142329E1111193 | 1984 | 10,000.00 |
| **40'** | #0049 | 4NT8827 | 1TA144020E3204222 | 1984 | 10,000.00 |
| **40'** | #0050 | 4PB1852 | 1TA144025E3204751 | 1984 | 10,000.00 |
| **40'** | #0048 | 4NT8782 | 1TA144027E1108471 | 1984 | 10,000.00 |
| **40'** | #002 | 4MK3273 | 1TA144027E3204959 | 1984 | 10,000.00 |
| **40'** | #005 | 4MA5406 | 1TA144820F4600408 | 1985 | 10,000.00 |
| **40'** | #007 | 4MZ4760 | 1TA144821F4600546 | 1986 | 10,000.00 |
| **40'** | N/A | 4LD8066 | 1TA144821F4600546 | 1986 | 10,000.00 |
| **40'** | #0045 | 4AV7092 | 1TA144827F1123350 | 1985 | 10,000.00 |
| **53'** | FLATBED | 4JD5147 | 1TTF4820XW2001877 | 1998 | 12,000.00 |
| **TRIAXLE** | #00056 | 4LY6036 | 3H3C383S0VT005356 | 1997 | 15,000.00 |
| **TRIAXLE** | #00057 | 4LY6029 | 3H3C383S2VT005357 | 1997 | 15,000.00 |
| **40'** | #006 | 4MA5405 | 3H3C492S1RT005568 | 1994 | 10,000.00 |
| **40'** | #0010 | 4MA5407 | 3H3C492S2ST007013 | 1995 | 10,000.00 |
| **40'** | #001 | 4MA5409 | 3H3C492S3RT004874 | 1994 | 10,000.00 |
| **TRIAXLE** | #00045 | 4MA5410 | 3H3C492S5RT005010 | 1994 | 15,000.00 |
| **40'** | #003 | 4MA5408 | 3H3C492S5ST007006 | 1995 | 10,000.00 |
| **TRIAXLE** | #00034 | 4LR3912 | 3H3C492S7ST000042 | 1995 | 15,000.00 |
| **53'** | FLATBED | 4JD5148 | 4C6FC4827X1110147 | 1999 | 12,000.00 |
| **TRIAXLE** | #00022 | 4LY6041 | 4MLC53834RB856004 | 1994 | 15,000.00 |
| **TRIAXLE** | #00055 | 4NP9892 | 5EF3SC3311B744460 | 2001 | 15,000.00 |
| **TRIAXLE** | #00054 | 4NP9891 | 5EF3SC33X1B744456 | 2001 | 15,000.00 |

Total                 2,073,000.00

Attachment B

**Fill in this information to identify the case:**

Debtor name    **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BMO Harris Bank**<br>Creditor's Name<br><br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062**<br>Creditor's mailing address<br><br>**johnt.carter@bmoff.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/28/2016**<br>**Last 4 digits of account number**<br>**6891**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**See vehicles described in Attachment D**<br><br><br>Describe the lien<br>**Truck loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $510,166.26 | $350,000.00 |
| **2.2** **BMO Harris Bank**<br>Creditor's Name<br><br>**300 E. John Carpenter Freeway**<br>**Irving, TX 75062**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/22/2016**<br>**Last 4 digits of account number**<br>**3282**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**See vehicles described in Attachment D**<br><br><br>Describe the lien<br>**Truck loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $219,337.11 | $385,000.00 |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (*if know*) | |
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **California United Bank** | **Describe debtor's property that is subject to a lien** | $676,317.80 | $2,855,372.56 |
| | Creditor's Name | **All personal property and certain vehicles described in attachment D.** | | |

**818 West Seventh St. Suite 220
Los Angeles, CA 90017**
Creditor's mailing address

**Describe the lien**
**Bank Loan**
**Is the creditor an insider or related party?**
☑ No
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**1/10/2017**
**Last 4 digits of account number**
**2235**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Inland Kenworth (US) Inc.** | **Describe debtor's property that is subject to a lien** | $109,010.05 | $76,000.00 |
| | Creditor's Name | **See vehicles described in Attachment D** | | |

**1600 Washington Blvd
Montebello, CA 90640**
Creditor's mailing address

**Describe the lien**
**Truck loan**
**Is the creditor an insider or related party?**
☑ No
**Tiffaniflores@inland-group.com**
Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**08/23/2016**
**Last 4 digits of account number**
**0001**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mack Financial Services** | **Describe debtor's property that is subject to a lien** | $584,684.65 | $120,000.00 |
| | Creditor's Name | **See equipment described in Attachment D** | | |

**7025 Albert Pick Road, Suite 105
Greensboro, NC 27402**
Creditor's mailing address

**Describe the lien**
**Equipment loan**
**Is the creditor an insider or related party?**
☑ No
**dcoffey@tecequipment.com**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

Debtor    **Pac Anchor Transportation, Inc.**

Name    Case number (if known) _____

---

Creditor's email address, if known _____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/30/2017**    ☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**3007**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| 2.6 | **Mack Financial Services** | Describe debtor's property that is subject to a lien | $103,347.81 | $600,000.00 |
|---|---|---|---|---|

Creditor's Name    **See vehicles described in Attachment D**

**7025 Albert Pick Road, Suite 105 Greensboro, NC 27402**

Creditor's mailing address    **Describe the lien**

**Truck loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

**5/12/2017**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3008**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| 2.7 | **Mack Financial Services** | Describe debtor's property that is subject to a lien | $117,367.58 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name    **See vehicles described in Attachment D**

**7025 Albert Pick Road, Suite 105 Greensboro, NC 27402**

Creditor's mailing address    **Describe the lien**

**Truck loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

**6/28/2017**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2613**

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| 2.8 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $702,226.75 | $700,000.00 |
|---|---|---|---|---|

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

Debtor    **Pac Anchor Transportation, Inc.**

Name

Case number (if known)

Creditor's Name

See chassis described in Attachment D

**600 South 4th Street
Minneapolis, MN 55415**

Creditor's mailing address

**Describe the lien**

**Chassis Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**5/5/2017**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9430**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an
interest in the same property?**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.9 | **Westran Idealease
(Westrux)** | | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**

**See vehicles described in Attachment D; this
is a capital lease; Westran Idealease is the
owner of the vehicles subject to the capital
lease.  However, Debtor will be deemed the
owner of these vehicles at the end of the term
of the lease.**

$1,337,130.00     $1,105,000.00

**15555 Valley View Ave
Santa Fe Springs, CA
90670**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

**johnt.carter@bmoff.com**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**12/30/2015**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4022**

**As of the petition filing date, the claim is:**

**Do multiple creditors have an
interest in the same property?**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$4,359,588.0
1

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

| Year | Make | VIN# | Truck Type | Financed Company | Contract No. |
|------|------|------|-----------|------------------|--------------|
| 2016 | INTL | 3HSHXSNR0GN003264 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR0GN379754 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR2GN003265 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR3GN021550 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR4GN003266 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR5GN021548 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR5GN021551 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR5GN179713 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR6GN003267 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR7GN003262 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR7GN021552 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNR8GN003268 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | INTL | 3HSHXSNRGN003269 | Day Cab/1 Tank | Westran Idealease (Westrux) | 44022 |
| 2016 | MACK | 1M2AW09Y0GM075758 | DayCab/2 Tank | Mack Financial Services | 7582613 |
| 2010 | PTRB | 1XP4D49X2CD132086 | sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XP4D49X5CD131871 | sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XP4D49X7CD131886 | Sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XP4D49X9CD132196 | Sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X1AD108243 | Sleeper/2 tanks | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X3AD108244 | Sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X4AD104381 | Sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X6AD104382 | Sleeper/2 tanks | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X7AD104388 | Sleeper/2 tank | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X8AD104383 | Sleeper/2 tanks | BMO Harris Bank | 90136653282 |
| 2010 | PTRB | 1XPVD09X9AD104392 | Sleeper/1 tank | BMO Harris Bank | 90136653282 |
| 2012 | PTRB | 1XP4D49X0CD132006 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X1CD132600 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X2CD132735 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X3CD132128 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X3CD132131 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X4CD132316 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X5CD131935 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X6CD131975 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X8CD132089 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | PTRB | 1XP4D49X9CD132568 | Sleeper / 2 tank | BMO Harris Bank | 90136686891 |
| 2012 | FRGHT | 1FUJGLBG0CSBC0425 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG1CSBC0532 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG2CSBC0670 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG2CSBC0684 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG3CSBC0516 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG3CSBC0564 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG4CSBC0301 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG4CSBC0671 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG5CSBC0694 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG6CSBC0364 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG7CSBC0681 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRGHT | 1FUJGLBG8CSBC0611 | Day Cab/2 tank | California United Bank | 10802223-5 |

Attachment D

| 2012 | FRGHT | 1FUJGLBG8CSBC0639 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2012 | FRHT | 1FUJGLBGXCSBC0447 | Sleeper/2 tank | California United Bank | 10802223-5 |
| 2015 | KENW | 1XKYD49X5FJ460373 | Sleeper/2 tank | Inland Kenworth (US) Inc. | 32-10001 |
| 2016 | MACK | 1M1SE09Y1GM077068 | Sleeper/2 tank | Mack Financial Services | 501-7582613-007 |
| 2016 | MACK | 1M1AW09Y0GM077756 | Sleeper/2 tank | Mack Financial Services | 501-7582613-008 |
| 2016 | MACK | 1M1AW09Y1GM077751 | Sleeper/2 tank | Mack Financial Services | 501-7582613-008 |
| 2016 | MACK | 1M1AW09Y3GM077752 | Sleeper/2 tank | Mack Financial Services | 501-7582613-008 |
| 2016 | MACK | 1M1AW09Y5GM077753 | Sleeper/2 tank | Mack Financial Services | 501-7582613-008 |
| 2016 | MACK | 1M1AW09Y7GM077754 | Sleeper/2 tank | Mack Financial Services | 501-7582613-008 |
| 2016 | CIMC | LJRC46262H1029178 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46265H1029160 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029161 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LCRC46262H1029200 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46260H1029177 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46261H1029172 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC4626XH1029204 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46268H1029167 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46269H1029159 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46264H1029179 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46261H1029169 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029158 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46266H1029197 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC4626XH1029171 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46261H1029205 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029175 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46264H1029196 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46262H1029181 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46269H1029193 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46261H1029186 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46256H1029174 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46264H1029201 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46268H1029203 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46263H1029173 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC4626XH1029168 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029208 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46262H1029195 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC4626XH1029185 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46266H1029202 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46263H1029187 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46265H1029188 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46269H1029162 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46264H1029182 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46268H1029184 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46266H1029183 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46263H1029206 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46269H1029176 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46262H1029164 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |

Attachment D

| 2016 | CIMC | LJRC46264H1029165 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
|------|------|-------------------|----------------------------|-------------------------------|----------|
| 2016 | CIMC | LJRC46268H1029198 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC4626XH1029199 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46260H1029163 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46263H1029190 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46266H1029166 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46260H1029194 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46260H1029180 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029189 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46268H1029170 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46267H1029192 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |
| 2016 | CIMC | LJRC46265H1029207 | 40' GN Light Weight Tandem | Wells Fargo Equipment Finance | 10229430 |

**Fill in this information to identify the case:**

Debtor name   **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adan Martinez**<br>**1101 Gaviota Ave.**<br>**Long Beach, CA 90813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $558.00 | $558.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Adrianne Moran**<br>**1229 1/2 Arlington Avenue**<br>**Torrance, CA 90501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $720.00 | $720.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,190.00 | $1,190.00 |
| | **ALEJANDRO PONCE SANCHEZ**<br>**2832 SOUTH REDONDO BLVD**<br>**Los Angeles, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,760.00 | $1,760.00 |
| | **ALEJANDRO PONCE SANCHEZ**<br>**2832 SOUTH REDONDO BLVD**<br>**Los Angeles, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,498.00 | $2,498.00 |
| | **Alexander S. Urrutia**<br>**2760 Caspian Ave.**<br>**Long Beach, CA 90810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $576.00 | $576.00 |
| | **Alexis Gutierrez**<br>**226 E. Raymond Street**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  2 of 163

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.00 | $612.00 |
|---|---|---|---|---|

**Alexis Gutierrez**
**226 E. Raymond Street**
**Compton, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,390.00 | $5,390.00 |
|---|---|---|---|---|

**Alfredo Barajas**
**2244 Daladier drive**
**Rancho Palos Verdes, CA 90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,550.00 | $11,550.00 |
|---|---|---|---|---|

**Alfredo Barajas**
**2244 Daladier drive**
**Rancho Palos Verdes, CA 90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.50 | $1,127.50 |
|---|---|---|---|---|

**ALFREDO FREGOSO**
**11166 CARSON DR #6**
**Lynwood, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**Alfredo Fregoso**
**11166 Carson Dr. #6**
**Lynwood, CA 90262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.00 | $896.00 |
|---|---|---|---|---|

**Andrew Lopez**
**10315 Western Avenue, Apt. B17**
**Downey, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.00 | $448.00 |
|---|---|---|---|---|

**Andrew Lopez**
**10315 Western Avenue, Apt. B17**
**Downey, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.00 | $896.00 |
|---|---|---|---|---|

**Angel Acosta**
**13455 Mulberry Drive, Apt. 18**
**Whittier, CA 90605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|--------|-------------------------------------|--|--------------------------|--|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,408.00 | $1,408.00 |
|------|-----------------------------------------------|--------------------------------------------------------------------------|-----------|-----------|

**Angel Acosta**
**13455 Mulberry Drive, Apt. 18**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,710.00 | $2,710.00 |
|------|-----------------------------------------------|--------------------------------------------------------------------------|-----------|-----------|

**Antonio Chavez**
**4418 Mettler Street**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,342.00 | $1,342.00 |
|------|-----------------------------------------------|--------------------------------------------------------------------------|-----------|-----------|

**ANTONIO LOPEZ**
**3739 W. 107TH STREET**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,129.26 | $1,129.26 |
|------|-----------------------------------------------|--------------------------------------------------------------------------|-----------|-----------|

**ANTONIO LOPEZ**
**3739 W. 107TH STREET**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Debtor   **Pac Anchor Transportation, Inc.**                          Case number (if known)
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |

**Armando Smalling**
**431 N. Mar Vista Avenue, Apt. 1**
**Pasadena, CA 91106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.00 | $424.00 |

**Arturo Munoz**
**3736 E. Hubbard Street #A**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,901.00 | $2,901.00 |

**Bernardo E. Shul**
**9750 Greenleaf Ave.**
**Whittier, CA 90605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,128.00 | $2,128.00 |

**Blanca E. Bugarin**
**2760 Caspian Avenue**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**Blanca E. Bugarin**
**2760 Caspian Avenue**
**Long Beach, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$4,560.00    $4,560.00

---

**2.24** | Priority creditor's name and mailing address

**Brenda Y. Gallardo**
**1272 S. Agusta Avenue**
**Los Angeles, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$672.00    $672.00

---

**2.25** | Priority creditor's name and mailing address

**Brenda Y. Gallardo**
**1272 S. Agusta Avenue**
**Los Angeles, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$648.00    $648.00

---

**2.26** | Priority creditor's name and mailing address

**CARLOS MOSQUERA**
**4134 W 135TH ST #B**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,525.00    $1,525.00

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.25 | $1,283.25 |
|---|---|---|---|---|

**Carlos Mosquera**
**4134 W. 135th Street Unit B.**
**Hawthorne, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.00 | $927.00 |
|---|---|---|---|---|

**Conrado Moran**
**3461 ESTRADA STREET**
**Los Angeles, CA 90023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.00 | $268.00 |
|---|---|---|---|---|

**Cruz Angel Alvarez**
**22802 MENLO AVE**
**Torrance, CA 90502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,270.00 | $1,270.00 |
|---|---|---|---|---|

**Cruz Martin Arredondo**
**8811 PARK STREET SPACE# 77**
**Bellflower, CA 90706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Pac Anchor Transportation, Inc.**                                          Case number (if known)
    Name

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,245.00 | $3,245.00 |
|---|---|---|---|---|

**David Torres**
**11085 ROCKY RIDGE RD**
**Moreno Valley, CA 92557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,594.00 | $2,594.00 |
|---|---|---|---|---|

**Edgar Granados**
**157 E 82ND PL**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**EDILBERTO SANCHEZ**
**1422 S LONG BEACH BLVD #A**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**EDILBERTO SANCHEZ**
**1422 S LONG BEACH BLVD #A**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.00 | $1,240.00 |
|---|---|---|---|---|

**EDUARDO NAREZ**
**12757 RAWHIDE LN**
**Norwalk, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**EDUARDO NAREZ**
**12757 RAWHIDE LN**
**Norwalk, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,342.00 | $1,342.00 |
|---|---|---|---|---|

**EDUARDO REYNOSO**
**10833 SAINT JAMES AVE #E**
**South Gate, CA 90280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**EDUARDO REYNOSO**
**10833 SAINT JAMES AVE #E**
**South Gate, CA 90280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,386.00 | $1,386.00 |
|---|---|---|---|---|

**EDWIN JANDRES
11911 LAMBERT AVE
El Monte, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**EDWIN JANDRES
11911 LAMBERT AVE
El Monte, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|---|---|---|---|---|

**EDWIN MERIDA
808 W 42ND ST
Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**EDWIN MERIDA
808 W 42ND ST
Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 | $952.00 |
|---|---|---|---|---|

**Efrain Gutierrez**
**683 E. Penfold Street**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |
|---|---|---|---|---|

**Efrain Gutierrez**
**683 E. Penfold Street**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $3,500.00 |
|---|---|---|---|---|

**Elizabeth Barajas**
**2244 Daladier drive**
**Rancho Palos Verdes, CA 90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
|---|---|---|---|---|

**Elizabeth Barajas**
**2244 Daladier drive**
**Rancho Palos Verdes, CA 90275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

**2.47** | Priority creditor's name and mailing address

**EMILIO BERNAL**
**506 E WILSHIRE AVE**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,080.00**   **$1,080.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address

**EMILIO BERNAL**
**506 E WILSHIRE AVE**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,026.60**   **$1,026.60**

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address

**Employment Development Dept.**
**Bankruptcy Group MIC92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address

**Enrique Bernal**
**2700 DELTA AVE**
**Long Beach, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,026.60**   **$1,026.60**

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,110.00 | $1,110.00 |
| --- | --- | --- | --- | --- |

**ENRIQUE CRUZ AGUILAR**
**349 GRACE AVE**
**La Habra, CA 90631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.00 | $1,240.00 |

**ERNESTO ESTALA**
**2842 E 6TH ST APT#A**
**Long Beach, CA 90814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |

**ERNESTO ESTALA**
**2842 E 6TH ST APT#A**
**Long Beach, CA 90814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $1,320.00 |

**ERNESTO PEREZ**
**5257 ITHACA AVE**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**ERNESTO PEREZ**
**5257 ITHACA AVE**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |
|---|---|---|---|---|

**Evelin Moran**
**3463 Estrada Street**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,382.00 | $2,382.00 |
|---|---|---|---|---|

**Evelin Moran**
**3463 Estrada Street**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,386.00 | $1,386.00 |
|---|---|---|---|---|

**EVELIO BOLLAS**
**12130 216TH ST**
**Hawaiian Gardens, CA 90716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,129.26 | $1,129.26 |
|---|---|---|---|---|
| | **Evelio Bollas**<br>**12130 216th St.**<br>**Hawaiian Gardens, CA 90716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $668.00 | $668.00 |
|---|---|---|---|---|
| | **Francisco Anguino Cabezas**<br>**9818 Alameda Ave. Apt. 4**<br>**South Gate, CA 90280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,472.00 | $1,472.00 |
|---|---|---|---|---|
| | **FRANCISCO FRANCISCO**<br>**332 W 62ND ST**<br>**Los Angeles, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,180.59 | $1,180.59 |
|---|---|---|---|---|

**FRANCISCO FRANCISCO**
**332 W 62ND ST**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.20 | $935.20 |
|---|---|---|---|---|

**FRANCISCO HERNANDEZ**
**2908 S. RIMPAV BLVD**
**Los Angeles, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.28 | $1,309.28 |
|---|---|---|---|---|

**Francisco J. Hernandez**
**5470 Elm Avenue**
**Long Beach, CA 90807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,220.00 | $1,220.00 |
|---|---|---|---|---|

**FRANCISCO MARTINEZ**
**1831 W CANTON ST**
**Long Beach, CA 90810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,026.60 | $1,026.60 |
|---|---|---|---|---|
| | **FRANCISCO MARTINEZ**<br>**2988 1/2 SAN MARINO ST**<br>**Los Angeles, CA 90006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,320.00 | $1,320.00 |
|---|---|---|---|---|
| | **FRANCISCO TORRES**<br>**16101 ANSMITH AVE**<br>**Paramount, CA 90723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,026.60 | $1,026.60 |
|---|---|---|---|---|
| | **Francisco Torres**<br>**16101 Ansmith Ave.**<br>**Paramount, CA 90723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,176.00 | $1,176.00 |
|---|---|---|---|---|
| | **Gilbert Sauceda**<br>**1321 Mahar Avenue**<br>**Wilmington, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address<br>**Hashier Enterprises, Inc.**<br>**11222 La Cienega Blvd. # 620**<br>**Inglewood, CA 90304** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$494.00** | **$494.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address<br>**HECTOR ORTIZ**<br>**1191 BROWNING BLVD**<br>**Los Angeles, CA 90037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address<br>**Hector Ortiz**<br>**1191 Browning Blvd**<br>**Los Angeles, CA 90037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,026.60** | **$1,026.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address<br>**HERMAN ZENDEJAS**<br>**21740 OLEANDER AVE**<br>**Perris, CA 92570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,160.00** | **$1,160.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.60** **$1,026.60** |
| | **HERMAN ZENDEJAS** **21740 OLEANDER AVE** **Perris, CA 92570** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Sick and Vacation Time** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.00** **$784.00** |
| | **Ina Tolo** **3418 Arbor Road** **Lakewood, CA 90712** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** **$0.00** |
| | **Internal Revenue Service** **P.O. Box 21126** **Philadelphia, PA 19114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.00** **$1,408.00** |
| | **IRVIN URRUTIA** **14558 PACIFIC AVE** **Baldwin Park, CA 91706** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | | |
|---|---|---|---|---|
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.26** | **$1,129.26** |
|---|---|---|---|---|

**Irvin Urrutia**
**14558 Pacific Ave**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.00** | **$1,395.00** |
|---|---|---|---|---|

