| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>HABERBUSH & ASSOCIATES, LLP<br>DAVID R. HABERBUSH, ESQ., SBN 107190<br>VANESSA M. HABERBUSH, ESQ., SBN 287044<br>444 West Ocean Boulevard, Suite 1400<br>Long Beach, CA 90802<br>Telephone: (562) 435-3456<br>Facsimile:  (562) 435-6335<br>E-Mail: vhaberbush@lbinsolvency.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for: Debtor-In-Possession | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>PAC ANCHOR TRANSPORTATION, INC., CONSISTING OF THE MERGER OF PAC ANCHOR TRANSPORTATION, INC. AND GREEN ANCHOR LINES, INC.,<br><br><br><br>Debtor and Debtor-in-Possession. | CASE NO.: 2:17-bk-18213-ER<br><br>**CHAPTER: 11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO PAY PREPETITION PAYROLL AND RELATED PAYROLL TAXES AND TO HONOR PREPETITION EMPLOYMENT PROCEDURES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ALFREDO BARAJAS IN SUPPORT OF EMERGENCY MOTION AND IN SUPPORT OF HEARING MOTION ON EMERGENCY BASIS |

PLEASE TAKE NOTE that the order titled ORDER GRANTING EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO PAY PRE-PETITION PAYROLL AND RELATED PAYROLL TAXES AND TO HONOR PRE-PETITION EMPLOYMENT PROCEDURES was lodged on July 10, 2017 and is attached.  This order relates to the motions which are docket numbers 13.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# Exhibit "A"

HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile:  (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Proposed Attorneys for Debtor and Debtor-in-Possession.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re | Case No. 2:17-bk-18213-ER |
|---|---|
| PAC ANCHOR TRANSPORTATION, INC., CONSISTING OF THE MERGER OF PAC ANCHOR TRANSPORTATION, INC. AND GREEN ANCHOR LINES, INC.,<br><br>Debtor and Debtor-in-Possession. | **Chapter 11**<br><br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO PAY PRE-PETITION PAYROLL AND RELATED PAYROLL TAXES AND TO HONOR PRE-PETITION EMPLOYMENT PROCEDURES**<br><br>**Hearing Date**<br>Date:   July 13, 2017<br>Time:  10:00 a.m.<br>Ctrm:  1568<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On July 13, 2017 at 10:00 a.m., this Court conducted a hearing on the Emergency Motion for Order Authorizing Debtor to Pay Prepetition Payroll and Related Payroll Taxes and to Honor Prepetition Employment Procedures (the "Motion") filed by Pac Anchor Transportation, Inc., Consisting of the Merger of Pac Anchor Transportation, Inc. and Green Anchor Lines, Inc., Debtor and Debtor-in-Possession ("Debtor").  Appearances are as stated on the record.

Having considered the Motion, the documents, the pleadings on file in the above-captioned bankruptcy case, and the arguments of counsel at the hearing, and good cause appearing therefore, it is hereby,

1

1     **ORDERED** that the Motion is granted; and it is

2     **FURTHER ORDERED** that Debtor has authority to pay its prepetition payroll and related payroll taxes for its staff and employee drivers for the period of June 26, 2017 to July 5, 2017; and it is

5     **FURTHER ORDERED** that Debtor has authority to pay its prepetition payroll for its independent contractor drivers for the period of July 1, 2017 to July 5, 2017; and it is

7     **FURTHER ORDERED** that no prepetition compensation may be paid to the insiders of Debtor until Debtor serves a Notice of Setting Insider Compensation for each insider seeking prepetition compensation in accordance with LBR 2014-1(a) and no objection is timely submitted, or if there are objections, until the Court authorizes the compensation.

**IT IS SO ORDERED.**

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*):    **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 13, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lane K Bogard**    lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com
- **Deborah S Cochran**    dcochran@wongfleming.com, sshalloo@wongfleming.com,dfleming@wongfleming.com
- **David R Haberbush**    dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
- **Vanessa M Haberbush**    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
- **Cheryl A Kenner**    ck@kbklawyers.com
- **Zev Shechtman**    zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Daniel H Slate**    dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 13, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2017 | Alexander S. Bostic | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street,
Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE