HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile:  (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Proposed Attorneys for Debtor and Debtor-in-Possession.

**FILED & ENTERED**

**JUL 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PAC ANCHOR TRANSPORTATION, INC., CONSISTING OF THE MERGER OF PAC ANCHOR TRANSPORTATION, INC. AND GREEN ANCHOR LINES, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:17-bk-18213-ER<br><br>**Chapter 11**<br><br>**ORDER GRANTING EMERGENCY MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO PAY PRE-PETITION PAYROLL AND RELATED PAYROLL TAXES AND TO HONOR PRE-PETITION EMPLOYMENT PROCEDURES**<br><br>**Hearing Date**<br>Date:  July 13, 2017<br>Time:  10:00 a.m.<br>Ctrm:  1568<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

On July 13, 2017 at 10:00 a.m., this Court conducted a hearing on the Emergency Motion for Order Authorizing Debtor to Pay Prepetition Payroll and Related Payroll Taxes and to Honor Prepetition Employment Procedures (the "Motion") [Doc. No. 13] filed by Pac Anchor Transportation, Inc., Consisting of the Merger of Pac Anchor Transportation, Inc. and Green Anchor Lines, Inc., Debtor and Debtor-in-Possession ("Debtor").  Appearances are as stated on the record.

Having considered the Motion, the documents, the pleadings on file in the above-captioned bankruptcy case, ~~and~~ the arguments of counsel at the hearing, for the reasons stated in the Court's tentative ruling, which the Court adopts as its final ruling and which is incorporated herein by reference [Doc. No. 24], and good cause appearing therefore, it is hereby,

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that Debtor has authority to pay its prepetition payroll and related payroll taxes for its staff and employee drivers for the period of June 26, 2017 to July 5, 2017; and it is

**FURTHER ORDERED** that Debtor has authority to pay its prepetition payroll for its independent contractor drivers for the period of July 1, 2017 to July 5, 2017; and it is

**FURTHER ORDERED** that no prepetition compensation may be paid to the insiders of Debtor until Debtor serves a Notice of Setting Insider Compensation for each insider seeking prepetition compensation in accordance with LBR 2014-1(a) and no objection is timely submitted, or if there are objections, until the Court authorizes the compensation.

**IT IS SO ORDERED.**

### ###

Date: July 13, 2017

_Ernest M. Robles_
Ernest M. Robles
United States Bankruptcy Judge