MEGAN M. ADEYEMO (CO BN: 36721)
GORDON & REES
2100 Ross Ave., Suite 2800
Dallas, TX 75233
Telephone: (214) 231-4660
Facsimile: (214) 461-4053
Email: madeyemo@gordonrees.com

Attorneys for Creditor MACK FINANCIAL SERVICES, A DIVISION OF VFS US LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PAC ANCHOR TRANSPORTATION, INC., CONSISTING OF THE MERGER OF PAC ANCHOR TRANSPORTATION, INC. AND GREEN ANCHOR LINES, INC.,<br><br>Debtor(s). | CASE NO. 2:17-BK-18213-ER<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002, 3017, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Gordon & Rees hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following office, address, email and telephone number.

> Megan Adeyemo (CO Bar No. 36721)
> GORDON & REES
> 2100 Ross Ave., Suite 2800
> Dallas, TX 75233
> Telephone: (214) 231-4660
> Facsimile: (214) 461-4053
> Email: madeyemo@gordonrees.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of Mack Financial Services, a division of VFS US LLC ("Mack Financial Services") of any:

  (a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge or Bankruptcy Appellate Panel;

  (b) Right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  (c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  (d) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Mack Financial Services is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Mack Financial Services without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, plan, disclosure statement, complaint, demand, answers or reply papers, made by the debtor or any third party in the bankruptcy case or any adversary proceedings or contested matters herein, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telecopy, facsimile, electronic mail, personal delivery or other means.

Dated: July 26, 2017        GORDON & REES

                By: /s/ *Megan M. Adeyemo*
                   Megan M. Adeyemo
                   Attorneys for Creditor MACK
                   FINANCIAL SERVICES, A DIVISION
                   OF VFS US LLC

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2100 Ross Avenue, Suite 2800, Dallas, TX 75233

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Lane K Bogard    lbogard@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com
Deborah S Cochran    dcochran@wongfleming.com, sshalloo@wongfleming.com
David R Haberbush    dhaberbush@lbinsolvency.com,
ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
Vanessa M Haberbush    vhaberbush@lbinsolvency.com,
dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
Cheryl A Kenner    ck@kbklawyers.com
Byron B Mauss    efilings@amlegalgroup.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
Daniel H Slate    dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Michele L Wong    michele.wong@doj.ca.gov
Hatty K Yip    hatty.yip@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 26, 2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**The Honorable Ernest M. Robles, U.S. Bankruptcy Court, 255 East Temple Ct., Rm 940, Los Angeles, CA  90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2017 | Megan A. Adeyemo | /s/Megan A. Adeyemo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

/33906298v.1

June 2012    **F 9013-3.1.PROOF.SERVICE**