1  HABERBUSH & ASSOCIATES, LLP
   DAVID R. HABERBUSH, ESQ., SBN 107190
2  VANESSA M. HABERBUSH, ESQ., SBN 287044
   LANE K. BOGARD, ESQ., SBN 306972
3  444 West Ocean Boulevard, Suite 1400
   Long Beach, CA 90802
4  Telephone: (562) 435-3456
   Facsimile: (562) 435-6335
5  E-mail: lbogard@lbinsolvency.com

6  Proposed Attorneys for Debtor and Debtor-in-Possession

7
                    UNITED STATES BANKRUPTCY COURT
8
           CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION
9

10 In re                                    Case No.: 2:17-bk-18213-ER

11 PAC ANCHOR TRANSPORTATION, INC.,         **Chapter 11**
   CONSISTING OF THE MERGER OF PAC
12 ANCHOR TRANSPORTATION, INC. AND          **NOTICE OF MOTION OF DEBTOR AND
   GREEN ANCHOR LINES, INC.,                DEBTOR-IN-POSSESSION FOR AN
13                                          ORDER AUTHORIZING USE OF CASH
                Debtor and Debtor-in-Possession COLLATERAL**
14
                                            **Hearing Date**
15                                          Date:  August 9, 2017
                                            Time:  10:00 a.m.
16                                          Ctrm:  1568
                                                   255 E. Temple Street
17                                                 Los Angeles, CA 90012

18

19 **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE;**

20 **THE UNITED STATES TRUSTEE; ALL SECURED CREDITORS; AND TWENTY LARGEST**

21 **UNSECURED CREDITORS:**

22         **PLEASE TAKE NOTICE** that Pac Anchor Transportation, Inc., Consisting of the Merger of

23 Pac Anchor Transportation, Inc. and Green Anchor Lines, Inc., Debtor and Debtor-in-Possession herein

24 (hereinafter referred to as "Debtor" and/or "Movant") filed a Motion for an order authorizing the use of

25 cash collateral (the "Motion") on July 26, 2017. The hearing on the Motion will take place on August

26 9, 2017 at 10:00 a.m. The hearing on the Motion will occur in Courtroom 1568 of the Edward R. Roybal

27 Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, CA 90012.

28         **PLEASE TAKE FURTHER NOTICE** that on July 13, 2017, at 10:00 a.m., the Court

1 conducted a hearing on an Emergency Motion for an order approving stipulation for interim use of cash 2 collateral with secured creditors California United Bank (the "Emergency Motion") filed by Debtor. At 3 the hearing, the Court ordered, among other things, a further hearing on the Emergency Motion 4 authorizing Debtor's further use of cash collateral would be held on August 9, 2017 at 10:00 a.m. The 5 Court entered an order granting the Emergency Motion on July 13, 2017 (the "Order").

6 **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, if you wish to oppose this 7 Motion, you must file a written response to this Motion with the Court and serve a copy of it upon 8 Movant's attorneys at the address set forth above, no later than August 2, 2017.

9 The Motion will be based on this Notice of Motion, Motion, Memorandum of Points and 10 Authorities, and the Declaration of Alfredo Barajas. **Failure to timely object or respond to the** 11 **Motion may be deemed by the Court to be consent to the relief requested.**

12 **NOTICE IS FURTHER GIVEN** that a copy of the Motion will be provided to you upon your 13 request to Movant's attorneys whose name, address and telephone number appear in the upper left-hand 14 corner of this notice.

15 ## NOTICE OF RELIEF SOUGHT

16 On July 6, 2017, Debtor filed a voluntary petition for relief under the Bankruptcy Code. Pursuant 17 to Sections 1107 and 1108 of the Bankruptcy Code, Debtor retained possession of its assets and is 18 authorized to continue the operation and management of its business.

