|  | FOR COURT USE ONLY<br><br>**FILED**<br>JUL 3 1 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case: | CASE NO.: 2:17-bk-18213-ER<br>CHAPTER: 11 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor    ☐ Joint-Debtor    ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Francisco Valenzuela
   Mailing Address: 13402 regentview Ave
   City, State, Zip Code: Bellflower, CA 90706

3. **New Address:**
   Mailing Address: Francisco Valenzuela
   City, State, Zip Code: 16140 SE Chippewa Prineville, Or 97754

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date:_____    _____
                         Requestor's printed name(s)

                         _____
                         Requestor's signature(s)

                         _____
                         Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                F 1002-1.3.CHANGE.ADDRESS