HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
VANESSA M. HABERBUSH, ESQ., SBN 287044
LANE K. BOGARD, ESQ., SBN 306972
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-mail: lbogard@lbinsolvency.com

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PAC ANCHOR TRANSPORTATION, INC., CONSISTING OF THE MERGER OF PAC ANCHOR TRANSPORTATION, INC. AND GREEN ANCHOR LINES, INC.,<br><br>Debtor and Debtor-in-Possession | Case No.: 2:17-bk-18213-ER<br><br>**Chapter 11**<br><br>NOTICE OF APPLICATION BY DEBTOR-IN-POSSESSION FOR ORDER EXPANDING THE SCOPE OF EMPLOYMENT OF TROJAN AND COMPANY ACCOUNTANCY CORPORATION AS GENERAL CERTIFIED PUBLIC ACCOUNTANT<br><br>[No Hearing Required] |

**TO THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND ALL PARTIES IN INTEREST:**

Pac Anchor Transportation, Inc., Consisting of the Merger of Pac Anchor Transportation, Inc. and Green Anchor Lines, Inc., Debtor and Debtor-in-Possession (hereinafter referred to as "Debtor" and/or "Applicant"), has prepared and will file an Application for Order Expanding the Scope of Employment of Trojan and Company Accountancy Corporation, as Debtor's general Certified Public Accountant for the purposes and on the terms as set forth more fully hereinbelow.

### NOTICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the motion may request a hearing on the motion. Pursuant to Local Bankruptcy Rule 2014-

1(b) and Local Bankruptcy Rule 9013-1(o), any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on Debtor and Debtor's counsel and the United States Trustee no later than **14 days, plus 3 days** pursuant to *Bankruptcy Rule* 9006(f), for a total of 17 days, if you were served by mail, electronically, or pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), (E), or (F), from the date of service of this Notice. **Failure to timely file and serve any response or request for hearing may be deemed by the Court to be consent to the Debtor's expanded scope of employment of Trojan and Company Accountancy Corporation, on the terms proposed in the application.**

**NOTICE IS FURTHER GIVEN** that a copy of the application will be provided to you upon your request to Applicant's proposed counsel, whose name, address and telephone number appear in the upper left-hand corner of this notice.

**PURPOSE AND TERMS OF EXPANDED EMPLOYMENT**

On August 3, 2017, Debtor filed an application to employ Trojan and Company Accountancy Corporation as general Certified Public Accountant ("Original Application") [Dkt. No. 49] for the purpose of analyzing tax implications of actions that may be taken in the bankruptcy case, providing tax advice, and assisting Applicant with preparation of monthly operating reports and other financial documents during the bankruptcy case. On August 24, 2017, the Court entered an Order Authorizing the Employment of Trojan and Company Accountancy Corporation as general Certified Public Accountant (the "Order") [Dkt. No. 63].

As discussed in the application, Applicant has recently been informed that the Internal Revenue Service will be completing an audit of its 2015 tax return. Therefore, Applicant requires the continued and additional assistance of and representation by Trojan and Company Accountancy Corporation in relation to the audit of its 2015 taxes. Consequently, as is set forth in the application to be filed with the Court, Debtor proposes to expand the scope of employment of Trojan and Company Accountancy Corporation, pursuant to 11 U.S.C. § 327.

Applicant proposes to expand Trojan and Company Accountancy Corporation's employment as follows: Trojan and Company Accountancy Corporation will assist and represent Applicant in relation to the audit of its 2015 taxes.

As discussed in the Original Application, Trojan and Company Accountancy Corporation received a pre-petition retainer in the amount of $50,000. The pre-petition retainer was approved by the Court in the Order. Consistent with the Original Application and the Order approving the Original Application, Applicant contemplates that Trojan and Company Accountancy Corporation will seek interim compensation during the case as permitted by sections 327 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. Trojan and Company Accountancy Corporation understands that its compensation in this case is subject to the Bankruptcy Court's prior approval. No compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with section 327 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, Guide to Applications for Professional Compensation issued by the Office of the United States Trustee. Trojan and Company Accountancy Corporation intends to draw down on the retainer, on a monthly basis, in compliance with the pertinent provisions of the Guide to Applications were Professional Compensation regarding the submission and service of Professional Fee Statements.

Other than the Original Application and the Order approving the Original Application, Applicant and Trojan and Company Accountancy Corporation have no agreement as between the two of them with respect to the nature and compensation for the services to be rendered by Trojan and Company Accountancy Corporation, and it is intended by the parties that the application and the Court's order approving it shall incorporate all of the terms of the Original Application and constitute the agreement between them.

Trojan and Company Accountancy Corporation represents that it will be relying upon Applicant's general bankruptcy counsel so that it may comply with Title 11 of the United States Code, the Federal Bankruptcy Rules of Procedure and the Local Bankruptcy Rules of Procedure.

Respectfully submitted,

HABERBUSH & ASSOCIATES, LLP

Dated: October 4, 2017

By: /s/ Lane K. Bogard
LANE K. BOGARD, ESQ.,
Counsel for Debtor and Debtor-in-Possession

Date Notice Served: October 4, 2017

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPLICATION BY DEBTOR-IN-POSSESSION FOR ORDER EXPANDING THE SCOPE OF EMPLOYMENT OF TROJAN AND COMPANY ACCOUNTANCY CORPORATION AS GENERAL CERTIFIED PUBLIC ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Megan M Adeyemo**    madeyemo@gordonrees.com, ldalton@grsm.com
- **Lane K Bogard**    lbogard@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,vhaberbush@lbinsolvency.com,jscarborough@lbinsolvency.com,jborin@lbinsolvency.com
- **Deborah S Cochran**    dcochran@wongfleming.com, sshalloo@wongfleming.com;jhaney@wongfleming.com
- **David R Haberbush**    dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com, jborin@lbinsolvency.com
- **Vanessa M Haberbush**    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com
- **Cheryl A Kenner**    ck@kbklawyers.com
- **Timothy J Kolesnikow**    Timothy.Kolesnikow@doj.ca.gov
- **Byron B Mauss**    efilings@amlegalgroup.com
- **Daniel H Reiss**    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **Zev Shechtman**    zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Daniel H Slate**    dslate@buchalter.com, smartin@buchalter.com;ifs_filing@buchalter.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michele L Wong**    michele.wong@doj.ca.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, Alvin.mar@usdoj.gov;Alvin.p.mar@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 4, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2017 | Alexander S. Bostic | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Levene, Neale Bender Yoo & Brill
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

Francisco Valenzuela
16140 SE Chippewa
Prineville, OR 97754

Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street,
Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                             **F 9013-3.1.PROOF.SERVICE**