**ISRAEL ARGUETA**
**1804 CIMARRON ST**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.60** | **$1,026.60** |
|---|---|---|---|---|

**ISRAEL ARGUETA**
**1804 CIMARRON ST**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.60** | **$1,026.60** |
|---|---|---|---|---|

**ISRAEL ARGUETA**
**1804 CIMARRON ST**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**JAIME URRUTIA**
**2760 CASPIAN AVE**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**Jaime Urrutia**
**412 Sandia Ave.**
**La Puente, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**James O. Hurtt**
**1130 West Pacific Coast Hwy**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**James O. Hurtt**
**1130 West Pacific Coast Hwy**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.00 | $1,045.00 |
|---|---|---|---|---|

**JAVIER MENDOZA**
**9903 GARVEY AVENUE TRL 10**
**South El Monte, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**Javier Mendoza**
**9903 Garvey Ave. Sp. 10**
**South El Monte, CA 91733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 | $952.00 |
|---|---|---|---|---|

**Jazmin Rodriguez**
**9135 Otto Street**
**Downey, CA 90240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144.00 | $1,144.00 |
|---|---|---|---|---|

**JESUS ALVAREZ**
**4324 E 56TH ST**
**Maywood, CA 90270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| | |
|---|---|
| Debtor | **Pac Anchor Transportation, Inc.** |
| | Name |

Case number *(if known)*

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**JESUS ALVAREZ**
**4324 E 56TH ST**
**Maywood, CA 90270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92**

Priority creditor's name and mailing address

**JESUS ALVAREZ**
**4324 E 56TH ST**
**Maywood, CA 90270**

As of the petition filing date, the claim is:       $1,129.26       $1,129.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93**

Priority creditor's name and mailing address

**JESUS SALAZAR**
**1232 S CYPRES #C**
**Ontario, CA 91762**

As of the petition filing date, the claim is:       $1,220.00       $1,220.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94**

Priority creditor's name and mailing address

**Jesus Salazar**
**1232 S. Cypress, Apt. C**
**Ontario, CA 91762**

As of the petition filing date, the claim is:       $1,026.60       $1,026.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,160.00 | $1,160.00 |
|---|---|---|---|---|

**JESUS TORRES**
**906 MCDONALD AVE**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**JESUS TORRES**
**906 MCDONALD AVE**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,541.00 | $1,541.00 |
|---|---|---|---|---|

**JOAQUIN ARMENTA**
**4937 VIRGINIA AVE**
**Long Beach, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,180.59 | $1,180.59 |
|---|---|---|---|---|

**JOAQUIN ARMENTA**
**4937 VIRGINIA AVE**
**Long Beach, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**2.99** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,666.00** | **$1,666.00**

**Joel Mora Mendoza**
**4435 Orchard Ave.**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,344.00** | **$1,344.00**

**Jonathan Franco**
**2948 Dollar Street**
**Lakewood, CA 90712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,640.00** | **$2,640.00**

**Jonathan Franco**
**2948 Dollar Street**
**Lakewood, CA 90712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$728.00** | **$728.00**

**Jorge O. Vazquez**
**2544 Hayes Avenue**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.00 | $1,092.00 |
| --- | --- | --- | --- | --- |

**2.103** Priority creditor's name and mailing address

**Jorge O. Vazquez**
**2544 Hayes Avenue**
**Long Beach, CA 90810**

As of the petition filing date, the claim is:
$1,092.00 $1,092.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104** Priority creditor's name and mailing address

**JOSE LUIS CUSTODIO**
**161 S BURLINGTON AVE**
**Los Angeles, CA 90057**

As of the petition filing date, the claim is:
$1,160.00 $1,160.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105** Priority creditor's name and mailing address

**Jose Luis Custodio**
**161 S BURLINGTON AVE #7**
**Los Angeles, CA 90057**

As of the petition filing date, the claim is:
$1,026.60 $1,026.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106** Priority creditor's name and mailing address

**Jose Luis Lopez**
**11701 HUNNEWELL AVE**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
$2,676.00 $2,676.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $777.00 | $777.00 |
|---|---|---|---|---|
| | **Jose Quintanilla**<br>**857 IROLO STREET APT #3**<br>**Los Angeles, CA 90005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $622.00 | $622.00 |
|---|---|---|---|---|
| | **Jose Santos Canos**<br>**642 N Wilminton Blvd #14**<br>**Wilmington, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,597.00 | $1,597.00 |
|---|---|---|---|---|
| | **Juan Aguilar**<br>**14360 Cabrillo Avenue**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,240.00 | $1,240.00 |
|---|---|---|---|---|
| | **JUAN CRUZ ORTEGA**<br>**6233 CARMELITA AVE**<br>**Bell Gardens, CA 90201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**Juan Cruz Ortega**
**6233 CARMELITA AVE**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,342.00 | $1,342.00 |
|---|---|---|---|---|

**JUAN MACHADO**
**8809 1/2 VANS ST**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**JUAN MACHADO**
**8809 1/2 VANS ST**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $952.00 | $952.00 |
|---|---|---|---|---|

**Justin A. Lopez**
**10315 Western Avenue, Apt. B17**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.00 | $1,122.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Justin A. Lopez**
**10315 Western Avenue, Apt. B17**
**Downey, CA 90241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116**

Priority creditor's name and mailing address

**Kevin Parada**
**316 N. Catalina Street**
**Burbank, CA 91505**

As of the petition filing date, the claim is: **$1,099.00**   **$1,099.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117**

Priority creditor's name and mailing address

**Laura I. Olazaba**
**642 W. 97th Street**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is: **$1,204.00**   **$1,204.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118**

Priority creditor's name and mailing address

**Laura I. Olazaba**
**642 W. 97th Street**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is: **$623.50**   **$623.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,228.00 | $1,228.00 |
| | **Limber A. Vazquez Escobar**<br>**14109 Erwin Street, Apt. 5**<br>**Van Nuys, CA 91401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 | $952.00 |
| | **Linda L. Garcia**<br>**1534 E. O Street**<br>**Wilmington, CA 90744** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.50 | $1,385.50 |
| | **Linda L. Garcia**<br>**1534 E. O Street**<br>**Wilmington, CA 90744** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.00 | $1,176.00 |
| | **Livier Jordan**<br>**1113 Hyatt Avenue**<br>**Wilmington, CA 90744** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,937.25** | **$1,937.25** |
|---|---|---|---|---|

**Livier Jordan**
**1113 Hyatt Avenue**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Sick and Vacation Time** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.00** | **$840.00** |
|---|---|---|---|---|

**Lovilina Tulikihihifo**
**5435 W. 123rd Place**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120.00** | **$120.00** |
|---|---|---|---|---|

**Lovilina Tulikihihifo**
**5435 W. 123rd Place**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Sick and Vacation Time** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$256.00** | **$256.00** |
|---|---|---|---|---|

**Ludwin A. Campos Arevalo**
**1500 W. 52nd Street**
**Los Angeles, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**Luis A. Lopez**
**233 E. Raymond Street**
**Compton, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Luis A. Lopez**
**233 E. Raymond Street**
**Compton, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,612.50 | $1,612.50 |
|---|---|---|---|---|

**MANUEL RAMIREZ**
**1043 STANLEY AVE #2**
**Long Beach, CA 90804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.25 | $1,283.25 |
|---|---|---|---|---|

**MANUEL RAMIREZ**
**1043 STANLEY AVE #2**
**Long Beach, CA 90804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |
|---|---|---|---|---|

**Marco A. Gonzalez**
**515 W. 3rd Street, Suite 10**
**Long Beach, CA 90802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.75 | $1,334.75 |
|---|---|---|---|---|

**Marco A. Gonzalez**
**515 W. 3rd Street, Suite 10**
**Long Beach, CA 90802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Margarita Zarate**
**4635 Abbott Road**
**Lynwood, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Margarita Zarate**
**4635 Abbott Road**
**Lynwood, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
|---|---|---|---|---|

**Maria Barajas**
**229 W. 8th Street**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,782.00 | $1,782.00 |
|---|---|---|---|---|

**Maria Barajas**
**229 W. 8th Street**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Maria Sanchez**
**2053 E. Wayside Street**
**Compton, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Maria Sanchez**
**2053 E. Wayside Street**
**Compton, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | | |
|--------|--------|--------|--------|--------|--------|
| | Name | | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.00 | $2,066.00 |
|---|---|---|---|---|
| | **Maribel Contreras** <br> **14503 Longworth Avenue** <br> **Norwalk, CA 90650** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.00 | $896.00 |
|---|---|---|---|---|
| | **Marlen Ramirez** <br> **1043 Stanley Avenue, Apt. 2** <br> **Long Beach, CA 90804** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|
| | **Marlen Ramirez Rabago** <br> **1043 Stanley Avenue, Apt. 2** <br> **Long Beach, CA 90804** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,344.00 | $1,344.00 |
|---|---|---|---|---|
| | **Martin Lomeli** <br> **1074 1/2 Browining Blvd** <br> **Los Angeles, CA 90037** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,424.00 | $2,424.00 |
|---|---|---|---|---|

**Martin Lomeli**
**1074 1/2 Browining Blvd**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |
|---|---|---|---|---|

**Miguel Cortes Zuniga**
**2404 s. Marvin Avenue**
**Los Angeles, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.50 | $427.50 |
|---|---|---|---|---|

**Miguel Cortes Zuniga**
**2404 s. Marvin Avenue**
**Los Angeles, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 | $1,650.00 |
|---|---|---|---|---|

**MIGUEL DEODANES**
**1132 N BROADWAY #11**
**Escondido, CA 92026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**Miguel Deodanes**
**1333 E. Grand Ave. Apt. J204**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,175.00 | $2,175.00 |
|---|---|---|---|---|

**Miguel Deodanes**
**1333 E. Grand Ave. Apt. J204**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.00 | $1,288.00 |
|---|---|---|---|---|

**Miguel Gallardo**
**1831 W. Canton Street**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|---|---|---|---|---|

**MISAEL MOLINA**
**12250 HORLEY AVE**
**Downey, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|--------|-------------------------------------|------------------------|--|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,026.60 | $1,026.60 |
|-------|-----------------------------------------------|------------------|----------|----------|
| | **MISAEL MOLINA**<br>**12250 HORLEY AVE**<br>**Downey, CA 90242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $485.00 | $485.00 |
|-------|-----------------------------------------------|------------------|---------|---------|
| | **Nicholas Ayers**<br>**8525 ELBURG ST #D**<br>**Paramount, CA 90723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $486.00 | $486.00 |
|-------|-----------------------------------------------|------------------|---------|---------|
| | **Noah Rangel**<br>**911 Rose Ave. #1**<br>**Long Beach, CA 90813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,400.00 | $1,400.00 |
|-------|-----------------------------------------------|------------------|----------|----------|
| | **OLEGARIO GALINDO**<br>**231 E CALDWELL ST #D**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**Olegario Galindo**
**231 E. Caldwell St.**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,408.00 | $1,408.00 |
|---|---|---|---|---|

**OMAR MARTINEZ**
**12187 SPROUL ST**
**  CA 90560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**Omar Martinez**
**1047 Almond Ct.**
**Long Beach, CA 90813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**PEDRO BARBA QUINTERO**
**5381 DOGWOOD**
**San Bernardino, CA 92404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.25 | $1,283.25 |
|---|---|---|---|---|

**PEDRO BARBA QUINTERO**
**5381 DOGWOOD**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,456.00 | $2,456.00 |
|---|---|---|---|---|

**R & A Transport**
**443 E. 75th Street**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,140.00 | $1,140.00 |
|---|---|---|---|---|

**REFUGIO GUTIERREZ**
**1314 E CRUCES ST**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**Refugio Gutierrez**
**1314 E. Cruces St.**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.00 | $1,586.00 |
|---|---|---|---|---|

**Remberto Napoleon**
**1585 W. Orquesta Ct.**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,408.00 | $1,408.00 |
|---|---|---|---|---|

**RICARDO RODRIGUEZ CRUZ**
**332 LAMD AVE**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.26 | $1,129.26 |
|---|---|---|---|---|

**RICARDO RODRIGUEZ CRUZ**
**332 LAMD AVE**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Richard Arana**
**21225 Chase Street**
**Canoga Park, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Richard Arana**
**21225 Chase Street**
**Canoga Park, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,077.00 | $1,077.00 |
|---|---|---|---|---|

**Rolando Solis**
**1801 E. La Habra Blvd. # 9**
**La Habra, CA 90631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |
|---|---|---|---|---|

**Rosa M. Vasquez**
**14925 Wannette Avenue**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,280.00 | $2,280.00 |
|---|---|---|---|---|

**Rosa M. Vasquez**
**14925 Wannette Avenue**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,041.00 | $2,041.00 |
|---|---|---|---|---|

**Saul Shul**
**11438 E. Mclaren Street**
**Norwalk, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.00 | $1,280.00 |
|---|---|---|---|---|

**SERGIO GALINDO**
**906 E ARLINGTON ST**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,026.60 | $1,026.60 |
|---|---|---|---|---|

**Sergio Galindo**
**906 E. Arlington St.**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.00 | $644.00 |
|---|---|---|---|---|

**Sergio Hurtado**
**13107 Dolty Avenue**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.175** | Priority creditor's name and mailing address

**Sergio Zibray**
**8408 Olanda Street**
**Paramount, CA 90723**

As of the petition filing date, the claim is: **$2,410.00**   **$2,410.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address

**SILVANO GUTIERREZ**
**511 OLIVE AVE**
**Long Beach, CA 90802**

As of the petition filing date, the claim is: **$1,220.00**   **$1,220.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address

**SILVANO GUTIERREZ**
**511 OLIVE AVE**
**Long Beach, CA 90802**

As of the petition filing date, the claim is: **$1,026.60**   **$1,026.60**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Sick and Vacation Time**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address

**Thessis Lee Jones**
**534 W. 77th Street**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is: **$695.00**   **$695.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,100.00 | $2,100.00 |
|---|---|---|---|---|
| | **Valentin Zarate**<br>**9135 Otto Street**<br>**Downey, CA 90240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,500.00 | $4,500.00 |
|---|---|---|---|---|
| | **Valentin Zarate**<br>**9135 Otto Street**<br>**Downey, CA 90240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Sick and Vacation Time** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $947.00 | $947.00 |
|---|---|---|---|---|
| | **Vicente Orellana Menjivar**<br>**615 Dora Guzman Apt. #3**<br>**La Puente, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,075.00 | $1,075.00 |
|---|---|---|---|---|
| | **Walter Tayes**<br>**1125 W. 254th Street #1**<br>**Harbor City, CA 90710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | | |
| | Name | | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,000.00 | $12,850.00 |
| | **Wardini H A Company**<br>**2620 N Tustin Ave**<br>**Santa Ana, CA 92705** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vendor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,900.00 | $8,900.00 |
| | **Wild Pony Transportation, Inc.**<br>**2244 Daladier Drive**<br>**Rancho Palos Verdes, CA 90275** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**100 Oceangate, LLC**<br>**88999 Beverly Blvd., Ste. 812**<br>**Los Angeles, CA 90048**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,396.80** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**63Julio Alonzo Gonzalez**<br>**635 LAGOON AVE APT 29**<br>**Wilmington, CA 90744**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Aaron Trigueros**<br>**2122 Magnolia Ave**<br>**Long Beach, CA 90805**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel A. Gonzalez**
**5076 E. 60th Pl.**
**Maywood, CA 90270**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel Cantarero**
**14602 Vose Street**
**Van Nuys, CA 91405**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel Juarez**
**14518 S. Lime Ave.**
**Compton, CA 90223**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abel Lopez**
**5316 Rosemead Blvd. #2**
**Pico Rivera, CA 90660**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Abraham Cruz Valenzuela**
**14634 Pioneer Blvd. Apt. # 37**
**Norwalk, CA 90650**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adalberto Gonzalez**
**201 N. Workman Street #2**
**San Fernando, CA 91340**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adan Martinez**
**1101 Gaviota Ave.**
**Long Beach, CA 90813**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adonis Mayorga**
**1208 W. 223rd St.**
**Torrance, CA 90501**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adrian Mariscal**
**15609 Doublegrove Street**
**La Puente, CA 91744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$679.38** |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Agustin Calderon**
**610 W. 5th St.**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Martin Obando**
**1307 E. O St.**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Pac Anchor Transportation, Inc.**                                    Case number (if known)
_____
         Name

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Albert Cisneros Ariaz**
**11603 Old River School # 4A**
**Downey, CA 90242**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alberto Rodriguez**
**1108 W. 133rd St.**
**Compton, CA 90222**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alejandra Rocha Ramirez**
**319 N. Broadway, Apt. 110**
**Redondo Beach, CA 90277**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alejandro Morales**
**2645 Tyler Ave. Apt. #1**
**South El Monte, CA 91733**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alejandro Ponce**
**2828 1/2 S. Redondo Beach Blvd.**
**Los Angeles, CA 90016**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alejandro Rocha Frausto**
**1344 253rd St #3**
**Harbor City, CA 90710**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alex Donis Salazar**
**3612 W. 102nd St. #6**
**Inglewood, CA 90304**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alexander S. Urrutia**
**2760 Caspian Ave.**
**Long Beach, CA 90810**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alexia Lopez**
**1261 Eubank Ave**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alfonso Estrada**
**1021 Binn Ave. # 3**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alfonso Sandoval Alvarado**
**1320 Butler Ave.**
**Compton, CA 90221**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Alfonso Santiago**
**221 W. Spring Ave.**
**Compton, CA 90221**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed employment claim; amount is unknown (driver for Debtor).

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.28** | **Nonpriority creditor's name and mailing address**

**Alfredo Asencio**
**14034 Orizaba Ave. # A**
**Paramount, CA 90723**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

**Alfredo Fregoso**
**11166 Carson Dr. #6**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

**Allen Aguirre**
**1316 E. 42nd Pl.**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Allstate Insurance**
**P.O. Box 660642**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,585.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Allstate Insurance**
**P.O. Box 660642**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$6,378.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

**Alvaro Gonzalez**
**2159 Elm Ave. Apt. #15**
**Long Beach, CA 90806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ana Deisy Henriquez** | ☐ Contingent | |
| | **5446 Blackwelder St.** | ■ Unliquidated | |
| | **Los Angeles, CA 90016** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andres Sibirian Jr.** | ☐ Contingent | |
| | **310 W. 55th St.** | ■ Unliquidated | |
| | **Los Angeles, CA 90037** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Angel A. Rodriguez** | ☐ Contingent | |
| | **365 W. 1st Street** | ■ Unliquidated | |
| | **San Pedro, CA 90731** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Angel Isas** | ☐ Contingent | |
| | **290 W. 15th St.** | ■ Unliquidated | |
| | **San Pedro, CA 90731** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Angel Jesus Ruiz** | ☐ Contingent | |
| | **1647 W. 228th Street** | ■ Unliquidated | |
| | **Torrance, CA 90501** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,985.00** |
| | **Angelicas Tires** | ☐ Contingent | |
| | **2126 West Esther Street** | ☐ Unliquidated | |
| | **Long Beach, CA 90813** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Vendor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antoinio Morales Lopez**
1655 W. Gage Ave.
Los Angeles, CA 90047

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Chavez**
4418 Mettler Street
Los Angeles, CA 90011

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Giron**
128 S. Westmoreland Ave.
Los Angeles, CA 90004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Leon Ocampo**
3319 Baltic Ave.
Long Beach, CA 90810

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Mendez Cruz**
930 E. 19th St.
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Ramirez Cisneros**
746 E. 105th St.
Los Angeles, CA 90002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Simon Montoya**
658 W. 3rd St.
San Pedro, CA 90731

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Antonio Zarat-Oxlaj**
334 S. Westlake Ave. Apt.# 205
Los Angeles, CA 90057

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,015.00 |
|---|---|---|---|

**APL**
26 Century Blvd, Suite 405.
Nashville, TN 37214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ariel J. Moreno**
1050 1/2 Broad Ave.
Wilmington, CA 90744

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ariel Robaina**
6428 Clybourn Ave.
North Hollywood, CA 91606

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Armando Lozano**
203 N. Record Street
Los Angeles, CA 90063

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Unknown, disputed employment claim; amount is unknown (driver for Debtor).__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arturo Meza**
**2215 Parkside Ave.**
**Los Angeles, CA 90031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 |

**Arturo Munoz**
**3736 E. Hubbard Street #A**
**Los Angeles, CA 90023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 |

**Arturo Navarro Trujillo**
**3861 Fernwood Ave.**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 |

**Atanas Radev**
**1774 N. Harvard Blvd. Apt. 6**
**Los Angeles, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 |

**Augusto Baltazar Alvarez**
**214 W. 91st St.**
**Los Angeles, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 |

**Avilio Saravia**
**617 E. Palmer Ave.**
**Glendale, CA 91205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Axa Equitable**
**P.O. Box 371459**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Axel R. Contreras Alonso**
**1582 W. 30th St.**
**Los Angeles, CA 90007**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aycelamaria Blandon**
**6251 Gage Ave. #A**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,801.35** |
|---|---|---|---|

**Baron HR**
**P.O. Box 28630**
**Anaheim, CA 92809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bartolo Bautista**
**7735 Walker Ave. Apt. A**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bayardo Jose Moreno**
**920 W. F St. Apt. #4**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Benjamin M. Ibarra**
P. O. Box 179004
San Diego, CA 92117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: <u>Unknown, disputed employment claim; amount is unknown (driver for Debtor).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Benny Anguio**
2231 E. 124th St.
Los Angeles, CA 90059

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: <u>Unknown, disputed employment claim; amount is unknown (driver for Debtor).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bernardo E. Shul**
9750 Greenleaf Ave.
Whittier, CA 90605

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: <u>Unknown, disputed employment claim; amount is unknown (driver for Debtor).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,389.90** |
|---|---|---|---|

**Blue Shield of Calif.**
P.O. Box 629014
El Dorado Hills, CA 95762-9014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bosco Mejia**
496 E. 52nd St.
Long Beach, CA 90805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: <u>Unknown, disputed employment claim; amount is unknown (driver for Debtor).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Villegas**
1722 N. Wil;mington Blvd. Apt. C
Wilmington, CA 90744

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: <u>Unknown, disputed employment claim; amount is unknown (driver for Debtor).</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pac Anchor Transportation, Inc.**
Name    Case number (if known)

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,700.00 |
|------|--------|--------|--------|

**Brockman Properties**
**3720 E. Anaheim Street, Suite 201**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Candelario Garcia**
**13700 Inglewood Ave.**
**Hawthorne, CA 90250**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Carl J. Grbovaz**
**10900 Lilian Ln. Apt. B**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Carla Cruz**
**350 E. 80th St.**
**Los Angeles, CA 90003**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Carlos A. Alberto**
**2222 1/2 West Jefferson Blvd.**
**Los Angeles, CA 90018**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**Carlos A. Cordonero Flores**
**3820 W. Hazard Ave. Unit 1**
**Santa Ana, CA 92703**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Unknown, disputed employment claim; amount is unknown (driver for Debtor)._

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Pac Anchor Transportation, Inc.**
_____
           Name                                              Case number (if known) _____

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos Amando Moran**
**11270 Ringwood Ave.**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos Bueina**
**3680 6th Street**
**Los Angeles, CA 90018**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos Duan**
**9033 Date St. #E**
**Fontana, CA 92335**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos E. Echeverria**
**12330 Champlain St.**
**Moreno Valley, CA 92557**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos Frias**
**3611 Tenaya Ave.**
**South Gate, CA 90280**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Carlos M. Juarez**
**2637 Hillcrest Dr.**
**Los Angeles, CA 90016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed employment claim; amount is**
**unknown (driver for Debtor).**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |

**Carlos Mosquera**
C/O Brian S. Kabaleck
644 S. Figueroa Street
Los Angeles, CA 90017

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class Action Litigation on behalf of drivers for alleged misclassification of drivers as independent contractors. Carlos Mosquera et al., v. Pac Anchor Transportation, Inc., Case No. BC664927.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carlos Nettali Reyes**
6636 Otis Ave. #7
Bell Gardens, CA 90201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carlos Perez**
10793 Laurel Ave.
Bloomington, CA 92316

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carlos Roberto Ramos**
1991 Lime Ave.
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Casiano Nicholas Altorque**
7639 Normal Ave. #C
La Mesa, CA 91941

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cecilia Miramontes**
695 Clark Ave
Pomona, CA 91767

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed employment claim; amount is unknown (driver for Debtor).**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar Gilberto Lopez-Ramos**
**2160 Wilson Ave.**
**Perris, CA 92571**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar Joel Lopez Hernandez**
**6422 WOODWORD AVE**
**Bell Gardens, CA 90201**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Juarez**
**830 ELM AVE # 204**
**Long Beach, CA 90813**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christian Padilla**
**597 E 53RD ST**
**Maywood, CA 90270**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Dietz**
**1830 E. Broadway Blvd. 124-PMB #415**
**Tucson, AZ 85719**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Najarro**
**16002 S. Atlantic Ave. Space 5D**
**Compton, CA 90221**

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chuck Chandrasekaran**
**1187 CRENSHAW BLVD**
**Los Angeles, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ciera Gordon**
**9137 1/2 Hoover Drive**
**Los Angeles, CA 90044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Cintas Corp**
**P.O. Box 29059**
**Phoenix, AZ 85038**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Claudia R Rivas-Madriz**
**15600 Live Oak Street**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**CMA**
**5701 Lake Wright Drive**
**Norfolk, VA 23502-1868**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Conrado Moran**
**3461 ESTRADA STREET**
**Los Angeles, CA 90023**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CORNELL J SANDERS**
**333 S CATALINA SY APT 410**
**Los Angeles, CA 90020**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,290.00**

**Cosco**
**15600 JFK Blvd., Suite 400**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cristian R Villagran**
**147 W 43RD Street**
**Los Angeles, CA 90037**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cristobal Padilla**
**3505 Bell Ave. #E**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cristobal Rodriguez**
**925 CEDAR AVE**
**Long Beach, CA 90813**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cruz Angel Alvarez**
**22802 MENLO AVE**
**Torrance, CA 90502**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cruz Martin Arredondo**
**8811 PARK STREET SPACE# 77**
**Bellflower, CA 90706**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cruz Martin Arredondo**
**8811 PARK STREET SPACE# 77**
**Bellflower, CA 90706**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |

**Cruz Road Services**
**1755 Locust Avenue**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dale Williams**
**3860 3RD AVE**
**Los Angeles, CA 90008**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Damian Perez**
**316 Avalon Blvd.**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Daniel Elizarragas**
**Po Box 1331**
**Norwalk, CA 90651**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Daniel Ruelas**
**6418 1/2 DEMPSEY AVE**
**Van Nuys, CA 91406**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Daniel Soriano**
**144 E HILL ST**
**Long Beach, CA 90806**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Danny Zaragoza**
**916 1/2 24 th St**
**Los Angeles, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dante Castillo**
**3838 BLANCHARD ST**
**Los Angeles, CA 90063**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Dave King**
**11540 216TH ST UNIT 1**
**Lakewood, CA 90715**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**David Contreras Sanchez**
**8428 San Gabriel Ave**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Garcia Gutierrez**
**6010 Loveland Street**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Kohn**
**535 Magnolia Ave #213**
**Long Beach, CA 90802**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Ortega**
**6026 HARDING AVE**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Torres**
**11085 ROCKY RIDGE RD**
**Moreno Valley, CA 92557**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Delfina Tolentino Hernandez**
**215 Beacon St #382**
**San Pedro, CA 90731**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Demetrius Richardson**
**931 E TUCKER ST APT A**
**Compton, CA 90221**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Dennis Cormack**
**17230 PALO VERDE AVE**
**Bellflower, CA 90706**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.00** |

**Department of Motor Vehicles**
**P.O. Box 825339**
**Sacramento, CA 94232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Derrik Verrette**
**5458 11th Ave**
**Los Angeles, CA 90043**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Diamond Zeon Freeman**
**638 BAY VIEW ST**
**Wilmington, CA 90744**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Diana Amaya**
**6418 1/2 Dempsey Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Diego A Gonzaga**
**14409 S Lime Ave**
**Compton, CA 90221**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Digno Jose Lainez Soriano**
**2536 E Ave R 2**
**Palmdale, CA 93550**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,469.90**

**Direct Chassis Link**
**3525 Whitehall Park**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.98**

**DirecTV**
**P.O. Box 410347**
**Charlotte, NC 28241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dmitry krutov**
**26358 Eshelman Avenue**
**Lomita, CA 90717**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Donald Gutierrez**
**6950 Delta Ave**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Douglas V. Salguero**
**1844 4TH ST APT 1**
**Long Beach, CA 90802**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ederson Vidal Contreras**
**5324 ONEILL CT**
**Bakersfield, CA 93307**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edgar A Pocasangre Alvarez**
**5117 Budlong Ave #2**
**Gardena, CA 90247**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edgar Aviles**
**6121 Whitsett Ave #3**
**North Hollywood, CA 91606**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edgar Carrillo**
**5215 E. Avenue S4**
**Los Angeles, CA 90011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edgar Granados**
**157 E 82ND PL**
**Los Angeles, CA 90003**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Edgar Lazcano Becerra**
**1099 Saint Louis St**
**Long Beach, CA 90804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.142** | Nonpriority creditor's name and mailing address

Edgar O Gody
436 Santa Ana St
Bell Gardens, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

Edgar Pineda
546 KERN AVE
Los Angeles, CA 90022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

Edgardo Pascacio
4343 Merced Ave
Baldwin Park, CA 91706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address

Eduardo Guerrero
1156 NEWMARK AVE
Monterey Park, CA 91754

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address

EDUARDO NAREZ
12757 RAWHIDE LN
Norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address

Eduardo Octavio Garayzar
2475 PASEO DE LAS AMERICAS
San Diego, CA 92154

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Pintor**
**4841 W 134th Street**
**Hawthorne, CA 90250**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Rodriguez**
**11244 Pipeline Ave**
**Pomona, CA 91766**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin C Meirda Rivas**
**1214 W 39th Pl**
**Los Angeles, CA 90037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin G. Medina Ramirez**
**1341 E. 43RD PL**
**Los Angeles, CA 90011**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin O Funes**
**11302 LAKELAND RD**
**Norwalk, CA 90650**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin Ramirez**
**538 WEST 56TH STREET**
**Los Angeles, CA 90037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin Romero**
**220 E 7th St**
**Los Angeles, CA 90003**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elder E Sumeta**
**3617 Walnut Ave**
**Lynwood, CA 90262**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eliezer Norriega Peguero**
**8634 CYPRESS AVE**
**South Gate, CA 90280**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elio Ernesto Aleman**
**5451 SEPULVEDA BLVD #30**
**Sherman Oaks, CA 91403**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eliot Pena Pulido**
**2532 E 131st St**
**Compton, CA 90222**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eliseo Cuevas Zepeda**
**1327 E. ELEANOR STREET**
**Long Beach, CA 90805**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Pac Anchor Transportation, Inc.**

Name

Case number (if known) _____

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Eliseo Miranda Martinez**
**2305 E 119th St**
**Los Angeles, CA 90059**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elizabeth Lopez**
**782 W 29TH ST**
**Bakersfield, CA 93307**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elmer A Amaya**
**2546 S SPAULDING AVE APT 6**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elmer Alejandro Arevalo**
**1024 1/2 W 62ND STREET**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elvis C Rivera**
**12110 Downey Ave #10**
**Downey, CA 90242**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Elwood Horn**
**14025 CHADRON AVE #11**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emilia Chavarria**
**606 3/5 W 81st St**
**Los Angeles, CA 90044**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emilio E Zamora Caballero**
**11742 Bellman Ave**
**Downey, CA 90241**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emilio S Bernal**
**506 E Wilshire Ave**
**Fullerton, CA 92832**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,117.50 |
|---|---|---|---|

**Emodal (SSAT Pool)**
**700 Pier A Plaza**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enrique Bernal**
**2700 DELTA AVE**
**Long Beach, CA 90810**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enrique Cruz Aguilar**
**6027 Norwalk BLVD**
**Whittier, CA 90606**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enrique Garcia Cervantes**
**8115 BELL AVE**
**Los Angeles, CA 90001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enrique R Garcia**
**4611 Rosewood Ave**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Flores**
**11972 Nearing Drive**
**Anaheim, CA 92804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Gaytan**
**2454 LINDEN AVE**
**Long Beach, CA 90806**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Martinez**
**9339 Olive St. Apt. 6**
**Fontana, CA 92335**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernest Anthony Ibarra III**
**11010 Amery Ave.**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernesto Estala Jr.**
**1324 Peterson Ave. Apt. 16**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernesto Sundance Perez**
**5257 Ithaka Ave.**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eugenio Perez**
**714 W. 146th St.**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evelio Bollas**
**12130 216th St.**
**Hawaiian Gardens, CA 90716**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evelyn Contreras**
**1145 Freeman Ave. Apt. A**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Evergreen**
**6021 Katella Ave., Suite 200**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Pac Anchor Transportation, Inc.**

Name                                                          Case number (if known)

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Feliberto Salvatierra**
**2730 E. Spaulding St #2**
**Long Beach, CA 90804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Felix Hernandez**
**2711 Kansa Ave.**
**Santa Monica, CA 90404**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fermin Orellana Ayala**
**P.. Box 15653**
**Los Angeles, CA 90015**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernando Aguiar**
**2117 Border Ave.**
**Torrance, CA 90501**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernando Hernandez**
**410 S. Eastern Ave.**
**Los Angeles, CA 90022**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernando Sandoval**
**6765 Orizaba Ave. Apt. 1**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Filiberto Cervantes**
**3375 1/2 Falcon Ave.**
**Signal Hill, CA 90755**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,559.28**

**Fleet Pride**
**PO Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,309.59**

**Fleetmatics**
**1100 Winter St.**
**Waltham, MA 02451-1237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,277.00**

**Flexi Van Leasing**
**P.O. Box 3228**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Francesco Quintana Alanis**
**10711 Jackson Ave.**
**Lynwood, CA 90262**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Francisco & Aviles Sanchez**
**1440 W. Magnolia St.**
**Compton, CA 90220**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Francisco Anguino Cabezas**
**9818 Alameda Ave. Apt. 4**
**South Gate, CA 90280**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco Bonilla**
**1150 Eubank Ave. Apt. 1**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco Hurtado**
**5868 Lanto Street**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco Ibarra Rodriguez**
**1019 1/2 E. 81st Street**
**Los Angeles, CA 90001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco J. Martinez**
**1831 W. Canton St.**
**Long Beach, CA 90810**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco J. Miranda**
**1055 S. Serrano Ave.**
**Los Angeles, CA 90006**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco Martinez**
**2988 1/2 San Marino St.**
**Los Angeles, CA 90006**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco Ochoa**
1430 E. Sandison St.
Wilmington, CA 90744

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco P. Francisco**
332 W. 62nd St.
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco Ramirez**
8727 Tobias Ave. Apt. 2
Panorama City, CA 91402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco Reynosa**
3718 Flower St.
Huntington Park, CA 90255

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco Robles Arellano**
6321 Prospect Ave.
Bell Gardens, CA 90201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Francisco Torres**
16101 Ansmith Ave.
Paramount, CA 90723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209** Nonpriority creditor's name and mailing address

**Francisco Valenzuela**
**13402 Regentview Ave.**
**Bellflower, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

**Francisco Villatuerte**
**836 W. 110th Street**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

**Frank Lamadid**
**699 E. Burnett St. Apt. 15**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address

**Franklin Antonio Aguilera Coffin**
**1941 Magnolia Ave. Apt. #1**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address

**Franklin Ferrey**
**13233 1/2 Kornblum Ave.**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.214** Nonpriority creditor's name and mailing address

**Franklin N. Serrano Reales**
**6623 Gifford Ave. #B**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
| | Name | | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gabriel Juarez**
**1803 Nadeau St.**
**Los Angeles, CA 90001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gabriel M. Teran**
**25322 Valleywood Ct.**
**Moreno Valley, CA 92553**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**George Bianco**
**840 Chestnut Ave. Unit 9**
**Long Beach, CA 90813**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**George Cruz Lopez**
**919 N. King Ave.**
**Wilmington, CA 90744**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gerald Lazo**
**1436 Plaza Del Amo**
**Torrance, CA 90501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gerardo Fierro Flores**
**11226 Daiwood Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerardo L. Benavidez**
**2525 E. 10th St. # 6**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**German Francisco Rios**
**2131 Locust**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**German Milian**
**8833 Mission Dr. Unit. #29**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**German Y. Rios**
**24900 Santa Clara St. Apt. 60**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gilberto Canas**
**9657 Guatemala Ave.**
**Downey, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gilberto Reyes**
**1640 E. 52nd St.**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address

**Gilmar Bonilla**
**15521 S. Normandie #9**
**Gardena, CA 90247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address

**Gregory Branch**
**23965 Pasatiempo Ln.**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address

**Guillermo Cruz**
**4951 W. 98th Street**
**Inglewood, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address

**Guillermo Fuentes**
**5224 N. Maywood**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address

**Guillermo Marco Espinoza**
**5330 Atlantic Ave. #111**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address

**Guillermo Torres**
**10818 S. Broadway Street #3**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Guillermo Urbina**
**13948 McClure Ave. #A**
**Paramount, CA 90723**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |
|---|---|---|---|

**Hamburg SUD**
**465 South Street**
**Morristown, NJ 07960-6439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Hapag Lloyd**
**11410 Greens Crossing Blvd.**
**Suite 400**
**Houston, TX 77067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Harner Antonio Olivares**
**255001 Magic Mountain Pkwy**
**Valencia, CA 91355**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$115.00** |
|---|---|---|---|

**HCC Surety Group**
**P.O. Box 4312**
**Woodland Hills, CA 91365-4312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector Contreras**
**465 N. Western Ave. # 106**
**Los Angeles, CA 90004**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector Ortiz**
**1191 Browning Blvd**
**Los Angeles, CA 90037**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Beltran**
637 W. Live Oak St.
San Gabriel, CA 91776

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Lee Martinez**
3136 Grand Ave
Huntington Park, CA 90255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herberth Gonzalez Abarca**
1530 Gardenia Ave.
Long Beach, CA 90813

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herberth Leonel Carranza**
1713 E. 64th St.
Los Angeles, CA 90001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Herlin Ruiz**
818 Durfee Ave. #13
El Monte, CA 91732

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Hyundai**
1755 Wittington Place, Suite 300
Dallas, TX 75234

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hyung Jae Yoo**
**1/2 S. Victoria Ave**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,023.69** |

**Inland Kenworth**
**1600 W. Washington Blvd**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,165.83** |

**Interstate Billing Serv**
**P.O. Box 2250**
**Decatur, AL 35609-2250**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Iram Gamalier Salazar Ramos**
**232 W.. 12th St.**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Irvin Urrutia**
**14558 Pacific Ave**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Isidro Fuentes**
**1237 E. 6th St. Apt. 207**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **Pac Anchor Transportation, Inc.**

Name    Case number *(if known)*

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Isidro Gonzalez**
**2663 Cloverdale Ave.**
**Los Angeles, CA 90016**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ismael Ruelas Torres**
**122 E. Sunset St.**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Israel Molina Argueta**
**1804 Cimarron St.**
**Los Angeles, CA 90019**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ivan Gonzalez**
**5951 Carmelita Ave. Apt. 20**
**Huntington Park, CA 90255**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,510.28** |
|---|---|---|---|

**J & P Truck Body Shop**
**655 W. 14th St.**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Daniel Lares**
**222 Sheldon St.**
**El Segundo, CA 90245**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaime D. Santos**
**1531 Arlington Ave. # 13**
**Los Angeles, CA 90019**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaime Gonzalez**
**153 W. 52nd St.**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaime Hernandez**
**14903 Los Angeles St.**
**Irwindale, CA 91706**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaime Israel Urrutia Saurez**
**5131 Wood Ave.**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jaime Urrutia**
**412 Sandia Ave.**
**La Puente, CA 91746**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jairo Espinoza**
**3022 1/2 E. 70th St.**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jairo Reyes Palacios**
P.O. Box 3666
Inglewood, CA 90304

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jairo Roidan**
202 W. 233rd St.
Carson, CA 90745

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James G. Nuziard**
9305 Cedar Ave.
Bellflower, CA 90706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**Janis Shepherd Northington**
P.O. Box 40105
Downey, CA 90239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier DeLaBarra**
1952 1/2 Bonsallo
Los Angeles, CA 90007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier Matamoros Lezama**
663 40th St.
Richmond, CA 94805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier Megoza**
**958 N. Townsend Ave.**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier Mendoza**
**9903 Garvey Ave. Sp. 10**
**South El Monte, CA 91733**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Javier R. Garcia Leon**
**345 S. Columbia Ave. Apt. 217**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Marie Ward**
**2420 W. Commonwealth Avenue, B6**
**Fullerton, CA 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Astudillo**
**1420 W. 127th Street**
**Los Angeles, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesus Alexis Velasco**
**1220 S. Chester Ave.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pac Anchor Transportation, Inc.**                                    Case number *(if known)* _____
_____
         Name

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Alvarez Jr.**
**4324 E. 56th Street**
**Maywood, CA 90270**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Guillermo Cardenas**
**15816 S. Berendo Ave.**
**Gardena, CA 90247**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Mateo-Torres**
**14016 Daphne Ave.**
**Gardena, CA 90249**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Omar Orosco**
**300 S. Montevista St. # 109**
**La Habra, CA 90631**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Omar Orozco**
**300 S. Montevista Street, Apt. 109**
**La Habra, CA 90631**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jesus Salazar**
**1232 S. Cypress, Apt. C**
**Ontario, CA 91762**

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesus Sandoval**
**1444 E. 83rd St.**
**Los Angeles, CA 90001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesus Sencion**
**1673 E. Martin Luther King Blvd.**
**Los Angeles, CA 90011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeysel D. Fletes**
**1065 Hyatt Ave. # 2**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joaquin M. Armenta**
**2241 Olive Ave.**
**Long Beach, CA 90806**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joel Mora Mendoza**
**4435 Orchard Ave.**
**Los Angeles, CA 90037**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joel Omar Garcia Navarro**
**6807 San Carlos Street**
**Paramount, CA 90723**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Pac Anchor Transportation, Inc.**

Name

Case number *(if known)* _____

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joel Ramon Aguirre**
**6100 Orange Ave. Apt. #12**
**Long Beach, CA 90805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joel Urbina**
**530 E. Gladstone Ave. #84**
**Azusa, CA 91702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joel Zavaia Reynoso**
**13523 Pierce St.**
**Pacoima, CA 91331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John O. Murrin IV**
**7045 Los Santos Dr.**
**Long Beach, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jona Yoon**
**2848 SUNSET PL APT 112**
**Los Angeles, CA 90005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jonathan Azmitia Martinez**
**12740 Barbara Ann #9**
**North Hollywood, CA 91605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Pac Anchor Transportation, Inc.**

Case number *(if known)* _____

Name

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jonathan Guevara**
**1105 EAST M ST**
**09074-4000**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jonathan Martinez**
**10519 INEZ ST**
**Whittier, CA 90605**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jonathan Martinez**
**6510 ALAMO AVE**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jorge A Alelman**
**8168 Cypress Ave #B**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jorge A Lopez**
**2108 W BROCHARD AVE**
**Santa Ana, CA 92704**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jorge A Umana**
**135 1/2 E 56th St**
**Los Angeles, CA 90011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.300**

**Nonpriority creditor's name and mailing address**

**Jorge Alberto Artola**
**230 E. 1ST STREET**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301**

**Nonpriority creditor's name and mailing address**

**Jorge Alberto Ayala**
**1506 W 20TH ST APT 4**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302**

**Nonpriority creditor's name and mailing address**

**Jorge Alberto Lopez**
**1479 12 Handerson Ave**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303**

**Nonpriority creditor's name and mailing address**

**Jorge Brambila**
**16833 POCONO STREET**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304**

**Nonpriority creditor's name and mailing address**

**Jorge Ernesto Funes**
**11806 MAIDSTONE AVE**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305**

**Nonpriority creditor's name and mailing address**

**Jorge Gandara**
**20813 ARLINE AVE**
**Lakewood, CA 90715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge Giovanni Mendoza**
**5125 TENAYA AVE APT A**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge Gomez**
**PO BOX 2393**
**Bell, CA 90202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge Leonardo Funez**
**3960 Hillcrest Drive #C**
**Los Angeles, CA 90008**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge Luis Munoz Camey**
**3212 W 139TH ST**
**Hawthorne, CA 90250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge M Herrera**
**10327 Buford Ave**
**Inglewood, CA 90304**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jorge Muñoz**
**317 W 111 Th Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.312** | Nonpriority creditor's name and mailing address

**Jorge Ozuna**
**6155 1/4 GAGE AVENUE**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address

**Jorge Ramirez**
**2532 131st St**
**Compton, CA 90222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address

**Jose A Calero**
**2600 E Ward Ter Apt 74**
**Anaheim, CA 92806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address

**Jose A Cortez Gomez**
**1850 1/2 E 71st St**
**Los Angeles, CA 90001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address

**Jose A Hidalgo Portillo**
**7031 MOUNTAIN VIEW AVE G**
**Huntington Park, CA 90255**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address

**Jose Angel Mejia**
**300 E 47 Place**
**Los Angeles, CA 90011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Angel Ortuno Castillo**
**1517 W 224th St #A**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Anibal Castillo Ayala**
**13358 YORBA AVE**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Antonio Rivas**
**968 S NEW HAMPSHIRE AVE 6**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose B Morales**
**267 Amar St #2**
**San Pedro, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Badillo**
**6115 LOMA VISTA AVE**
**Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Beltran**
**3505 Bell Ave #D**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.324**

**Nonpriority creditor's name and mailing address**

**Jose C. Lopez**
**12750 Venice Blvd Apt 9**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325**

**Nonpriority creditor's name and mailing address**

**Jose Carlos Meza**
**8024 3RD STREET**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326**

**Nonpriority creditor's name and mailing address**

**Jose Cruz**
**10967 S San Pedro St**
**Los Angeles, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327**

**Nonpriority creditor's name and mailing address**

**Jose Diaz**
**807 S Bullis St**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328**

**Nonpriority creditor's name and mailing address**

**Jose E Ortega Nieve**
**14913 Norwalk Blvd**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329**

**Nonpriority creditor's name and mailing address**

**Jose Enrique Ortega**
**14913 S. NORWALK BLVD**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address

**Jose F Moreno**
**345 E 229TH PL**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address

**Jose F Rojas**
**650 E 36TH ST**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address

**Jose G Lara**
**12358 E 214th St**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address

**Jose Garcia**
**3736 1/2 E Hubbard St**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address

**Jose H Pacheco**
**3943 W 108TH Street**
**Inglewood, CA 90303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address

**Jose Humberto Santamaria**
**348 E DAYMEN**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Humnerto Arias**
**Jose Humnerto Arias**
**Los Angeles, CA 90001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Ivan Osorio Andrade**
**PO BX 911572**
**Los Angeles, CA 90091**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose J Martinez**
**4532 Willowbrook Ave #112**
**Los Angeles, CA 90029**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**JOSE JAIME GARCIA**
**1400 COLLEGE VIEW DR APT B**
**Monterey Park, CA 91754**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Juan Sanchez**
**16710 ORANGE AVE**
**Paramount, CA 90723**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose L Munoz**
**12218 224th St**
**Hawaiian Gardens, CA 90716**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose L Nieto**
**1135 E 21 St**
**Long Beach, CA 90806**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Luis Arevalo**
**852 W 53rd St**
**Los Angeles, CA 90037**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Luis Castellanos**
**2420 E 6TH ST**
**Long Beach, CA 90814**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Luis Custodio**
**161 S BURLINGTON AVE #7**
**Los Angeles, CA 90057**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Luis Leon**
**PO BOX 1776**
**Chula Vista, CA 91912**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jose Luis Lopez**
**11701 HUNNEWELL AVE**
**Sylmar, CA 91342**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Pac Anchor Transportation, Inc.**

Name

Case number (if known) _____

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Nieto**
**1135 E. 21 STREET**
**Long Beach, CA 90806**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Peralta**
**909 N ECALYPTUS AVE**
**Inglewood, CA 90302**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Rivera**
**10500 N Bullis Road #A**
**Compton, CA 90221**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Robledo**
**323 E 127 Th Street**
**Los Angeles, CA 90061**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Salazar**
**410 N WILMINGTON BLVD**
**Wilmington, CA 90744**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose M Morelos**
**402 S CLIVEDEN AVE**
**Compton, CA 90220**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose M Ramirez**
**12313 Deep Valley TRL**
**Moreno Valley, CA 92555**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Muñoz Salazar**
**22128 Horts Ave**
**Hawaiian Gardens, CA 90716**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose N Martinez**
**44523 Handstead Ave**
**Lancaster, CA 93535**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Pereira**
**4397 PATTERSON AVE**
**Las Vegas, NV 89104**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Quintanilla**
**857 IROLO STREET APT #3**
**Los Angeles, CA 90005**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose R Cruces Rodriguez**
**201 E Pleasant St**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.360** | **Nonpriority creditor's name and mailing address**

**Jose R Lopez**
**5455 10 TH STREET**
**Los Angeles, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**

**Jose R Zelaya**
**7025 Whitsett Ave #1**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address**

**Jose Recillas**
**1220 GLEN AVE**
**Pomona, CA 91768**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address**

**Jose Recinos**
**510 W 87th St #202**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address**

**Jose Remirez**
**2259 1/2 W 241 St**
**Lomita, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address**

**Jose Rivas**
**14622 Carfax Drive #D**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pac Anchor Transportation, Inc.**

Name

Case number (if known)

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Ruben Cruces**
201 E Pleasant St
Long Beach, CA 90805

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Santamaria**
1418 S Duncan Ave
Los Angeles, CA 90040

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Santos Canos**
642 N Wilminton Blvd #14
Wilmington, CA 90744

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Sarmiento**
4153 TYLER AVE 14
El Monte, CA 91731

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Card**
4528 Radnor Ave
Lakewood, CA 90712

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joshua Kirksey**
518 W 102 ND ST
Los Angeles, CA 90044

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Josue Orozco**
**8213 HOOVER STREET**
**Los Angeles, CA 90044**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Aguilar**
**14360 Cabrillo Avenue**
**Norwalk, CA 90650**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan C Barahona Portillo**
**2900 W BARAHONA PORTILLO**
**Anaheim, CA 92801**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Carlos Aceituno**
**9813 WILMINGTON AVE**
**Los Angeles, CA 90002**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Carlos Moreno**
**3919 N Figueroa St**
**Los Angeles, CA 90037**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Casarez**
**639 W CALDWELL ST.**
**Compton, CA 90220**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Pac Anchor Transportation, Inc.**

Name                                                                                        Case number (if known)

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan Cruz Ortega**
**6233 CARMELITA AVE**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan De Dios Machado Perez**
**11442 LITTCHEN ST**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan F Castillo**
**6176 Corona Ave**
**Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan F Serrano Lopez**
**922 S McDonnell Ave**
**Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |

**Juan Francisco Rodriguez**
**C/O Brian S. Kabaleck**
**644 S. Figueroa Street**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Litigation on behalf of drivers for**
**alleged misclassification of drivers as independent contractors.**
**Carlos Mosquera et al., v. Pac Anchor Transportation, Inc., Case No.**
**BC664927**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Juan Gary**
**1182 S LONGWOOD AVE.**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Jose Triana**
**22744 FESTIVIDAD DR**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Jose Verduzco**
**4961 Katella Ave**
**Los Alamitos, CA 90720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan M Grajeda**
**6176 Corona Ave**
**Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Madera**
**9532 Emerald Ave**
**Fontana, CA 92335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Martinez Rivera**
**1241 N. EAST STREET SP 197**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Montelongo**
**818 Gardenia Ave #5**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.390** Nonpriority creditor's name and mailing address

**Juan Pablo Castro**
**6074 Linden Ave**
**Long Beach, CA 90805**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391** Nonpriority creditor's name and mailing address

**Juan R Arzate**
**1225 E 109th St**
**Los Angeles, CA 90059**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** Nonpriority creditor's name and mailing address

**Juan Ramon Perez**
**5353 LEDGEWOOD RD**
**South Gate, CA 90280**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address

**Juan Rosette**
**2540 E ADAMS ST**
**Long Beach, CA 90810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

**Juan Salinas**
**10560 GREDLEY RD**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

**Juan Willie**
**1817 Ambrosia Ave**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julian Baudilio Pena Gonzalez**
**1348 ONYX DR**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Alonzo Gonzalez**
**635 Lagoon Ave. Apt. 29**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Cesar Montoya**
**2652 Monogram Ave.**
**Long Beach, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Rivero**
**816 N. Coronado St**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Soto**
**P.O. Box 9091**
**Long Beach, CA 90810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,597.62** |
|---|---|---|---|

**Kaiser Foundation Health Plan**
**P.O. Box 23250**
**San Diego, CA 92193-3250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.402** Nonpriority creditor's name and mailing address

**Kelvin Rivera Montoya**
**7251 Motz Street**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.403** Nonpriority creditor's name and mailing address

**Kenneth Orlando Craig**
**784 N Highland Ave.**
**Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.404** Nonpriority creditor's name and mailing address

**Kenny Orozco**
**200 S. Linden Ave.  Apt. 8A**
**Rialto, CA 92376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.405** Nonpriority creditor's name and mailing address

**Kevin Chapman**
**1301 W. 12th St.**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.406** Nonpriority creditor's name and mailing address

**Kevin Parada**
**316 N. Catalina Street**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.407** Nonpriority creditor's name and mailing address

**Kline**
**8730 Stony Point Parkway, Suite 400**
**Richmond, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$1,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ky Hammond**
**13741 Prairie Ave. # 16**
**Hawthorne, CA 90250**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,259.31**

**LA DWP**
**P.O. Box 515407**
**Los Angeles, CA 90051-6707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$982.32**

**LA DWP**
**P.O. Box 515407**
**Los Angeles, CA 90051-6707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$788.58**

**LA DWP**
**P.O. Box 515407**
**Los Angeles, CA 90051-6707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Lamar Adair**
**P.O. BOX 545**
**Lomita, CA 90717**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Larry Reynard Dixon**
**15606 S. Budlong Pl. Apt. 2**
**Gardena, CA 90247**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Latrina Rena Phillips**
**10121 Buford Ave. Apt. 39**
**Inglewood, CA 90304**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laudelino A Segovia**
**42134 S. Rampart Blvd**
**Los Angeles, CA 90057**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Leo Joseph Alford**
**1324 E. Broaway Apt. 6**
**Long Beach, CA 90802**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Leonard Lopez**
**1043 N. Wilmington Blvd. # A**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Leonardo Mejia**
**4874 Gage Ave.**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Leonel Garcia**
**1766 W. Beacon Ave.**
**Anaheim, CA 92804**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Leonel Rizo**
**4407 Elizabeth St.**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Leslie P Blandon
6251 Gage Ave. #A
Bell Gardens, CA 90201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Levi German Gonzalez Huanosto
7829 Clearfield Ave.
Panorama City, CA 91402

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Limber A. Vasquez Escobar
14109 Erwin Street, Apt. 5
Van Nuys, CA 91401

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Linda Aguilar
12009 Downey Ave.
Downey, CA 90242

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lioncio Leyva Jr
915 East L. St. Apt. 4
Wilmington, CA 90744

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lorenzo Lopez
4119 S. Central Ave. # 3
Los Angeles, CA 90011

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.95 |
|---|---|---|---|

**Los Angeles County Tax Coll**
**225 North Hill St**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,383.80 |
|---|---|---|---|

**Los Angeles Freightliner**
**P.O. Box 101284**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Louise Kristine Castainer**
**2926 Iowa Ave. Apt. A**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Lucas Acosta Gallegos**
**1976 Via Encantadoras**
**San Ysidro, CA 92173**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ludwin A. Campos Arevalo**
**1500 W. 52nd Street**
**Los Angeles, CA 90062**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Luis A Cobos**
**120 D Street**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.433** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis A Flores**
**1603 N. Edgemont St. Apt. 106**
**Los Angeles, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis C Dardon**
**2057 Bliss St**
**Compton, CA 90222**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis C Vasquez Zamora**
**9840 Foster Rd.**
**Bellflower, CA 90706**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis Castaneda Recinos**
**20600 South Main St. Space #9**
**Carson, CA 90745**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.437** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis E Garcia**
**4811 1/2 Saturn St**
**Los Angeles, CA 90019**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Luis O. Alvarez**
**16124 Vanness # 2**
**Torrance, CA 90504**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luis R. Ramos**
**1071 E. Broadway Apt. 16**
**Long Beach, CA 90802**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luis Tovar**
**11008 Elcroft Ave**
**Downey, CA 90241**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luis U. Garcia**
**30584 Phillip Rd.**
**Nuevo, CA 92567**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luiz Carlos Albertin**
**15354 Weddington St. Apt. 18**
**Van Nuys, CA 91411**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,645.00** |
|---|---|---|---|

**Maersk**
**9300 Aeeowpoint Blvd.**
**Charlotte, NC 28273-8136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Magdaleno Rojas**
**11744 Tina Street**
**Whittier, CA 90605**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Alvarez**
**519 W. 120th St.**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Arturo Garcia**
**7025 S. Figueroa Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Arturo Herrera**
**158 49th Street**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel De Jesus Ramos Palacios**
**4817 Hooper Ave.**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Guijo**
**1526 Ravenna Ave.**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel J Garcia**
**5775 Riverside Dr. # 115**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Javier Himede**
14016 Arthur Ave.
Paramount, CA 90723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Rosa**
1247 E. 87th St.
Los Angeles, CA 90002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcel D. Johnson**
1726 Kimberly Dr.
West Covina, CA 91792

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marco Antonio Aleman**
9320 S. Figueroa Street APT. A
Los Angeles, CA 90003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Enriquez**
2267 Pasadena Ave.
Long Beach, CA 90806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria I Munoz Hernandez**
317 W. 111th St.
Los Angeles, CA 90061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Adalberto Benitez Ayala**
**5846 Agra Street**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Baltazar Marquez**
**729 Silverlake Blvd.**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Barraza**
**12390 Cloudburst Trl.**
**Moreno Valley, CA 92555**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario H. Bugarin**
**1235 W. Grant Street**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario H. Malera**
**9118 Hayvenhurst Ave**
**North Hills, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mario Leal**
**1000 E. 67th St.**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mario S. Rios**
**908 Northpoint Pl.**
**Lompoc, CA 93436**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Maritza Del Carmen Merino**
**5948 Lime Ave.**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Cervantes**
**1257 W. 66th St.**
**Los Angeles, CA 90044**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlon Flores Reyes**
**1619 Brockton Ave. #7**
**Los Angeles, CA 90025**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlon Leonel Palacios**
**11715 Success Ave.**
**Los Angeles, CA 90061**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlow A. Barton**
**11516 McGovern Ave.**
**Downey, CA 90241**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.469**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martha L Cruz**<br>**1050 1/2 Broad Ave.**<br>**Wilmington, CA 90744** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.470**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martha O. Villagran**<br>**455 Gaviota Ave. Apt. 3**<br>**Long Beach, CA 90802** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.471**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martha Rodriguez De Watford**<br>**11460 Copeland St. Apt. A**<br>**Lynwood, CA 90262** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.472**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martin Franco Martinez**<br>**6809 Vinevale Ave. #E**<br>**Bell Gardens, CA 90201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.473**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martin Hernandez Moran**<br>**1934 Cedar Ave. Apt. 6**<br>**Long Beach, CA 90806** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.474**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Martin S. Parada**<br>**316 N. Catalina Street**<br>**Burbank, CA 91505** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.475** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Marvin A Lopez**
**1212 Gladys Ave. #202**
**Long Beach, CA 90804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Marvin Carter**
**3123 Yearling St.**
**Lakewood, CA 90712**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Marvin Lopez**
**1212 Stanley Ave**
**Long Beach, CA 90804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Marvin Rivera**
**533 N Mariosa Ave. #116**
**Los Angeles, CA 90001**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255.00**

**Matson**
**426 N. 44th Street, Suite 250**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Mauricio Ochoa Soriano**
**826 W. Oriole Ave.**
**Placentia, CA 92870**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.481** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Mauro Martinez
822 Fir Ave. #1
Inglewood, CA 90301

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

Micro Plus Solutions, Inc
2421 W. 250th St
Lomita, CA 90717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Miguel A Fonseca
10346 Parise Drive
Whittier, CA 90604

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Miguel A. Lopez
1371 Sheridan Ave.
Pomona, CA 91767

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Miguel Alegria
9324 San Carlos Ave. Apt. C
South Gate, CA 90280

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Miguel Antonio Ayala
4914 Santa Ana St.
Bell Gardens, CA 90201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Argenis Zuniga**
**2069 Martin Luther King Jr. Ave.**
**Long Beach, CA 90806**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel D. Rivas**
**16407 Maidstone Ave.**
**Norwalk, CA 90650**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Deodanes**
**1333 E. Grand Ave. Apt. J204**
**Escondido, CA 92027**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Gallardo**
**1831 W. Canton Street**
**Long Beach, CA 90810**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Lopez**
**1371 Sheridan Ave.**
**Pomona, CA 91767**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Morales**
**477 1/2 Bonnie Beach Pl.**
**Los Angeles, CA 90063**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.493**

**Nonpriority creditor's name and mailing address**

**Miguel Rojas**
**5006 Monte Vista St.**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.494**

**Nonpriority creditor's name and mailing address**

**Miguel Trujillo**
**149 W. 77th Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.495**

**Nonpriority creditor's name and mailing address**

**Miguel Vega Deodanes**
**1509 Cornuta Ave.**
**Bellflower, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.496**

**Nonpriority creditor's name and mailing address**

**Milton Edgardo Contreras**
**4411 Rosewood Ave #A**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.497**

**Nonpriority creditor's name and mailing address**

**Miriam Torres**
**339 E 46th St.**
**Long Beach, CA 90807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.498**

**Nonpriority creditor's name and mailing address**

**Misael Hernan Molina**
**12250 Horley Ave.**
**Downey, CA 90242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown
**(Driver for Debtor)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohammad Saharkhiz**
**9700 Jersey Ave. Apt. 195**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moises Sevilla**
**1020 N. Custer**
**Santa Ana, CA 92701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00** |
|---|---|---|---|

**MOL**
**10 Woodbridge Center Dr., Suite 900**
**Woodbridge, NJ 07095**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,535.00** |
|---|---|---|---|

**MSC**
**700 Watermark Blvd.**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mynor F Gonzalez**
**3721 Wall St**
**Los Angeles, CA 90011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Natanael Ramirez**
**455 Gaviota Ave Apt. 3**
**Long Beach, CA 90802**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nelson C. Lopez**
**2818 Hill St**
**Huntington Park, CA 90255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nelson Cano**
**2039 Cedar Avenue, Apt. A.**
**Long Beach, CA 90806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nelson Melendez**
**8477 Ventura Canyon Ave. #7**
**Panorama City, CA 91402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nery Pineda**
**2209 W. 52nd St**
**Los Angeles, CA 90043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nestor Ahumada Corona**
**764 E. Realty Street**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nestor D Gutierrez**
**4301 La Sierra Ave. #23**
**Riverside, CA 92505**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nestor Roman Noches**
953 Hemlock Ave.
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Nexzis LLC**
15346 Ashley Ct.
Whittier, CA 90603

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nicolas Aaron Ayers**
8525 Elburg St. Unit D.
Paramount, CA 90723

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nicolas Granadino**
1013 W. Jay St.
Torrance, CA 90502

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Noah Rangel**
911 Rose Ave. #1
Long Beach, CA 90813

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Norma E. Mejia**
9628 Hickory St.
Los Angeles, CA 90002

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,720.00 |
|---|---|---|---|

**NYK**
1138 N. Germantown Pkwy.
Suite 101-311
Cordova, TN 38016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Oacar R. Garza**
6315 Cherry Ave. Apt. 4.
Long Beach, CA 90805

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Olegario Galindo**
231 E. Caldwell St.
Compton, CA 90220

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Omar Garcia**
3016 S. West View St.
Los Angeles, CA 90016

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Omar Hernandez**
3533 Mulford Avenue, Apt. C.
Lynwood, CA 90262

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Omar Martinez**
1047 Almond Ct.
Long Beach, CA 90813

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Omar Moreno**
**1948 Fashion Ave.**
**Long Beach, CA 90810**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Orbin Geovany Orellana**
**444 W. Imperial Ave. Apt. 7**
**El Segundo, CA 90245**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Orlando J Aguilera Coffin**
**1947 Locust Ave. #4**
**Long Beach, CA 90806**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oscar A Rodriguez Gonzalez**
**1274 S. Rowan Ave.**
**Los Angeles, CA 90023**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oscar Acosta Ramos**
**5900 1/2 Gotham St**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oscar Canchola**
**544 W. Peach St.**
**Compton, CA 90222**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown**
**(Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Pac Anchor Transportation, Inc.**

Name    Case number (if known) _____

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar E Garcia**
**14403 Graystone Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar Mesinas**
**11729 Coldbrook Ave.  #A**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar Polanco**
**6 PARADISE VALLEY NORTH**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar Quiroz**
**2206 E 105TH ST**
**Los Angeles, CA 90002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar R Polanco**
**6 Paradise Valley North**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oscar Rene Montes Veliz**
**2430 Raymond Ave.**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Pac Anchor Transportation, Inc.**
Name

Case number (if known) _____

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Oscar Reyes Diaz**
**7754 Mooney Dr.**
**Rosemead, CA 91770**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pablo N Alvarez**
**31 E. Mission St.**
**Marshall, MO 65340**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Patrick J Lloyd**
**2008 Gramercy Ave.**
**Torrance, CA 90501**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |

**PCET Inc**
**3720 Oceanic Way**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pedro A Velasquez Poncio**
**719 Myrtle Ave. #C**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Pedro Barba**
**243 16th Street Apt. 4**
**San Pedro, CA 90731**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

---

**3.541** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pedro Huiza**
**10112 Felton Ave. Apt. 22**
**Inglewood, CA 90304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.542** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pedro Jimenez**
**4015 E. Elizabeth St.**
**Compton, CA 90221**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pedro Marcos Herrera**
**1547 1/2 W. 27th St.**
**Torrance, CA 90501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pedro Martinez**
**64325 Ferguson Dr.**
**Los Angeles, CA 90022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pedro Ortiz**
**629 W. 107th  Street**
**Los Angeles, CA 90044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,160,000.00**

**People of the State of California**
**Attn: Timothy J. Kolesnikow**
**300 South Spring Street, Suite 1702**
**Los Angeles, CA 90013**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Litigation on behalf of drivers for violation of Bus. & Prof. Code 17200 et seq. People of the State Of California et al., v. Pac Anchor Transportation, Inc., et al., Case No. BC397600.

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.00 |
|---|---|---|---|

**PIL**
2510 W. Dunlap Ave. #650
Phoenix, AZ 85021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.88 |
|---|---|---|---|

**Pitney Bowes Credit Corp**
P.O. Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.40 |
|---|---|---|---|

**PrePass**
P.O. Box 52774
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Priscilla Moroyoqui**
1343 Shinner St.
Compton, CA 90221

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unknown, disputed labor claim; amount is unknown__
__(Driver for Debtor)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,632.46 |
|---|---|---|---|

**Prologis**
11099 S. La Cienega Blvd. Ste. 210
Los Angeles, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443.75 |
|---|---|---|---|

**Quality Air Compressor**
4546 E. Washington Blvd.
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.96 |
|---|---|---|---|

**Quill.com**
P.O. Box 37600
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.554**

**Nonpriority creditor's name and mailing address**

**Quincy Thomas**
**1341 E. Imperial Hwy. #156**
**Los Angeles, CA 90059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555**

**Nonpriority creditor's name and mailing address**

**Rafael A. Fiallos**
**801 Schipper St. #46**
**Arvin, CA 93203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556**

**Nonpriority creditor's name and mailing address**

**Rafael Contreras**
**1148 Marietta St.**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557**

**Nonpriority creditor's name and mailing address**

**Rafael Giron**
**1731 W.Vernon Ave  #202**
**Los Angeles, CA 90062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558**

**Nonpriority creditor's name and mailing address**

**Rafael Jimenez Gomez**
**1339 E Greenleaf Blvd.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559**

**Nonpriority creditor's name and mailing address**

**Rafael Montiel**
**332 W. 65th Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rafael Ortiz**
**5206 Santa Ana Street**
**Bell Gardens, CA 90201**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph E. Gonzalez**
**12644 Crossdale Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Raman Parra**
**1308 W. 152nd St.**
**Compton, CA 90220**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramiro Perez Lopez**
**6003 Hereford Dr.**
**Los Angeles, CA 90022**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramon A. Gonzales Quezada**
**1438 1/2 E 76th St.**
**Los Angeles, CA 90001**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramon Aguayo**
**199 E. Neece St.**
**Long Beach, CA 90805**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ramona I. Cruz Quinteros
729 Williamson Ave.
Los Angeles, CA 90022

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Raul A Gonzalez
424 W. 223 Street Apt. 2
Carson, CA 90745

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Raul Quezada
2401 Magnolia Ave. Apt. 2
Long Beach, CA 90806

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Raul Vera
203 W. Opp St. Apt. 4
Wilmington, CA 90744

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ray Castillo
9120 Beverly Rd.
Pico Rivera, CA 90660

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Raymundo Ramirez
811 E. 76th Street
Los Angeles, CA 90001

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

---

3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Refugio Gutierrez**
**1314 E. Cruces St.**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Regino Esparza**
**13723 Susan Way**
**Desert Hot Springs, CA 92240**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Renan H. Barnica**
**1060 Walnut Ave. Apt. 307**
**Long Beach, CA 90813**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Rene De Los Angeles Hernandez**
**848 Elm Ave. # 3**
**Long Beach, CA 90813**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Rene E. Lopez**
**606 Coral Ln.**
**Long Beach, CA 90805**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Rene Estrada**
**1652 S. St. Andrew Place #3**
**Los Angeles, CA 90019**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.578** | **Nonpriority creditor's name and mailing address**
**Rene Flores Ramirez**
**1937 3/4 Arapahoe**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address**
**Rene Perez**
**15134 Indiana Ave. #43**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address**
**Renny Raul Valladares Diaz**
**9513 San Luis Ave. Apt. #10**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address**
**Ricardo Avila Ramirez**
**1141 Camulos Street**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address**
**Ricardo Cuellar Jr.**
**13820 Birkhall Ave.**
**Bellflower, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**
**Ricardo G Hernandez**
**828 S. Taylor Ave. Apt. 2**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Machuca**
12030 Downey Ave. Apt. 211
Downey, CA 90242

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Martinez-Siliezar**
6520 Alamo Ave.
Bell Gardens, CA 90201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Ramirez**
539 W. 78th Street
Los Angeles, CA 90044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Rodriguez**
2001 S. Hacienda Blvd. Apt. 8
Hacienda Heights, CA 91745

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Ruiz**
2633 111th Street
Lynwood, CA 90262

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rigoberto Coca**
9631 Fremontia Ave
Fontana, CA 92335

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Hickson**
**3225 Magnolia Ave.**
**Long Beach, CA 90806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Robert Larabee**
**5712 Fishburn Ave.**
**Maywood, CA 90270**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Roberto Alegria Abarca**
**2715 E. 57th Street Apt. D**
**Huntington Park, CA 90255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Roberto B. Martinez**
**1146 1/2 W. 96th Street**
**Los Angeles, CA 90044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Roberto Callegas**
**1339 Walnut Ave. Apt. A**
**Long Beach, CA 90813**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Roberto Carlos Salazar**
**16654 Withers Way**
**Moreno Valley, CA 92555**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.596**

**Nonpriority creditor's name and mailing address**

**Roberto Diaz Martinez**
**1923 Chestnut Ave. Apt. 5**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.597**

**Nonpriority creditor's name and mailing address**

**Roberto Lopez Jr.**
**737 W. 57th Street Apt. 5**
**Long Beach, CA 90809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.598**

**Nonpriority creditor's name and mailing address**

**Roberto Mancha**
**648 W 18th St**
**San Pedro, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.599**

**Nonpriority creditor's name and mailing address**

**Roberto Martinez**
**1923 Chestnut Ave. Apt. 5**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.600**

**Nonpriority creditor's name and mailing address**

**Roberto Menendez**
**1220 S. Manhattan Pl. #7**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.601**

**Nonpriority creditor's name and mailing address**

**Roberto Popoca**
**415 W. 235th Street**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**

**Basis for the claim:**  Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.602** | Nonpriority creditor's name and mailing address

Roberto Ruiz
1220 S. Chester Ave.
Compton, CA 90221

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | Nonpriority creditor's name and mailing address

Rodolfo Cendejas Saucedo
1305 East M. Street
Wilmington, CA 90744

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address

Rodolfo Chacon
3818 W. 116th St.
Hawthorne, CA 90250

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** | Nonpriority creditor's name and mailing address

Rodrigo Uriostegui Contreras
325 W. 10th. St. #4
Long Beach, CA 90813

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** | Nonpriority creditor's name and mailing address

Rogelio Cortez Correa
2242 E. Alamos Ave.
Fresno, CA 93726

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** | Nonpriority creditor's name and mailing address

Rolando Solis
1801 E. La Habra Blvd. # 9
La Habra, CA 90631

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Romerryll "Sean" Fisher**
**467 W. Raymond Street**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronell Belden King**
**15132 S. FRAILEY St.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roney Clayton Faber**
**1945 W. Martin Luther King Blvd.**
**Los Angeles, CA 90062**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rony M. Arana**
**337 N. McDonald Ave. #10**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roque Gomez**
**6819 Orchard Ave. #B**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roque Gonzalez**
**820 Bonds Street**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rosalba Perez**
**6859 Jaboneria Rd. Apt. B**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,425.00** |
|---|---|---|---|

**RSI Insurance Brokers**
**2801 Bristol Street, No. 200**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rubelio Garcia**
**3740 W. 104th St.**
**Inglewood, CA 90304**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Rodriguez Arreola**
**1489 W. 152nd St.**
**Compton, CA 90220**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Saucedo Manriquez**
**1305 East M. Street**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Tovar Gutierrez**
**5944 Penswood Ave.**
**Lakewood, CA 90712**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rudy Nevarez**
**1719 Gramercy Ave.**
**Torrance, CA 90501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rudy Reveles**
**10338 Cottonwood Ave.**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruth C. Roadman**
**1017 Lakme Ave. Apt. 6**
**Wilmington, CA 90744**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.92 |
|---|---|---|---|

**RWC International**
**600 N. 75th Ave.**
**Phoenix, AZ 85043**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Saeed Ahmed**
**15947 Amber Valley Dr.**
**Whittier, CA 90604**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Antonio Reyes**
**6921 Flora Ave.**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador G. Alvarez**
**11654 El Granada St.**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Garcia Martinez**
**229 West 85th Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Gonzalez Alvarez**
**417 E. 14th Street #A**
**Long Beach, CA 90813**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Rodriguez**
**315 Heath Lane**
**Long Beach, CA 90805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandra Landeros**
**15514 Orizaba Ave.**
**Paramount, CA 90723**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandra Rivas**
**6037 Ensign Ave.**
**North Hollywood, CA 91606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.632** | **Nonpriority creditor's name and mailing address**
Sareth Vorn
9252 Lampson Ave.
Garden Grove, CA 92841

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address**
Saul Edgardo Herrera
9274 Citrus Ave. Apt. D
Fontana, CA 92335

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address**
Saul Shul
11438 E. Mclaren Street
Norwalk, CA 90650

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address**
SC Fuels
P.O. Box 14237
Orange, CA 92863-1237

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$355.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address**
SC Fuels
P.O. Box 14237
Orange, CA 92863-1237

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$9,103.29**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address**
Sean Anthony Kirksey
3648 Santa Fe Ave.
Long Beach, CA 90810

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Unknown, disputed labor claim; amount is unknown (Driver for Debtor)

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pac Anchor Transportation, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.638**

**Nonpriority creditor's name and mailing address**

**Sergio De La Cruz Rivera**
**2030 Lucien Street**
**Compton, CA 90222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639**

**Nonpriority creditor's name and mailing address**

**Sergio Ezequiel Garcia Galdamez**
**1546 N. Marcella Ave.**
**Rialto, CA 92376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640**

**Nonpriority creditor's name and mailing address**

**Sergio Galindo**
**906 E. Arlington St.**
**Compton, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641**

**Nonpriority creditor's name and mailing address**

**Sergio I. Gonzalez**
**7258 Exeter St.**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642**

**Nonpriority creditor's name and mailing address**

**Sergio J. Hurtado**
**4207 Manhattan Beach Blvd. #9**
**Lawndale, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.643**

**Nonpriority creditor's name and mailing address**

**Sergio Zibray**
**8408 Olanda St.**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.644** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Severino Avila**
**1023 N. Broad Ave. #207**
**Wilmington, CA 90744**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.645** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Silvino Gutierrez Perez**
**511 Olive Ave.**
**Long Beach, CA 90802**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.646** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sixto Jr. Montanez**
**15325 Eucalyptus Ave.**
**Bellflower, CA 90706**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.647** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514.99**

**Spectrum Business**
**605 E G St.**
**Wilmington, CA 90744-6027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendot**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Stefanus Indarto**
**7245 Wilbur Ave.**
**Reseda, CA 91335**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Summer Freeman**
**1001 E. Hellman St.**
**Long Beach, CA 90813**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sung "Andrew" Jung**
**501 S. Kenmore**
**Los Angeles, CA 90022**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.60 |
|---|---|---|---|

**Sunshine Truck Stop**
**1800 E Pacific Coast Hwy**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.79 |
|---|---|---|---|

**Superior Truck Supply**
**660 W. 16th St.**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Susana Camarillo**
**128 S Meirdian Ave.**
**Alhambra, CA 91801**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvester M. Medina**
**201 E. Berkley Street**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvia G Martinez**
**2931 Lancaster Ave. # 605**
**Los Angeles, CA 90033**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,215.35 |
|---|---|---|---|

**Tec Equipment, Inc.**
**P.O. Box 11272**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.657**

**Nonpriority creditor's name and mailing address**

**Telesford Olivares**
**14360 Cabrillo Ave.**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.658**

**Nonpriority creditor's name and mailing address**

**Teresa Andrade**
**5131 Wood Ave.**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**

**Nonpriority creditor's name and mailing address**

**Terrence Robert Ervin**
**5640 Rosemead Blvd. Apt. 106**
**Pico Rivera, CA 90660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.660**

**Nonpriority creditor's name and mailing address**

**Thessis Lee Jones**
**534 W. 77th Street**
**Los Angeles, CA 90044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.661**

**Nonpriority creditor's name and mailing address**

**Thomas Aguilar**
**1445 W. 35th St.**
**Los Angeles, CA 90018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.662**

**Nonpriority creditor's name and mailing address**

**Thomas Sommer**
**326 W. Hill Ave.**
**Fullerton, CA 92832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **Unknown**

☐ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Pac Anchor Transportation, Inc.**
_____
Name

Case number (if known) _____

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tirso Gurrola Moreno**
**665 W. 1st St.**
**San Pedro, CA 90731**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tito Orlando Ruiz**
**2633 111th Street**
**Lynwood, CA 90262**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tomas Aguilar**
**1445 W. 35th Street**
**Los Angeles, CA 90018**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tony Avila**
**6162 Agra St.**
**Bell Gardens, CA 90201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,905.61**

**TPx Communications**
**515 S. Flower St.**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,740.95**

**Trapac International**
**750 College Road East**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,719.75**

**Trapac International**
**750 College Road East**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.670** | Nonpriority creditor's name and mailing address

**Trinium Tech**
**304 Tejon Pl**
**Palos Verdes Peninsula, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$4,848.75**

---

**3.671** | Nonpriority creditor's name and mailing address

**UASC**
**5515 Spalding Drive**
**Norcross, GA 30092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,179.00**

---

**3.672** | Nonpriority creditor's name and mailing address

**United Pacific Waste**
**P.O. Box 514539**
**Los Angeles, CA 90051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$298.78**

---

**3.673** | Nonpriority creditor's name and mailing address

**Vanessa Montero**
**316 W. Magnolia Street #B**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.674** | Nonpriority creditor's name and mailing address

**Veronica Lara**
**996 Paradise Ln.**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.675** | Nonpriority creditor's name and mailing address

**Vicente Orellana Menjivar**
**615 Dora Guzman Apt. #3**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.676** | Nonpriority creditor's name and mailing address

**Victor Cazares**
**6141 Florence Ave.**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Unknown, disputed labor claim; amount is unknown (Driver for Debtor)__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Pac Anchor Transportation, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor D. Rivera**
**3001 West View St.**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor Gonzalez Garcia**
**P.O. Box 18821**
**Los Angeles, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor Luis Ayala Benitez**
**722 Santa Barbara St.**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor Manuel Argueta**
**9125 Canford Street**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Victor Tamayo Pavon**
**11207 Magnolia Ave. #212**
**Riverside, CA 92505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Waldo Santos**
**2237 Coolidge Ave. #2**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Caceres**
**7446 Tyronne Ave.**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Galdamez**
**570 N. Kenmore Ave. #408**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Mose Smith**
**522 W. 127th St. Apt. 224**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Tayes**
**1125 W. 254th Street #1**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Urrutia**
**14558 Pacific Ave.**
**Baldwin Park, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Wan Hai**
**2510 W. Dunlap Ave. Ste. 200**
**Phoenix, AZ 85021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pac Anchor Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,790.00** |
|---|---|---|---|

**Wardini H A Company**
**2620 N Tustin Ave**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilford Allen**
**1123 West 80th St.**
**Los Angeles, CA 90044**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William E. Ramos**
**973 Martin Luther King Jr. BLvd. #B**
**Los Angeles, CA 90011**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William J. Cubela**
**10929 Firestone Blvd. #126**
**Norwalk, CA 90650**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wuistomg Durietz**
**556 E. 20th St.**
**Long Beach, CA 90806**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yader A. Garcia**
**6025 De Palma St.**
**South Gate, CA 90280**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unknown, disputed labor claim; amount is unknown (Driver for Debtor)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Pac Anchor Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yahya Ismail Lala
1160 Sonora Ave.
Glendale, CA 91201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yamileth Rodriguez Gutierrez
6138 Vinevale Ave. #B
Maywood, CA 90270

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

Yang Ming
13131 Dairy Ashford Rd. Suite 300
Sugar Land, TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yeini Veronica Lara
996 Paradise Lane
Long Beach, CA 90805

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Unknown, disputed labor claim; amount is unknown
(Driver for Debtor)

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Carlos Mosquera<br>4134 W. 135th Street Unit B.<br>Hawthorne, CA 90250 | Line  3.82<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Juan Francisco Rodriguez<br>11928 OKLAHOMA AVE<br>South Gate, CA 90280 | Line  3.382<br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 279,321.75 |
| 5b. Total claims from Part 2 | 5b. | + $ | 6,603,782.39 |

---

Debtor    **Pac Anchor Transportation, Inc.**                              Case number (if known) _____
_____
Name

**5c. Total of Parts 1 and 2**                                          5c.    $ _____ **6,883,104.14**
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of the premises located at Suite 1450 of 100 Oceangate, Long Beach, CA 90802. Lease was for 48 months beginning June 1, 2017. Monthly payments for the first 12 months (months 1-12) is set at $4,396.80 per month, and increasing to $4,528.70 for the second 12 months (months 13-24), 4,664.57 the third 12 months (months 25-36), and $4,804.50 for the final 12 months (Months 37-48).** |
| State the term remaining    47 months | |
| List the contract number of any government contract | **100 Oceangate, LLC 88999 Beverly Blvd., Ste. 812 Los Angeles, CA 90048** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at parcel east of 2340 W. 17th Street, Long Beach, CA 90813 from Bayside Asset Management to Pac Anchor Transportation, Inc. for $14,500 per month until November 30, 2017. Debtor uses premises for vehicle parking and storage of equipment.** |
| State the term remaining    5 months | |
| List the contract number of any government contract | **Bayside Asset Management LP 6082 Lido Lane, Long Beach, CA 90803** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Pac Anchor Transportation, Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　＿＿＿＿＿＿＿＿＿＿＿

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at 425 Quay Avenue, Wilmington, CA from KTR South Bay VII, LLC to Pac Anchor Transportation, Inc.  Lease will last 88 months starting on June 1, 2013. Monthly payments are subject to increases for the duration of the lease, starting at a base payment of $72,778.16 per month. Rent payment is currently $79,526.66 per month.** | |
|---|---|---|---|
| | State the term remaining | **38 Months** | **KTR South Bay VII, LLC
C/O KTR Property Trust ILL
5 Tower Bridge
300 Barr Harbor Drive, Suite 150
Conshohocken, PA 19428** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease on Trucks.  Westran Idealease is the owner of the vehicles subject to the capital lease. Debtor will be deemed to have purchased the vehicles at the end of the terms of the capital lease (as indicated on Schedule D).  Westran Idealease shall provide services in relation to the vehicles during the term of the lease, including substitution of inoperable vehicles and parts for damaged ones.  Debtor may use the vehicles in the ordinary course of business, must use the vehicles in a lawful manner. Debtor must provide fuel and insurance coverage for the vehicles.  Lease commenced on December 30, 2015. The term is for 72 months and ends on or about November 30, 2021.** | |
|---|---|---|---|
| | | | **Westran Idealease (Westrux)
15555 Valley View Ave
Santa Fe Springs, CA 90670** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Pac Anchor Transportation, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining **54 Months**

List the contract number of any government contract    _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     **Pac Anchor Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alfredo Barajas** | **2244 Daladier drive**<br>**Rancho Palos Verdes, CA 90275** | **BMO Harris Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Alfredo Barajas** | **2244 Daladier drive**<br>**Rancho Palos Verdes, CA 90275** | **BMO Harris Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Alfredo Barajas** | **2244 Daladier drive**<br>**Rancho Palos Verdes, CA 90275** | **Inland Kenworth (US) Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Alfredo Barajas** | **2244 Daladier drive**<br>**Rancho Palos Verdes, CA 90275** | **Mack Financial Services** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Alfredo Barajas** | **2244 Daladier drive**<br>**Rancho Palos Verdes, CA 90275** | **Mack Financial Services** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Pac Anchor Transportation, Inc.**                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6 | **Alfredo Barajas** | 2244 Daladier drive<br>Rancho Palos Verdes, CA 90275 | **Mack Financial Services** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____

2.7 | **Alfredo Barajas** | 2244 Daladier drive<br>Rancho Palos Verdes, CA 90275 | **Wells Fargo Equipment Finance** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____

2.8 | **Elizabeth Barajas** | 2244 Daladier drive<br>Rancho Palos Verdes, CA 90275 | **Wells Fargo Equipment Finance** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____

2.9 | **Elizabeth Barajas** | 2244 Daladier drive<br>Rancho Palos Verdes, CA 90275 | **California United Bank** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Vanessa M. Haberbush**
**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
**(562) 435-3456 Fax: (562) 435-6335**
California State Bar Number: 287044

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Pac Anchor Transportation, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __99__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __July 6, 2017__

**/s/ Alfredo Barajas**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __July 6, 2017__

**/s/ Vanessa M. Haberbush**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

.

Pac Anchor Transportation, Inc.
425 Quay Avenue
Wilmington, CA 90744


Vanessa M. Haberbush
Haberbush & Associates, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802


100 Oceangate, LLC
88999 Beverly Blvd., Ste. 812
Los Angeles, CA 90048


63Julio Alonzo Gonzalez
635 LAGOON AVE APT 29
Wilmington, CA 90744


Aaron Trigueros
2122 Magnolia Ave
Long Beach, CA 90805


Abel A. Gonzalez
5076 E. 60th Pl.
Maywood, CA 90270


Abel Cantarero
14602 Vose Street
Van Nuys, CA 91405


Abel Juarez
14518 S. Lime Ave.
Compton, CA 90223

Abel Lopez
5316 Rosemead Blvd. #2
Pico Rivera, CA 90660


Abraham Cruz Valenzuela
14634 Pioneer Blvd. Apt. # 37
Norwalk, CA 90650


Adalberto Gonzalez
201 N. Workman Street #2
San Fernando, CA 91340


Adan Martinez
1101 Gaviota Ave.
Long Beach, CA 90813


Adonis Mayorga
1208 W. 223rd St.
Torrance, CA 90501


Adrian Mariscal
15609 Doublegrove Street
La Puente, CA 91744


Adrianne Moran
1229 1/2 Arlington Avenue
Torrance, CA 90501


AFLAC
1932 Wynnton Road
Columbus, GA 31999

Agustin Calderon
610 W. 5th St.
Long Beach, CA 90802


Alan Martin Obando
1307 E. O St.
Wilmington, CA 90744


Albert Cisneros Ariaz
11603 Old River School # 4A
Downey, CA 90242


Alberto Rodriguez
1108 W. 133rd St.
Compton, CA 90222


Alejandra Rocha Ramirez
319 N. Broadway, Apt. 110
Redondo Beach, CA 90277


Alejandro Morales
2645 Tyler Ave. Apt. #1
South El Monte, CA 91733


Alejandro Ponce
2828 1/2 S. Redondo Beach Blvd.
Los Angeles, CA 90016


ALEJANDRO PONCE SANCHEZ
2832 SOUTH REDONDO BLVD
Los Angeles, CA 90016

Alejandro Rocha Frausto
1344 253rd St #3
Harbor City, CA 90710


Alex Donis Salazar
3612 W. 102nd St. #6
Inglewood, CA 90304


Alexander S. Urrutia
2760 Caspian Ave.
Long Beach, CA 90810


Alexia Lopez
1261 Eubank Ave
Wilmington, CA 90744


Alexis Gutierrez
226 E. Raymond Street
Compton, CA 90220


Alfonso Estrada
1021 Binn Ave. # 3
Wilmington, CA 90744


Alfonso Sandoval Alvarado
1320 Butler Ave.
Compton, CA 90221


Alfonso Santiago
221 W. Spring Ave.
Compton, CA 90221

Alfredo Asencio
14034 Orizaba Ave. # A
Paramount, CA 90723


Alfredo Barajas
2244 Daladier drive
Rancho Palos Verdes, CA 90275


Alfredo Fregoso
11166 Carson Dr. #6
Lynwood, CA 90262


ALFREDO FREGOSO
11166 CARSON DR #6
Lynwood, CA 90262


Allen Aguirre
1316 E. 42nd Pl.
Los Angeles, CA 90011


Allstate Insurance
P.O. Box 660642
Dallas, TX 75266


Alvaro Gonzalez
2159 Elm Ave. Apt. #15
Long Beach, CA 90806


Ana Deisy Henriquez
5446 Blackwelder St.
Los Angeles, CA 90016

Andres Sibirian Jr.
310 W. 55th St.
Los Angeles, CA 90037

Andrew Lopez
10315 Western Avenue, Apt. B17
Downey, CA 90241

Angel A. Rodriguez
365 W. 1st Street
San Pedro, CA 90731

Angel Acosta
13455 Mulberry Drive, Apt. 18
Whittier, CA 90605

Angel Isas
290 W. 15th St.
San Pedro, CA 90731

Angel Jesus Ruiz
1647 W. 228th Street
Torrance, CA 90501

Angelicas Tires
2126 West Esther Street
Long Beach, CA 90813

Antoinio Morales Lopez
1655 W. Gage Ave.
Los Angeles, CA 90047

Antonio Chavez
4418 Mettler Street
Los Angeles, CA 90011


Antonio Giron
128 S. Westmoreland Ave.
Los Angeles, CA 90004


Antonio Leon Ocampo
3319 Baltic Ave.
Long Beach, CA 90810


ANTONIO LOPEZ
3739 W. 107TH STREET
Inglewood, CA 90303


Antonio Mendez Cruz
930 E. 19th St.
Long Beach, CA 90806


Antonio Ramirez Cisneros
746 E. 105th St.
Los Angeles, CA 90002


Antonio Simon Montoya
658 W. 3rd St.
San Pedro, CA 90731


Antonio Zarat-Oxlaj
334 S. Westlake Ave. Apt.# 205
Los Angeles, CA 90057

APL
26 Century Blvd, Suite 405.
Nashville, TN 37214


Ariel J. Moreno
1050 1/2 Broad Ave.
Wilmington, CA 90744


Ariel Robaina
6428 Clybourn Ave.
North Hollywood, CA 91606


Armando Lozano
203 N. Record Street
Los Angeles, CA 90063


Armando Smalling
431 N. Mar Vista Avenue, Apt. 1
Pasadena, CA 91106


Arturo Meza
2215 Parkside Ave.
Los Angeles, CA 90031


Arturo Munoz
3736 E. Hubbard Street #A
Los Angeles, CA 90023


Arturo Navarro Trujillo
3861 Fernwood Ave.
Lynwood, CA 90262

Atanas Radev
1774 N. Harvard Blvd. Apt. 6
Los Angeles, CA 90027


Augusto Baltazar Alvarez
214 W. 91st St.
Los Angeles, CA 90003


Avilio Saravia
617 E. Palmer Ave.
Glendale, CA 91205


Axa Equitable
P.O. Box 371459
Pittsburgh, PA 15250


Axel R. Contreras Alonso
1582 W. 30th St.
Los Angeles, CA 90007


Aycelamaria Blandon
6251 Gage Ave. #A
Bell Gardens, CA 90201


Baron HR
P.O. Box 28630
Anaheim, CA 92809


Bartolo Bautista
7735 Walker Ave. Apt. A
Bell Gardens, CA 90201

Bayardo Jose Moreno
920 W. F St. Apt. #4
Wilmington, CA 90744

Bayside Asset Management LP
6082 Lido Lane,
Long Beach, CA 90803

Benjamin M. Ibarra
P. O. Box 179004
San Diego, CA 92117

Benny Anguio
2231 E. 124th St.
Los Angeles, CA 90059

Bernardo E. Shul
9750 Greenleaf Ave.
Whittier, CA 90605

Blanca E. Bugarin
2760 Caspian Avenue
Long Beach, CA 90810

Blue Shield of Calif.
P.O. Box 629014
El Dorado Hills, CA 95762-9014

BMO Harris Bank
300 E. John Carpenter Freeway
Irving, TX 75062

Bosco Mejia
496 E. 52nd St.
Long Beach, CA 90805


Brenda Y. Gallardo
1272 S. Agusta Avenue
Los Angeles, CA 90023


Brian Villegas
1722 N. Wil;mington Blvd. Apt. C
Wilmington, CA 90744


Brockman Properties
3720 E. Anaheim Street, Suite 201
Long Beach, CA 90804


California United Bank
818 West Seventh St. Suite 220
Los Angeles, CA 90017


Candelario Garcia
13700 Inglewood Ave.
Hawthorne, CA 90250


Carl J. Grbovaz
10900 Lilian Ln. Apt. B
South Gate, CA 90280


Carla Cruz
350 E. 80th St.
Los Angeles, CA 90003

Carlos A. Alberto
2222 1/2 West Jefferson Blvd.
Los Angeles, CA 90018


Carlos A. Cordonero Flores
3820 W. Hazard Ave. Unit 1
Santa Ana, CA 92703


Carlos Amando Moran
11270 Ringwood Ave.
Santa Fe Springs, CA 90670


Carlos Bueina
3680 6th Street
Los Angeles, CA 90018


Carlos Duan
9033 Date St. #E
Fontana, CA 92335


Carlos E. Echeverria
12330 Champlain St.
Moreno Valley, CA 92557


Carlos Frias
3611 Tenaya Ave.
South Gate, CA 90280


Carlos M. Juarez
2637 Hillcrest Dr.
Los Angeles, CA 90016

Carlos Mosquera
C/O Brian S. Kabaleck
644 S. Figueroa Street
Los Angeles, CA 90017


CARLOS MOSQUERA
4134 W 135TH ST #B
Hawthorne, CA 90250


Carlos Mosquera
4134 W. 135th Street Unit B.
Hawthorne, CA 90250


Carlos Nettali Reyes
6636 Otis Ave. #7
Bell Gardens, CA 90201


Carlos Perez
10793 Laurel Ave.
Bloomington, CA 92316


Carlos Roberto Ramos
1991 Lime Ave.
Long Beach, CA 90806


Casiano Nicholas Altorque
7639 Normal Ave. #C
La Mesa, CA 91941


Cecilia Miramontes
695 Clark Ave
Pomona, CA 91767

Cesar Gilberto Lopez-Ramos
2160 Wilson Ave.
Perris, CA 92571


Cesar Joel Lopez Hernandez
6422 WOODWORD AVE
Bell Gardens, CA 90201


Christian Juarez
830 ELM AVE # 204
Long Beach, CA 90813


Christian Padilla
597 E 53RD ST
Maywood, CA 90270


Christopher Dietz
1830 E. Broadway Blvd. 124-PMB #415
Tucson, AZ 85719


Christopher Najarro
16002 S. Atlantic Ave. Space 5D
Compton, CA 90221


Chuck Chandrasekaran
1187 CRENSHAW BLVD
Los Angeles, CA 90019


Ciera Gordon
9137 1/2 Hoover Drive
Los Angeles, CA 90044

Cintas Corp
P.O. Box 29059
Phoenix, AZ 85038


Claudia R Rivas-Madriz
15600 Live Oak Street
Hesperia, CA 92345


CMA
5701 Lake Wright Drive
Norfolk, VA 23502-1868


Conrado Moran
3461 ESTRADA STREET
Los Angeles, CA 90023


CORNELL J SANDERS
333 S CATALINA SY APT 410
Los Angeles, CA 90020


Cosco
15600 JFK Blvd., Suite 400
Houston, TX 77032


Cristian R Villagran
147 W 43RD Street
Los Angeles, CA 90037


Cristobal Padilla
3505 Bell Ave. #E
Bell Gardens, CA 90201

Cristobal Rodriguez
925 CEDAR AVE
Long Beach, CA 90813


Cruz Angel Alvarez
22802 MENLO AVE
Torrance, CA 90502


Cruz Martin Arredondo
8811 PARK STREET SPACE# 77
Bellflower, CA 90706


Cruz Road Services
1755 Locust Avenue
Long Beach, CA 90813


Dale Williams
3860 3RD AVE
Los Angeles, CA 90008


Damian Perez
316 Avalon Blvd.
Wilmington, CA 90744


Daniel Elizarragas
Po Box 1331
Norwalk, CA 90651


Daniel Ruelas
6418 1/2 DEMPSEY AVE
Van Nuys, CA 91406

Daniel Soriano
144 E HILL ST
Long Beach, CA 90806


Danny Zaragoza
916 1/2 24 th St
Los Angeles, CA 90011


Dante Castillo
3838 BLANCHARD ST
Los Angeles, CA 90063


Dave King
11540 216TH ST UNIT 1
Lakewood, CA 90715


David Contreras Sanchez
8428 San Gabriel Ave
South Gate, CA 90280


David Garcia Gutierrez
6010 Loveland Street
Bell Gardens, CA 90201


David Kohn
535 Magnolia Ave #213
Long Beach, CA 90802


David Ortega
6026 HARDING AVE
South Gate, CA 90280

David Torres
11085 ROCKY RIDGE RD
Moreno Valley, CA 92557


Delfina Tolentino Hernandez
215 Beacon St #382
San Pedro, CA 90731


Demetrius Richardson
931 E TUCKER ST APT A
Compton, CA 90221


Dennis Cormack
17230 PALO VERDE AVE
Bellflower, CA 90706


Department of Motor Vehicles
P.O. Box 825339
Sacramento, CA 94232


Derrik Verrette
5458 11th Ave
Los Angeles, CA 90043


Diamond Zeon Freeman
638 BAY VIEW ST
Wilmington, CA 90744


Diana Amaya
6418 1/2 Dempsey Avenue
Van Nuys, CA 91406

Diego A Gonzaga
14409 S Lime Ave
Compton, CA 90221


Digno Jose Lainez Soriano
2536 E Ave R 2
Palmdale, CA 93550


Direct Chassis Link
3525 Whitehall Park
Charlotte, NC 28273


DirecTV
P.O. Box 410347
Charlotte, NC 28241


Dmitry krutov
26358 Eshelman Avenue
Lomita, CA 90717


Donald Gutierrez
6950 Delta Ave
Long Beach, CA 90805


Douglas V. Salguero
1844 4TH ST APT 1
Long Beach, CA 90802


Ederson Vidal Contreras
5324 ONEILL CT
Bakersfield, CA 93307

Edgar A Pocasangre Alvarez
5117 Budlong Ave #2
Gardena, CA 90247


Edgar Aviles
6121 Whitsett Ave #3
North Hollywood, CA 91606


Edgar Carrillo
5215 E. Avenue S4
Los Angeles, CA 90011


Edgar Granados
157 E 82ND PL
Los Angeles, CA 90003


Edgar Lazcano Becerra
1099 Saint Louis St
Long Beach, CA 90804


Edgar O Gody
436 Santa Ana St
Bell Gardens, CA 90201


Edgar Pineda
546 KERN AVE
Los Angeles, CA 90022


Edgardo Pascacio
4343 Merced Ave
Baldwin Park, CA 91706

EDILBERTO SANCHEZ
1422 S LONG BEACH BLVD #A
Compton, CA 90221


Eduardo Guerrero
1156 NEWMARK AVE
Monterey Park, CA 91754


EDUARDO NAREZ
12757 RAWHIDE LN
Norwalk, CA 90650


Eduardo Octavio Garayzar
2475 PASEO DE LAS AMERICAS
San Diego, CA 92154


Eduardo Pintor
4841 W 134th Street
Hawthorne, CA 90250


EDUARDO REYNOSO
10833 SAINT JAMES AVE #E
South Gate, CA 90280


Eduardo Rodriguez
11244 Pipeline Ave
Pomona, CA 91766


Edwin C Meirda Rivas
1214 W 39th Pl
Los Angeles, CA 90037

Edwin G. Medina Ramirez
1341 E. 43RD PL
Los Angeles, CA 90011


EDWIN JANDRES
11911 LAMBERT AVE
El Monte, CA 91732


EDWIN MERIDA
808 W 42ND ST
Los Angeles, CA 90037


Edwin O Funes
11302 LAKELAND RD
Norwalk, CA 90650


Edwin Ramirez
538 WEST 56TH STREET
Los Angeles, CA 90037


Edwin Romero
220 E 7th St
Los Angeles, CA 90003


Efrain Gutierrez
683 E. Penfold Street
Long Beach, CA 90805


Elder E Sumeta
3617 Walnut Ave
Lynwood, CA 90262

Eliezer Norriega Peguero
8634 CYPRESS AVE
South Gate, CA 90280


Elio Ernesto Aleman
5451 SEPULVEDA BLVD #30
Sherman Oaks, CA 91403


Eliot Pena Pulido
2532 E 131st St
Compton, CA 90222


Eliseo Cuevas Zepeda
1327 E. ELEANOR STREET
Long Beach, CA 90805


Eliseo Miranda Martinez
2305 E 119th St
Los Angeles, CA 90059


Elizabeth Barajas
2244 Daladier drive
Rancho Palos Verdes, CA 90275


Elizabeth Lopez
782 W 29TH ST
Bakersfield, CA 93307


Elmer A Amaya
2546 S SPAULDING AVE APT 6
Los Angeles, CA 90016

Elmer Alejandro Arevalo
1024 1/2 W 62ND STREET
Los Angeles, CA 90044

Elvis C Rivera
12110 Downey Ave #10
Downey, CA 90242

Elwood Horn
14025 CHADRON AVE #11
Hawthorne, CA 90250

Emilia Chavarria
606 3/5 W 81st St
Los Angeles, CA 90044

EMILIO BERNAL
506 E WILSHIRE AVE
Fullerton, CA 92832

Emilio E Zamora Caballero
11742 Bellman Ave
Downey, CA 90241

Emilio S Bernal
506 E Wilshire Ave
Fullerton, CA 92832

Emodal (SSAT Pool)
700 Pier A Plaza
Long Beach, CA 90813

Employment Development Dept.
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enrique Bernal
2700 DELTA AVE
Long Beach, CA 90810


Enrique Cruz Aguilar
6027 Norwalk BLVD
Whittier, CA 90606


ENRIQUE CRUZ AGUILAR
349 GRACE AVE
La Habra, CA 90631


Enrique Garcia Cervantes
8115 BELL AVE
Los Angeles, CA 90001


Enrique R Garcia
4611 Rosewood Ave
Los Angeles, CA 90004


Eric Flores
11972 Nearing Drive
Anaheim, CA 92804


Erick Gaytan
2454 LINDEN AVE
Long Beach, CA 90806

Erik Martinez
9339 Olive St. Apt. 6
Fontana, CA 92335


Ernest Anthony Ibarra III
11010 Amery Ave.
South Gate, CA 90280


ERNESTO ESTALA
2842 E 6TH ST APT#A
Long Beach, CA 90814


Ernesto Estala Jr.
1324 Peterson Ave. Apt. 16
Long Beach, CA 90813


ERNESTO PEREZ
5257 ITHACA AVE
Los Angeles, CA 90032


Ernesto Sundance Perez
5257 Ithaka Ave.
Los Angeles, CA 90032


Eugenio Perez
714 W. 146th St.
Gardena, CA 90247


Evelin Moran
3463 Estrada Street
Los Angeles, CA 90023

Evelio Bollas
12130 216th St.
Hawaiian Gardens, CA 90716


EVELIO BOLLAS
12130 216TH ST
Hawaiian Gardens, CA 90716


Evelyn Contreras
1145 Freeman Ave. Apt. A
Long Beach, CA 90804


Evergreen
6021 Katella Ave., Suite 200
Cypress, CA 90630


Feliberto Salvatierra
2730 E. Spaulding St #2
Long Beach, CA 90804


Felix Hernandez
2711 Kansa Ave.
Santa Monica, CA 90404


Fermin Orellana Ayala
P.. Box 15653
Los Angeles, CA 90015


Fernando Aguiar
2117 Border Ave.
Torrance, CA 90501

Fernando Hernandez
410 S. Eastern Ave.
Los Angeles, CA 90022


Fernando Sandoval
6765 Orizaba Ave. Apt. 1
Long Beach, CA 90805


Filiberto Cervantes
3375 1/2 Falcon Ave.
Signal Hill, CA 90755


Fleet Pride
PO Box 847118
Dallas, TX 75284-7118


Fleetmatics
1100 Winter St.
Waltham, MA 02451-1237


Flexi Van Leasing
P.O. Box 3228
Boston, MA 02241


Francesco Quintana Alanis
10711 Jackson Ave.
Lynwood, CA 90262


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Francisco & Aviles Sanchez
1440 W. Magnolia St.
Compton, CA 90220


Francisco Anguino Cabezas
9818 Alameda Ave. Apt. 4
South Gate, CA 90280


Francisco Bonilla
1150 Eubank Ave. Apt. 1
Wilmington, CA 90744


FRANCISCO FRANCISCO
332 W 62ND ST
Los Angeles, CA 90003


FRANCISCO HERNANDEZ
2908 S. RIMPAV BLVD
Los Angeles, CA 90016


Francisco Hurtado
5868 Lanto Street
Bell Gardens, CA 90201


Francisco Ibarra Rodriguez
1019 1/2 E. 81st Street
Los Angeles, CA 90001


Francisco J. Hernandez
5470 Elm Avenue
Long Beach, CA 90807

Francisco J. Martinez
1831 W. Canton St.
Long Beach, CA 90810


Francisco J. Miranda
1055 S. Serrano Ave.
Los Angeles, CA 90006


Francisco Martinez
2988 1/2 San Marino St.
Los Angeles, CA 90006


FRANCISCO MARTINEZ
1831 W CANTON ST
Long Beach, CA 90810


FRANCISCO MARTINEZ
2988 1/2 SAN MARINO ST
Los Angeles, CA 90006


Francisco Ochoa
1430 E. Sandison St.
Wilmington, CA 90744


Francisco P. Francisco
332 W. 62nd St.
Los Angeles, CA 90003


Francisco Ramirez
8727 Tobias Ave. Apt. 2
Panorama City, CA 91402

Francisco Reynosa
3718 Flower St.
Huntington Park, CA 90255


Francisco Robles Arellano
6321 Prospect Ave.
Bell Gardens, CA 90201


Francisco Torres
16101 Ansmith Ave.
Paramount, CA 90723


FRANCISCO TORRES
16101 ANSMITH AVE
Paramount, CA 90723


Francisco Valenzuela
13402 Regentview Ave.
Bellflower, CA 90706


Francisco Villatuerte
836 W. 110th Street
Los Angeles, CA 90044


Frank Lamadid
699 E. Burnett St. Apt. 15
Long Beach, CA 90806


Franklin Antonio Aguilera Coffin
1941 Magnolia Ave. Apt. #1
Long Beach, CA 90806

Franklin Ferrey
13233 1/2 Kornblum Ave.
Hawthorne, CA 90250


Franklin N. Serrano Reales
6623 Gifford Ave. #B
Bell Gardens, CA 90201


Gabriel Juarez
1803 Nadeau St.
Los Angeles, CA 90001


Gabriel M. Teran
25322 Valleywood Ct.
Moreno Valley, CA 92553


George Bianco
840 Chestnut Ave. Unit 9
Long Beach, CA 90813


George Cruz Lopez
919 N. King Ave.
Wilmington, CA 90744


Gerald Lazo
1436 Plaza Del Amo
Torrance, CA 90501


Gerardo Fierro Flores
11226 Daiwood Ave.
Norwalk, CA 90650

Gerardo L. Benavidez
2525 E. 10th St. # 6
Long Beach, CA 90804


German Francisco Rios
2131 Locust
Long Beach, CA 90813


German Milian
8833 Mission Dr. Unit. #29
Rosemead, CA 91770


German Y. Rios
24900 Santa Clara St. Apt. 60
Hayward, CA 94544


Gilbert Sauceda
1321 Mahar Avenue
Wilmington, CA 90744


Gilberto Canas
9657 Guatemala Ave.
Downey, CA 90240


Gilberto Reyes
1640 E. 52nd St.
Los Angeles, CA 90011


Gilmar Bonilla
15521 S. Normandie #9
Gardena, CA 90247

Gregory Branch
23965 Pasatiempo Ln.
Harbor City, CA 90710


Guillermo Cruz
4951 W. 98th Street
Inglewood, CA 90301


Guillermo Fuentes
5224 N. Maywood
Los Angeles, CA 90041


Guillermo Marco Espinoza
5330 Atlantic Ave. #111
Long Beach, CA 90805


Guillermo Torres
10818 S. Broadway Street #3
Los Angeles, CA 90061


Guillermo Urbina
13948 McClure Ave. #A
Paramount, CA 90723


Hamburg SUD
465 South Street
Morristown, NJ 07960-6439


Hapag Lloyd
11410 Greens Crossing Blvd.
Suite 400
Houston, TX 77067

Harner Antonio Olivares
255001 Magic Mountain Pkwy
Valencia, CA 91355


Hashier Enterprises, Inc.
11222 La Cienega Blvd. # 620
Inglewood, CA 90304


HCC Surety Group
P.O. Box 4312
Woodland Hills, CA 91365-4312


Hector Contreras
465 N. Western Ave. # 106
Los Angeles, CA 90004


Hector Ortiz
1191 Browning Blvd
Los Angeles, CA 90037


Henry Beltran
637 W. Live Oak St.
San Gabriel, CA 91776


Henry Lee Martinez
3136 Grand Ave
Huntington Park, CA 90255


Herberth Gonzalez Abarca
1530 Gardenia Ave.
Long Beach, CA 90813

Herberth Leonel Carranza
1713 E. 64th St.
Los Angeles, CA 90001


Herlin Ruiz
818 Durfee Ave. #13
El Monte, CA 91732


HERMAN ZENDEJAS
21740 OLEANDER AVE
Perris, CA 92570


Hyundai
1755 Wittington Place, Suite 300
Dallas, TX 75234


Hyung Jae Yoo
1/2 S. Victoria Ave
Los Angeles, CA 90019


Ina Tolo
3418 Arbor Road
Lakewood, CA 90712


Inland Kenworth
1600 W. Washington Blvd
Montebello, CA 90640


Inland Kenworth (US) Inc.
1600 Washington Blvd
Montebello, CA 90640

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Interstate Billing Serv
P.O. Box 2250
Decatur, AL 35609-2250


Iram Gamalier Salazar Ramos
232 W.. 12th St.
Long Beach, CA 90806


Irvin Urrutia
14558 Pacific Ave
Baldwin Park, CA 91706


Isidro Fuentes
1237 E. 6th St. Apt. 207
Long Beach, CA 90802


Isidro Gonzalez
2663 Cloverdale Ave.
Los Angeles, CA 90016


Ismael Ruelas Torres
122 E. Sunset St.
Long Beach, CA 90805


ISRAEL ARGUETA
1804 CIMARRON ST
Los Angeles, CA 90019
```

Israel Molina Argueta
1804 Cimarron St.
Los Angeles, CA 90019

Ivan Gonzalez
5951 Carmelita Ave. Apt. 20
Huntington Park, CA 90255

J & P Truck Body Shop
655 W. 14th St.
Long Beach, CA 90813

Jacob Daniel Lares
222 Sheldon St.
El Segundo, CA 90245

Jaime D. Santos
1531 Arlington Ave. # 13
Los Angeles, CA 90019

Jaime Gonzalez
153 W. 52nd St.
Long Beach, CA 90805

Jaime Hernandez
14903 Los Angeles St.
Irwindale, CA 91706

Jaime Israel Urrutia Saurez
5131 Wood Ave.
South Gate, CA 90280

Jaime Urrutia
412 Sandia Ave.
La Puente, CA 91746

JAIME URRUTIA
2760 CASPIAN AVE
Long Beach, CA 90810

Jairo Espinoza
3022 1/2 E. 70th St.
Long Beach, CA 90805

Jairo Reyes Palacios
P.O. Box 3666
Inglewood, CA 90304

Jairo Roidan
202 W. 233rd St.
Carson, CA 90745

James G. Nuziard
9305 Cedar Ave.
Bellflower, CA 90706

James O. Hurtt
1130 West Pacific Coast Hwy
Wilmington, CA 90744

Janis Shepherd Northington
P.O. Box 40105
Downey, CA 90239

Javier DeLaBarra
1952 1/2 Bonsallo
Los Angeles, CA 90007


Javier Matamoros Lezama
663 40th St.
Richmond, CA 94805


Javier Megoza
958 N. Townsend Ave.
Los Angeles, CA 90063


Javier Mendoza
9903 Garvey Ave. Sp. 10
South El Monte, CA 91733


JAVIER MENDOZA
9903 GARVEY AVENUE TRL 10
South El Monte, CA 91733


Javier R. Garcia Leon
345 S. Columbia Ave. Apt. 217
Los Angeles, CA 90017


Jazmin Rodriguez
9135 Otto Street
Downey, CA 90240


Jennifer Marie Ward
2420 W. Commonwealth Avenue, B6
Fullerton, CA 92833

Jesse Astudillo
1420 W. 127th Street
Los Angeles, CA 90047


Jesus Alexis Velasco
1220 S. Chester Ave.
Compton, CA 90221


JESUS ALVAREZ
4324 E 56TH ST
Maywood, CA 90270


Jesus Alvarez Jr.
4324 E. 56th Street
Maywood, CA 90270


Jesus Guillermo Cardenas
15816 S. Berendo Ave.
Gardena, CA 90247


Jesus Mateo-Torres
14016 Daphne Ave.
Gardena, CA 90249


Jesus Omar Orosco
300 S. Montevista St. # 109
La Habra, CA 90631


Jesus Omar Orozco
300 S. Montevista Street, Apt. 109
La Habra, CA 90631

Jesus Salazar
1232 S. Cypress, Apt. C
Ontario, CA 91762


JESUS SALAZAR
1232 S CYPRES #C
Ontario, CA 91762


Jesus Sandoval
1444 E. 83rd St.
Los Angeles, CA 90001


Jesus Sencion
1673 E. Martin Luther King Blvd.
Los Angeles, CA 90011


JESUS TORRES
906 MCDONALD AVE
Wilmington, CA 90744


Jeysel D. Fletes
1065 Hyatt Ave. # 2
Wilmington, CA 90744


JOAQUIN ARMENTA
4937 VIRGINIA AVE
Long Beach, CA 90805


Joaquin M. Armenta
2241 Olive Ave.
Long Beach, CA 90806

Joel Mora Mendoza
4435 Orchard Ave.
Los Angeles, CA 90037


Joel Omar Garcia Navarro
6807 San Carlos Street
Paramount, CA 90723


Joel Ramon Aguirre
6100 Orange Ave. Apt. #12
Long Beach, CA 90805


Joel Urbina
530 E. Gladstone Ave. #84
Azusa, CA 91702


Joel Zavaia Reynoso
13523 Pierce St.
Pacoima, CA 91331


John O. Murrin IV
7045 Los Santos Dr.
Long Beach, CA 90815


Jona Yoon
2848 SUNSET PL APT 112
Los Angeles, CA 90005


Jonathan Azmitia Martinez
12740 Barbara Ann #9
North Hollywood, CA 91605

Jonathan Franco
2948 Dollar Street
Lakewood, CA 90712


Jonathan Guevara
1105 EAST M ST
 09074-4000


Jonathan Martinez
10519 INEZ ST
Whittier, CA 90605


Jonathan Martinez
6520 ALAMO AVE
Bell Gardens, CA 90201


Jorge A Alelman
8168 Cypress Ave #B
South Gate, CA 90280


Jorge A Lopez
2108 W BROCHARD AVE
Santa Ana, CA 92704


Jorge A Umana
135 1/2 E 56th St
Los Angeles, CA 90011


Jorge Alberto Artola
230 E. 1ST STREET
Long Beach, CA 90805

Jorge Alberto Ayala
1506 W 20TH ST APT 4
Los Angeles, CA 90007


Jorge Alberto Lopez
1479 12 Handerson Ave
Long Beach, CA 90813


Jorge Brambila
16833 POCONO STREET
La Puente, CA 91744


Jorge Ernesto Funes
11806 MAIDSTONE AVE
Norwalk, CA 90650


Jorge Gandara
20813 ARLINE AVE
Lakewood, CA 90715


Jorge Giovanni Mendoza
5125 TENAYA AVE APT A
South Gate, CA 90280


Jorge Gomez
PO BOX 2393
Bell, CA 90202


Jorge Leonardo Funez
3960 Hillcrest Drive #C
Los Angeles, CA 90008

Jorge Luis Munoz Camey
3212 W 139TH ST
Hawthorne, CA 90250


Jorge M Herrera
10327 Buford Ave
Inglewood, CA 90304


Jorge Muñoz
317 W 111 Th Street
Los Angeles, CA 90061


Jorge O. Vazquez
2544 Hayes Avenue
Long Beach, CA 90810


Jorge Ozuna
6155 1/4 GAGE AVENUE
Bell Gardens, CA 90201


Jorge Ramirez
2532 131st St
Compton, CA 90222


Jose A Calero
2600 E Ward Ter Apt 74
Anaheim, CA 92806


Jose A Cortez Gomez
1850 1/2 E 71st St
Los Angeles, CA 90001

Jose A Hidalgo Portillo
7031 MOUNTAIN VIEW AVE G
Huntington Park, CA 90255


Jose Angel Mejia
300 E 47 Place
Los Angeles, CA 90011


Jose Angel Ortuno Castillo
1517 W 224th St #A
Torrance, CA 90501


Jose Anibal Castillo Ayala
13358 YORBA AVE
Chino, CA 91710


Jose Antonio Rivas
968 S NEW HAMPSHIRE AVE 6
Los Angeles, CA 90006


Jose B Morales
267 Amar St #2
San Pedro, CA 90731


Jose Badillo
6115 LOMA VISTA AVE
Huntington Park, CA 90255


Jose Beltran
3505 Bell Ave #D
Bell Gardens, CA 90201

Jose C. Lopez
12750 Venice Blvd Apt 9
Los Angeles, CA 90066


Jose Carlos Meza
8024 3RD STREET
Paramount, CA 90723


Jose Cruz
10967 S San Pedro St
Los Angeles, CA 90061


Jose Diaz
807 S Bullis St
Compton, CA 90221


Jose E Ortega Nieve
14913 Norwalk Blvd
Norwalk, CA 90650


Jose Enrique Ortega
14913 S. NORWALK BLVD
Norwalk, CA 90650


Jose F Moreno
345 E 229TH PL
Carson, CA 90745


Jose F Rojas
650 E 36TH ST
Los Angeles, CA 90011

Jose G Lara
12358 E 214th St
Hawthorne, CA 90250


Jose Garcia
3736 1/2 E Hubbard St
Los Angeles, CA 90023


Jose H Pacheco
3943 W 108TH Street
Inglewood, CA 90303


Jose Humberto Santamaria
348 E DAYMEN
Long Beach, CA 90806


Jose Humnerto Arias
Jose Humnerto Arias
Los Angeles, CA 90001


Jose Ivan Osorio Andrade
PO BX 911572
Los Angeles, CA 90091


Jose J Martinez
4532 Willowbrook Ave #112
Los Angeles, CA 90029


JOSE JAIME GARCIA
1400 COLLEGE VIEW DR APT B
Monterey Park, CA 91754

Jose Juan Sanchez
16710 ORANGE AVE
Paramount, CA 90723


Jose L Munoz
12218 224th St
Hawaiian Gardens, CA 90716


Jose L Nieto
1135 E 21 St
Long Beach, CA 90806


Jose Luis Arevalo
852 W 53rd St
Los Angeles, CA 90037


Jose Luis Castellanos
2420 E 6TH ST
Long Beach, CA 90814


Jose Luis Custodio
161 S BURLINGTON AVE #7
Los Angeles, CA 90057


JOSE LUIS CUSTODIO
161 S BURLINGTON AVE
Los Angeles, CA 90057


Jose Luis Leon
PO BOX 1776
Chula Vista, CA 91912

Jose Luis Lopez
11701 HUNNEWELL AVE
Sylmar, CA 91342


Jose Luis Nieto
1135 E. 21 STREET
Long Beach, CA 90806


Jose Luis Peralta
909 N ECALYPTUS AVE
Inglewood, CA 90302


Jose Luis Rivera
10500 N Bullis Road #A
Compton, CA 90221


Jose Luis Robledo
323 E 127 Th Street
Los Angeles, CA 90061


Jose Luis Salazar
410 N WILMINGTON BLVD
Wilmington, CA 90744


Jose M Morelos
402 S CLIVEDEN AVE
Compton, CA 90220


Jose M Ramirez
12313 Deep Valley TRL
Moreno Valley, CA 92555

Jose Muñoz Salazar
22128 Horts Ave
Hawaiian Gardens, CA 90716


Jose N Martinez
44523 Handstead Ave
Lancaster, CA 93535


Jose Pereira
4397 PATTERSON AVE
Las Vegas, NV 89104


Jose Quintanilla
857 IROLO STREET APT #3
Los Angeles, CA 90005


Jose R Cruces Rodriguez
201 E Pleasant St
Long Beach, CA 90805


Jose R Lopez
5455 10 TH STREET
Los Angeles, CA 90043


Jose R Zelaya
7025 Whitsett Ave #1
North Hollywood, CA 91605


Jose Recillas
1220 GLEN AVE
Pomona, CA 91768

Jose Recinos
510 W 87th St #202
Los Angeles, CA 90044


Jose Remirez
2259 1/2 W 241 St
Lomita, CA 90717


Jose Rivas
14622 Carfax Drive #D
Tustin, CA 92780


Jose Ruben Cruces
201 E Pleasant St
Long Beach, CA 90805


Jose Santamaria
1418 S Duncan Ave
Los Angeles, CA 90040


Jose Santos Canos
642 N Wilminton Blvd #14
Wilmington, CA 90744


Jose Sarmiento
4153 TYLER AVE 14
El Monte, CA 91731


Joshua Card
4528 Radnor Ave
Lakewood, CA 90712

Joshua Kirksey
518 W 102 ND ST
Los Angeles, CA 90044


Josue Orozco
8213 HOOVER STREET
Los Angeles, CA 90044


Juan Aguilar
14360 Cabrillo Avenue
Norwalk, CA 90650


Juan C Barahona Portillo
2900 W BARAHONA PORTILLO
Anaheim, CA 92801


Juan Carlos Aceituno
9813 WILMINGTON AVE
Los Angeles, CA 90002


Juan Carlos Moreno
3919 N Figueroa St
Los Angeles, CA 90037


Juan Casarez
639 W CALDWELL ST.
Compton, CA 90220


Juan Cruz Ortega
6233 CARMELITA AVE
Bell Gardens, CA 90201

Juan De Dios Machado Perez
11442 LITTCHEN ST
Norwalk, CA 90650


Juan F Castillo
6176 Corona Ave
Huntington Park, CA 90255


Juan F Serrano Lopez
922 S McDonnell Ave
Los Angeles, CA 90022


Juan Francisco Rodriguez
C/O Brian S. Kabaleck
644 S. Figueroa Street
Los Angeles, CA 90017


Juan Francisco Rodriguez
11928 OKLAHOMA AVE
South Gate, CA 90280


Juan Gary
1182 S LONGWOOD AVE.
Los Angeles, CA 90019


Juan Jose Triana
22744 FESTIVIDAD DR
Valencia, CA 91354


Juan Jose Verduzco
4961 Katella Ave
Los Alamitos, CA 90720

Juan M Grajeda
6176 Corona Ave
Huntington Park, CA 90255

JUAN MACHADO
8809 1/2 VANS ST
Paramount, CA 90723

Juan Madera
9532 Emerald Ave
Fontana, CA 92335

Juan Martinez Rivera
1241 N. EAST STREET SP 197
Anaheim, CA 92805

Juan Montelongo
818 Gardenia Ave #5
Long Beach, CA 90813

Juan Pablo Castro
6074 Linden Ave
Long Beach, CA 90805

Juan R Arzate
1225 E 109th St
Los Angeles, CA 90059

Juan Ramon Perez
5353 LEDGEWOOD RD
South Gate, CA 90280

Juan Rosette
2540 E ADAMS ST
Long Beach, CA 90810


Juan Salinas
10560 GREDLEY RD
Santa Fe Springs, CA 90670


Juan Willie
1817 Ambrosia Ave
Rancho Cucamonga, CA 91739


Julian Baudilio Pena Gonzalez
1348 ONYX DR
Palmdale, CA 93550


Julio Alonzo Gonzalez
635 Lagoon Ave. Apt. 29
Wilmington, CA 90744


Julio Cesar Montoya
2652 Monogram Ave.
Long Beach, CA 90815


Julio Rivero
816 N. Coronado St
Los Angeles, CA 90026


Julio Soto
P.O. Box 9091
Long Beach, CA 90810

Justin A. Lopez
10315 Western Avenue, Apt. B17
Downey, CA 90241


Kaiser Foundation Health Plan
P.O. Box 23250
San Diego, CA 92193-3250


Kelvin Rivera Montoya
7251 Motz Street
Paramount, CA 90723


Kenneth Orlando Craig
784 N Highland Ave.
Orange, CA 92867


Kenny Orozco
200 S. Linden Ave. Apt. 8A
Rialto, CA 92376


Kevin Chapman
1301 W. 12th St.
Long Beach, CA 90813


Kevin Parada
316 N. Catalina Street
Burbank, CA 91505


Kline
8730 Stony Point Parkway, Suite 400
Richmond, VA 23235

KTR South Bay VII, LLC
C/O KTR Property Trust ILL
5 Tower Bridge
300 Barr Harbor Drive, Suite 150
Conshohocken, PA 19428


Ky Hammond
13741 Prairie Ave. # 16
Hawthorne, CA 90250


LA DWP
P.O. Box 515407
Los Angeles, CA 90051-6707


Lamar Adair
P.O. BOX 545
Lomita, CA 90717


Larry Reynard Dixon
15606 S. Budlong Pl. Apt. 2
Gardena, CA 90247


Latrina Rena Phillips
10121 Buford Ave. Apt. 39
Inglewood, CA 90304


Laudelino A Segovia
42134 S. Rampart Blvd
Los Angeles, CA 90057


Laura I. Olazaba
642 W. 97th Street
Los Angeles, CA 90044

Leo Joseph Alford
1324 E. Broaway Apt. 6
Long Beach, CA 90802


Leonard Lopez
1043 N. Wilmington Blvd. # A
Wilmington, CA 90744


Leonardo Mejia
4874 Gage Ave.
Bell Gardens, CA 90201


Leonel Garcia
1766 W. Beacon Ave.
Anaheim, CA 92804


Leonel Rizo
4407 Elizabeth St.
Bell Gardens, CA 90201


Leslie P Blandon
6251 Gage Ave. #A
Bell Gardens, CA 90201


Levi German Gonzalez Huanosto
7829 Clearfield Ave.
Panorama City, CA 91402


Limber A. Vasquez Escobar
14109 Erwin Street, Apt. 5
Van Nuys, CA 91401

Limber A. Vazquez Escobar
14109 Erwin Street, Apt. 5
Van Nuys, CA 91401


Linda Aguilar
12009 Downey Ave.
Downey, CA 90242


Linda L. Garcia
1534 E. O Street
Wilmington, CA 90744


Lioncio Leyva Jr
915 East L. St. Apt. 4
Wilmington, CA 90744


Livier Jordan
1113 Hyatt Avenue
Wilmington, CA 90744


Lorenzo Lopez
4119 S. Central Ave. # 3
Los Angeles, CA 90011


Los Angeles County Tax Coll
225 North Hill St
Los Angeles, CA 90012


Los Angeles Freightliner
P.O. Box 101284
Pasadena, CA 91189

Louise Kristine Castainer
2926 Iowa Ave. Apt. A
South Gate, CA 90280


Lovilina Tulikihihifo
5435 W. 123rd Place
Hawthorne, CA 90250


Lucas Acosta Gallegos
1976 Via Encantadoras
San Ysidro, CA 92173


Ludwin A. Campos Arevalo
1500 W. 52nd Street
Los Angeles, CA 90062


Luis A Cobos
120 D Street
Wilmington, CA 90744


Luis A Flores
1603 N. Edgemont St. Apt. 106
Los Angeles, CA 90027


Luis A. Lopez
233 E. Raymond Street
Compton, CA 90220


Luis C Dardon
2057 Bliss St
Compton, CA 90222

Luis C Vasquez Zamora
9840 Foster Rd.
Bellflower, CA 90706


Luis Castaneda Recinos
20600 South Main St. Space #9
Carson, CA 90745


Luis E Garcia
4811 1/2 Saturn St
Los Angeles, CA 90019


Luis O. Alvarez
16124 Vanness # 2
Torrance, CA 90504


Luis R. Ramos
1071 E. Broadway Apt. 16
Long Beach, CA 90802


Luis Tovar
11008 Elcroft Ave
Downey, CA 90241


Luis U. Garcia
30584 Phillip Rd.
Nuevo, CA 92567


Luiz Carlos Albertin
15354 Weddington St. Apt. 18
Van Nuys, CA 91411

Mack Financial Services
7025 Albert Pick Road, Suite 105
Greensboro, NC 27402


Maersk
9300 Aeeowpoint Blvd.
Charlotte, NC 28273-8136


Magdaleno Rojas
11744 Tina Street
Whittier, CA 90605


Manuel Alvarez
519 W. 120th St.
Los Angeles, CA 90044


Manuel Arturo Garcia
7025 S. Figueroa Street
Los Angeles, CA 90003


Manuel Arturo Herrera
158 49th Street
Long Beach, CA 90805


Manuel De Jesus Ramos Palacios
4817 Hooper Ave.
Los Angeles, CA 90011


Manuel Guijo
1526 Ravenna Ave.
Wilmington, CA 90744

Manuel J Garcia
5775 Riverside Dr. # 115
Chino, CA 91710


Manuel Javier Himede
14016 Arthur Ave.
Paramount, CA 90723


MANUEL RAMIREZ
1043 STANLEY AVE #2
Long Beach, CA 90804


Manuel Rosa
1247 E. 87th St.
Los Angeles, CA 90002


Marcel D. Johnson
1726 Kimberly Dr.
West Covina, CA 91792


Marco A. Gonzalez
515 W. 3rd Street, Suite 10
Long Beach, CA 90802


Marco Antonio Aleman
9320 S. Figueroa Street APT. A
Los Angeles, CA 90003


Margarita Zarate
4635 Abbott Road
Lynwood, CA 90262

Maria Barajas
229 W. 8th Street
Los Angeles, CA 90003

Maria Enriquez
2267 Pasadena Ave.
Long Beach, CA 90806

Maria I Munoz Hernandez
317 W. 111th St.
Los Angeles, CA 90061

Maria Sanchez
2053 E. Wayside Street
Compton, CA 90222

Maribel Contreras
14503 Longworth Avenue
Norwalk, CA 90650

Mario Adalberto Benitez Ayala
5846 Agra Street
Bell Gardens, CA 90201

Mario Baltazar Marquez
729 Silverlake Blvd.
Los Angeles, CA 90026

Mario Barraza
12390 Cloudburst Trl.
Moreno Valley, CA 92555

Mario H. Bugarin
1235 W. Grant Street
Wilmington, CA 90744


Mario H. Malera
9118 Hayvenhurst Ave
North Hills, CA 91343


Mario Leal
1000 E. 67th St.
Long Beach, CA 90805


Mario S. Rios
908 Northpoint Pl.
Lompoc, CA 93436


Maritza Del Carmen Merino
5948 Lime Ave.
Long Beach, CA 90805


Mark Cervantes
1257 W. 66th St.
Los Angeles, CA 90044


Marlen Ramirez
1043 Stanley Avenue, Apt. 2
Long Beach, CA 90804


Marlen Ramirez Rabago
1043 Stanley Avenue, Apt. 2
Long Beach, CA 90804

Marlon Flores Reyes
1619 Brockton Ave. #7
Los Angeles, CA 90025


Marlon Leonel Palacios
11715 Success Ave.
Los Angeles, CA 90061


Marlow A. Barton
11516 McGovern Ave.
Downey, CA 90241


Martha L Cruz
1050 1/2 Broad Ave.
Wilmington, CA 90744


Martha O. Villagran
455 Gaviota Ave. Apt. 3
Long Beach, CA 90802


Martha Rodriguez De Watford
11460 Copeland St. Apt. A
Lynwood, CA 90262


Martin Franco Martinez
6809 Vinevale Ave. #E
Bell Gardens, CA 90201


Martin Hernandez Moran
1934 Cedar Ave. Apt. 6
Long Beach, CA 90806

Martin Lomeli
1074 1/2 Browining Blvd
Los Angeles, CA 90037


Martin S. Parada
316 N. Catalina Street
Burbank, CA 91505


Marvin A Lopez
1212 Gladys Ave. #202
Long Beach, CA 90804


Marvin Carter
3123 Yearling St.
Lakewood, CA 90712


Marvin Lopez
1212 Stanley Ave
Long Beach, CA 90804


Marvin Rivera
533 N Mariosa Ave. #116
Los Angeles, CA 90001


Matson
426 N. 44th Street, Suite 250
Phoenix, AZ 85008


Mauricio Ochoa Soriano
826 W. Oriole Ave.
Placentia, CA 92870

Mauro Martinez
822 Fir Ave. #1
Inglewood, CA 90301


Micro Plus Solutions, Inc
2421 W. 250th St
Lomita, CA 90717


Miguel A Fonseca
10346 Parise Drive
Whittier, CA 90604


Miguel A. Lopez
1371 Sheridan Ave.
Pomona, CA 91767


Miguel Alegria
9324 San Carlos Ave. Apt. C
South Gate, CA 90280


Miguel Antonio Ayala
4914 Santa Ana St.
Bell Gardens, CA 90201


Miguel Argenis Zuniga
2069 Martin Luther King Jr. Ave.
Long Beach, CA 90806


Miguel Cortes Zuniga
2404 s. Marvin Avenue
Los Angeles, CA 90016

Miguel D. Rivas
16407 Maidstone Ave.
Norwalk, CA 90650

Miguel Deodanes
1333 E. Grand Ave. Apt. J204
Escondido, CA 92027

MIGUEL DEODANES
1132 N BROADWAY #11
Escondido, CA 92026

Miguel Gallardo
1831 W. Canton Street
Long Beach, CA 90810

Miguel Lopez
1371 Sheridan Ave.
Pomona, CA 91767

Miguel Morales
477 1/2 Bonnie Beach Pl.
Los Angeles, CA 90063

Miguel Rojas
5006 Monte Vista St.
Los Angeles, CA 90042

Miguel Trujillo
149 W. 77th Street
Los Angeles, CA 90003

Miguel Vega Deodanes
1509 Cornuta Ave.
Bellflower, CA 90706


Milton Edgardo Contreras
4411 Rosewood Ave #A
Los Angeles, CA 90004


Miriam Torres
339 E 46th St.
Long Beach, CA 90807


Misael Hernan Molina
12250 Horley Ave.
Downey, CA 90242


MISAEL MOLINA
12250 HORLEY AVE
Downey, CA 90242


Mohammad Saharkhiz
9700 Jersey Ave. Apt. 195
Santa Fe Springs, CA 90670


Moises Sevilla
1020 N. Custer
Santa Ana, CA 92701


MOL
10 Woodbridge Center Dr., Suite 900
Woodbridge, NJ 07095

MSC
700 Watermark Blvd.
Mount Pleasant, SC 29464


Mynor F Gonzalez
3721 Wall St
Los Angeles, CA 90011


Natanael Ramirez
455 Gaviota Ave Apt. 3
Long Beach, CA 90802


Nelson C. Lopez
2818 Hill St
Huntington Park, CA 90255


Nelson Cano
2039 Cedar Avenue, Apt. A.
Long Beach, CA 90806


Nelson Melendez
8477 Ventura Canyon Ave. #7
Panorama City, CA 91402


Nery Pineda
2209 W. 52nd St
Los Angeles, CA 90043


Nestor Ahumada Corona
764 E. Realty Street
Carson, CA 90745

Nestor D Gutierrez
4301 La Sierra Ave. #23
Riverside, CA 92505


Nestor Roman Noches
953 Hemlock Ave.
South San Francisco, CA 94080


Nexzis LLC
15346 Ashley Ct.
Whittier, CA 90603


Nicholas Ayers
8525 ELBURG ST #D
Paramount, CA 90723


Nicolas Aaron Ayers
8525 Elburg St. Unit D.
Paramount, CA 90723


Nicolas Granadino
1013 W. Jay St.
Torrance, CA 90502


Noah Rangel
911 Rose Ave. #1
Long Beach, CA 90813


Norma E. Mejia
9628 Hickory St.
Los Angeles, CA 90002

NYK
1138 N. Germantown Pkwy.
Suite 101-311
Cordova, TN 38016


Oacar R. Garza
6315 Cherry Ave. Apt. 4.
Long Beach, CA 90805


Olegario Galindo
231 E. Caldwell St.
Compton, CA 90220


OLEGARIO GALINDO
231 E CALDWELL ST #D
Compton, CA 90220


Omar Garcia
3016 S. West View St.
Los Angeles, CA 90016


Omar Hernandez
3533 Mulford Avenue, Apt. C.
Lynwood, CA 90262


Omar Martinez
1047 Almond Ct.
Long Beach, CA 90813


OMAR MARTINEZ
12187 SPROUL ST
CA 90560

Omar Moreno
1948 Fashion Ave.
Long Beach, CA 90810


Orbin Geovany Orellana
444 W. Imperial Ave. Apt. 7
El Segundo, CA 90245


Orlando J Aguilera Coffin
1947 Locust Ave. #4
Long Beach, CA 90806


Oscar A Rodriguez Gonzalez
1274 S. Rowan Ave.
Los Angeles, CA 90023


Oscar Acosta Ramos
5900 1/2 Gotham St
Bell Gardens, CA 90201


Oscar Canchola
544 W. Peach St.
Compton, CA 90222


Oscar E Garcia
14403 Graystone Ave.
Norwalk, CA 90650


Oscar Mesinas
11729 Coldbrook Ave.  #A
Downey, CA 90241

Oscar Polanco
6 PARADISE VALLEY NORTH
Carson, CA 90745

Oscar Quiroz
2206 E 105TH ST
Los Angeles, CA 90002

Oscar R Polanco
6 Paradise Valley North
Carson, CA 90745

Oscar Rene Montes Veliz
2430 Raymond Ave.
Los Angeles, CA 90007

Oscar Reyes Diaz
7754 Mooney Dr.
Rosemead, CA 91770

Pablo N Alvarez
31 E. Mission St.
Marshall, MO 65340

Patrick J Lloyd
2008 Gramercy Ave.
Torrance, CA 90501

PCET Inc
3720 Oceanic Way
Oceanside, CA 92056

Pedro A Velasquez Poncio
719 Myrtle Ave. #C
Bell Gardens, CA 90201


Pedro Barba
243 16th Street Apt. 4
San Pedro, CA 90731


PEDRO BARBA QUINTERO
5381 DOGWOOD
San Bernardino, CA 92404


Pedro Huiza
10112 Felton Ave. Apt. 22
Inglewood, CA 90304


Pedro Jimenez
4015 E. Elizabeth St.
Compton, CA 90221


Pedro Marcos Herrera
1547 1/2 W. 27th St.
Torrance, CA 90501


Pedro Martinez
64325 Ferguson Dr.
Los Angeles, CA 90022


Pedro Ortiz
629 W. 107th Street
Los Angeles, CA 90044

People of the State of California
Attn: Timothy J. Kolesnikow
300 South Spring Street, Suite 1702
Los Angeles, CA 90013


PIL
2510 W. Dunlap Ave. #650
Phoenix, AZ 85021


Pitney Bowes Credit Corp
P.O. Box 371887
Pittsburgh, PA 15250


PrePass
P.O. Box 52774
Phoenix, AZ 85072


Priscilla Moroyoqui
1343 Shinner St.
Compton, CA 90221


Prologis
11099 S. La Cienega Blvd. Ste. 210
Los Angeles, CA 90045


Quality Air Compressor
4546 E. Washington Blvd.
Commerce, CA 90040


Quill.com
P.O. Box 37600
Philadelphia, PA 19101-0600

Quincy Thomas
1341 E. Imperial Hwy. #156
Los Angeles, CA 90059


R & A Transport
443 E. 75th Street
Los Angeles, CA 90003


Rafael A. Fiallos
801 Schipper St. #46
Arvin, CA 93203


Rafael Contreras
1148 Marietta St.
Los Angeles, CA 90023


Rafael Giron
1731 W.Vernon Ave #202
Los Angeles, CA 90062


Rafael Jimenez Gomez
1339 E Greenleaf Blvd.
Compton, CA 90221


Rafael Montiel
332 W. 65th Street
Los Angeles, CA 90003


Rafael Ortiz
5206 Santa Ana Street
Bell Gardens, CA 90201

Ralph E. Gonzalez
12644 Crossdale Ave.
Norwalk, CA 90650


Raman Parra
1308 W. 152nd St.
Compton, CA 90220


Ramiro Perez Lopez
6003 Hereford Dr.
Los Angeles, CA 90022


Ramon A. Gonzales Quezada
1438 1/2 E 76th St.
Los Angeles, CA 90001


Ramon Aguayo
199 E. Neece St.
Long Beach, CA 90805


Ramona I. Cruz Quinteros
729 Williamson Ave.
Los Angeles, CA 90022


Raul A Gonzalez
424 W. 223 Street Apt. 2
Carson, CA 90745


Raul Quezada
2401 Magnolia Ave. Apt. 2
Long Beach, CA 90806

Raul Vera
203 W. Opp St. Apt. 4
Wilmington, CA 90744


Ray Castillo
9120 Beverly Rd.
Pico Rivera, CA 90660


Raymundo Ramirez
811 E. 76th Street
Los Angeles, CA 90001


Refugio Gutierrez
1314 E. Cruces St.
Wilmington, CA 90744


REFUGIO GUTIERREZ
1314 E CRUCES ST
Wilmington, CA 90744


Regino Esparza
13723 Susan Way
Desert Hot Springs, CA 92240


Remberto Napoleon
1585 W. Orquesta Ct.
Colton, CA 92324


Renan H. Barnica
1060 Walnut Ave. Apt. 307
Long Beach, CA 90813

Rene De Los Angeles Hernandez
848 Elm Ave. # 3
Long Beach, CA 90813


Rene E. Lopez
606 Coral Ln.
Long Beach, CA 90805


Rene Estrada
1652 S. St. Andrew Place #3
Los Angeles, CA 90019


Rene Flores Ramirez
1937 3/4 Arapahoe
Los Angeles, CA 90007


Rene Perez
15134 Indiana Ave. #43
Paramount, CA 90723


Renny Raul Valladares Diaz
9513 San Luis Ave. Apt. #10
South Gate, CA 90280


Ricardo Avila Ramirez
1141 Camulos Street
Los Angeles, CA 90023


Ricardo Cuellar Jr.
13820 Birkhall Ave.
Bellflower, CA 90706

Ricardo G Hernandez
828 S. Taylor Ave. Apt. 2
Montebello, CA 90640


Ricardo Machuca
12030 Downey Ave. Apt. 211
Downey, CA 90242


Ricardo Martinez-Siliezar
6520 Alamo Ave.
Bell Gardens, CA 90201


Ricardo Ramirez
539 W. 78th Street
Los Angeles, CA 90044


Ricardo Rodriguez
2001 S. Hacienda Blvd. Apt. 8
Hacienda Heights, CA 91745


RICARDO RODRIGUEZ CRUZ
332 LAMD AVE
La Puente, CA 91744


Ricardo Ruiz
2633 111th Street
Lynwood, CA 90262


Richard Arana
21225 Chase Street
Canoga Park, CA 91304

Rigoberto Coca
9631 Fremontia Ave
Fontana, CA 92335


Robert Hickson
3225 Magnolia Ave.
Long Beach, CA 90806


Robert Larabee
5712 Fishburn Ave.
Maywood, CA 90270


Roberto Alegria Abarca
2715 E. 57th Street Apt. D
Huntington Park, CA 90255


Roberto B. Martinez
1146 1/2 W. 96th Street
Los Angeles, CA 90044


Roberto Callegas
1339 Walnut Ave. Apt. A
Long Beach, CA 90813


Roberto Carlos Salazar
16654 Withers Way
Moreno Valley, CA 92555


Roberto Diaz Martinez
1923 Chestnut Ave. Apt. 5
Long Beach, CA 90806

Roberto Lopez Jr.
737 W. 57th Street Apt. 5
Long Beach, CA 90809


Roberto Mancha
648 W 18th St
San Pedro, CA 90731


Roberto Martinez
1923 Chestnut Ave. Apt. 5
Long Beach, CA 90806


Roberto Menendez
1220 S. Manhattan Pl. #7
Los Angeles, CA 90019


Roberto Popoca
415 W. 235th Street
Carson, CA 90745


Roberto Ruiz
1220 S. Chester Ave.
Compton, CA 90221


Rodolfo Cendejas Saucedo
1305 East M. Street
Wilmington, CA 90744


Rodolfo Chacon
3818 W. 116th St.
Hawthorne, CA 90250

Rodrigo Uriostegui Contreras
325 W. 10th. St. #4
Long Beach, CA 90813


Rogelio Cortez Correa
2242 E. Alamos Ave.
Fresno, CA 93726


Rolando Solis
1801 E. La Habra Blvd. # 9
La Habra, CA 90631


Romerryll "Sean" Fisher
467 W. Raymond Street
Compton, CA 90220


Ronell Belden King
15132 S. FRAILEY St.
Compton, CA 90221


Roney Clayton Faber
1945 W. Martin Luther King Blvd.
Los Angeles, CA 90062


Rony M. Arana
337 N. McDonald Ave. #10
Wilmington, CA 90744


Roque Gomez
6819 Orchard Ave. #B
Bell Gardens, CA 90201

Roque Gonzalez
820 Bonds Street
Carson, CA 90745


Rosa M. Vasquez
14925 Wannette Avenue
Bellflower, CA 90706


Rosalba Perez
6859 Jaboneria Rd. Apt. B
Bell Gardens, CA 90201


RSI Insurance Brokers
2801 Bristol Street, No. 200
Costa Mesa, CA 92626


Rubelio Garcia
3740 W. 104th St.
Inglewood, CA 90304


Ruben Rodriguez Arreola
1489 W. 152nd St.
Compton, CA 90220


Ruben Saucedo Manriquez
1305 East M. Street
Wilmington, CA 90744


Ruben Tovar Gutierrez
5944 Penswood Ave.
Lakewood, CA 90712

Rudy Nevarez
1719 Gramercy Ave.
Torrance, CA 90501


Rudy Reveles
10338 Cottonwood Ave.
Hesperia, CA 92345


Ruth C. Roadman
1017 Lakme Ave. Apt. 6
Wilmington, CA 90744


RWC International
600 N. 75th Ave.
Phoenix, AZ 85043


Saeed Ahmed
15947 Amber Valley Dr.
Whittier, CA 90604


Salvador Antonio Reyes
6921 Flora Ave.
Bell Gardens, CA 90201


Salvador G. Alvarez
11654 El Granada St.
Lynwood, CA 90262


Salvador Garcia Martinez
229 West 85th Street
Los Angeles, CA 90003

Salvador Gonzalez Alvarez
417 E. 14th Street #A
Long Beach, CA 90813


Salvador Rodriguez
315 Heath Lane
Long Beach, CA 90805


Sandra Landeros
15514 Orizaba Ave.
Paramount, CA 90723


Sandra Rivas
6037 Ensign Ave.
North Hollywood, CA 91606


Sareth Vorn
9252 Lampson Ave.
Garden Grove, CA 92841


Saul Edgardo Herrera
9274 Citrus Ave. Apt. D
Fontana, CA 92335


Saul Shul
11438 E. Mclaren Street
Norwalk, CA 90650


SC Fuels
P.O. Box 14237
Orange, CA 92863-1237

Sean Anthony Kirksey
3648 Santa Fe Ave.
Long Beach, CA 90810


Sergio De La Cruz Rivera
2030 Lucien Street
Compton, CA 90222


Sergio Ezequiel Garcia Galdamez
1546 N. Marcella Ave.
Rialto, CA 92376


Sergio Galindo
906 E. Arlington St.
Compton, CA 90221


SERGIO GALINDO
906 E ARLINGTON ST
Compton, CA 90221


Sergio Hurtado
13107 Dolty Avenue
Hawthorne, CA 90250


Sergio I. Gonzalez
7258 Exeter St.
Paramount, CA 90723


Sergio J. Hurtado
4207 Manhattan Beach Blvd. #9
Lawndale, CA 90260

Sergio Zibray
8408 Olanda St.
Paramount, CA 90723


Sergio Zibray
8408 Olanda Street
Paramount, CA 90723


Severino Avila
1023 N. Broad Ave. #207
Wilmington, CA 90744


SILVANO GUTIERREZ
511 OLIVE AVE
Long Beach, CA 90802


Silvino Gutierrez Perez
511 Olive Ave.
Long Beach, CA 90802


Sixto Jr. Montanez
15325 Eucalyptus Ave.
Bellflower, CA 90706


Spectrum Business
605 E G St.
Wilmington, CA 90744-6027


Stefanus Indarto
7245 Wilbur Ave.
Reseda, CA 91335

Summer Freeman
1001 E. Hellman St.
Long Beach, CA 90813


Sung "Andrew" Jung
501 S. Kenmore
Los Angeles, CA 90022


Sunshine Truck Stop
1800 E Pacific Coast Hwy
Wilmington, CA 90744


Superior Truck Supply
660 W. 16th St.
Long Beach, CA 90813


Susana Camarillo
128 S Meirdian Ave.
Alhambra, CA 91801


Sylvester M. Medina
201 E. Berkley Street
Santa Ana, CA 92705


Sylvia G Martinez
2931 Lancaster Ave. # 605
Los Angeles, CA 90033


Tec Equipment, Inc.
P.O. Box 11272
Portland, OR 97211

Telesford Olivares
14360 Cabrillo Ave.
Norwalk, CA 90650


Teresa Andrade
5131 Wood Ave.
South Gate, CA 90280


Terrence Robert Ervin
5640 Rosemead Blvd. Apt. 106
Pico Rivera, CA 90660


Thessis Lee Jones
534 W. 77th Street
Los Angeles, CA 90044


Thomas Aguilar
1445 W. 35th St.
Los Angeles, CA 90018


Thomas Sommer
326 W. Hill Ave.
Fullerton, CA 92832


Tirso Gurrola Moreno
665 W. 1st St.
San Pedro, CA 90731


Tito Orlando Ruiz
2633 111th Street
Lynwood, CA 90262

Tomas Aguilar
1445 W. 35th Street
Los Angeles, CA 90018


Tony Avila
6162 Agra St.
Bell Gardens, CA 90201


TPx Communications
515 S. Flower St.
Los Angeles, CA 90071


Trapac International
750 College Road East
Princeton, NJ 08540


Trinium Tech
304 Tejon Pl
Palos Verdes Peninsula, CA 90274


UASC
5515 Spalding Drive
Norcross, GA 30092


United Pacific Waste
P.O. Box 514539
Los Angeles, CA 90051


Valentin Zarate
9135 Otto Street
Downey, CA 90240

Vanessa Montero
316 W. Magnolia Street #B
Compton, CA 90220


Veronica Lara
996 Paradise Ln.
Long Beach, CA 90805


Vicente Orellana Menjivar
615 Dora Guzman Apt. #3
La Puente, CA 91744


Victor Cazares
6141 Florence Ave.
South Gate, CA 90280


Victor D. Rivera
3001 West View St.
Los Angeles, CA 90016


Victor Gonzalez Garcia
P.O. Box 18821
Los Angeles, CA 90018


Victor Luis Ayala Benitez
722 Santa Barbara St.
Pasadena, CA 91101


Victor Manuel Argueta
9125 Canford Street
Pico Rivera, CA 90660

Victor Tamayo Pavon
11207 Magnolia Ave. #212
Riverside, CA 92505


Waldo Santos
2237 Coolidge Ave. #2
Oakland, CA 94601


Walter Caceres
7446 Tyronne Ave.
Van Nuys, CA 91405


Walter Galdamez
570 N. Kenmore Ave. #408
Los Angeles, CA 90004


Walter Mose Smith
522 W. 127th St. Apt. 224
Los Angeles, CA 90044


Walter Tayes
1125 W. 254th Street #1
Harbor City, CA 90710


Walter Urrutia
14558 Pacific Ave.
Baldwin Park, CA 91706


Wan Hai
2510 W. Dunlap Ave. Ste. 200
Phoenix, AZ 85021

Wardini H A Company
2620 N Tustin Ave
Santa Ana, CA 92705


Wells Fargo Equipment Finance
600 South 4th Street
Minneapolis, MN 55415


Westran Idealease (Westrux)
15555 Valley View Ave
Santa Fe Springs, CA 90670


Wild Pony Transportation, Inc.
2244 Daladier Drive
Rancho Palos Verdes, CA 90275


Wilford Allen
1123 West 80th St.
Los Angeles, CA 90044


William E. Ramos
973 Martin Luther King Jr. BLvd. #B
Los Angeles, CA 90011


William J. Cubela
10929 Firestone Blvd. #126
Norwalk, CA 90650


Wuistomg Duriettz
556 E. 20th St.
Long Beach, CA 90806

Yader A. Garcia
6025 De Palma St.
South Gate, CA 90280


Yahya Ismail Lala
1160 Sonora Ave.
Glendale, CA 91201


Yamileth Rodriguez Gutierrez
6138 Vinevale Ave. #B
Maywood, CA 90270


Yang Ming
13131 Dairy Ashford Rd. Suite 300
Sugar Land, TX 77478


Yeini Veronica Lara
996 Paradise Lane
Long Beach, CA 90805