19 Debtor and California United Bank ("Lender") entered into a stipulation authorizing interim use 20 of cash collateral (the "Stipulation"). Pursuant to the Stipulation, Debtor and Lender stipulated to the 21 use of cash collateral, and, specifically, to the use of income generated by Debtor's business. Lender has 22 a lien on all of Debtor's personal property and general intangibles including Debtor's cash accounts 23 receivable, and certain identified tractors. The Stipulation was approved at the hearing on the 24 Emergency Motion on July 13, 2017, authorizing the interim use of cash collateral.

25 As set forth in the Motion, Debtor requests authorization to continue to use cash collateral to pay 26 Debtor's normal, regular, and reasonable expenses. is required for Debtor to continue its operations. The 27 continued use of cash collateral is necessary for Debtor to continue its operations. Further, as stated in 28 the Motion, Debtor has provided sufficient evidence in support of the continued use of cash collateral,

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

1 as required by the Order.

2     Therefore, Debtor, through the Motion, prays for an order of this Court authorizing Debtor to use
3 cash collateral on the terms set forth in the Motion, and for such other and further relief as the Court may
4 deem just and proper.

5                                                           Respectfully submitted,

6                                                     HABERBUSH & ASSOCIATES, LLP

8 Dated: July 26, 2017                         By: _____
9                                               LANE K. BOGARD, Proposed Attorneys for Debtor
                                              and Debtor-and-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AN ORDER AUTHORIZING USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 26, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Megan M Adeyemo**   madeyemo@gordonrees.com, kgatzemeyer@gordonrees.com
- **Lane K Bogard**   lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com
- **Deborah S Cochran**   dcochran@wongfleming.com, sshalloo@wongfleming.com
- **David R Haberbush**   dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
- **Vanessa M Haberbush**   vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
- **Cheryl A Kenner**   ck@kbklawyers.com
- **Byron B Mauss**   efilings@amlegalgroup.com
- **Zev Shechtman**   zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Daniel H Slate**   dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michele L Wong**   michele.wong@doj.ca.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 26, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2017 | Alexander S. Bostic | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street,
Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

California United Bank
Daniel Slate
Buchalter
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

BMO Harris Bank
300 E. John
Carpenter Freeway
Irving, TX 75062

BrockmanProperties
3720 E. Anaheim
Street, Suite 201
Long Beach, CA 90804

Carlos Mosquera
C/O Brian S. Kabaleck
644 S. Figueroa Street
Los Angeles, CA 90017

Direct Chassis Link
3525 Whitehall Park
Charlotte, NC 28273

Emodal (SSAT Pool)
700 Pier A Plaza
Long Beach, CA90813

Flexi Van Leasing
P.O. Box 3228
Boston, MA 02241

Inland Kenworth (US) Inc.
1600 Washington Blvd
Montebello, CA 90640

Juan FranciscoRodriguez
C/O Brian S.Kabaleck
644 S. FigueroaStreet
Los Angeles, CA 90017

Kaiser Foundation Health Plan
P.O. Box 23250
San Diego, CA 92193-3250

Mack Financial Services
7025 Albert Pick Road, Suite 105
Greensboro, NC 27402

Maersk
9300 Aeeowpoint Blvd.
Charlotte, NC 28273-8136

NYK
1138 N. Germantown Pkwy.
Suite 101-311
Cordova, TN 38016

People of the State of California
Attn: Timothy J. Kolesnikow
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Prologis
11099 S. La Cienega Blvd. Ste. 210
Los Angeles, CA 90045

SC Fuels
P.O. Box 14237
Orange, CA 92863-1237

Tec Equipment, Inc
P.O. Box 11272
Portland, OR 97211

Trapac International
750 College Road East
Princeton, NJ 08540

Wardini H A Company
2620 N Tustin Ave
Santa Ana, CA 92705

Westran Idealease (Westrux)
15555 Valley View Ave
Santa Fe Springs, CA 90670

California United Bank
818 West Seventh St.
Suite 220
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE